UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CARROLL, et al.            :
                                  :
    Plaintiff,                    :
                                  :
v.                                :   C.A. No. 1:08-cv-00900
                                  :   Judge Henry H. Kennedy
FREEMONT INVESTMENT & LOAN,       :
et al.                            :
                                  :
    Defendants.                   :

## DEFENDANT CONSUMER FIRST TITLE, LLC, TRUSTEE'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

COMES NOW Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE (hereinafter, "Defendant"), by and through its counsel, BONNER, KIERNAN, TREBACH & CROCIATA, LLP, and hereby moves this Honorable Court for an extension of time to file its responsive pleadings. As grounds for this motion, Defendant states as follows:

1. Defendant was served with process within the last 20 days. The time for filing responsive pleadings has not yet expired.

2. However, undersigned counsel was only recently retained and requires additional time to review this matter.

3. Therefore, undersigned counsel spoke to Plaintiff's counsel on or about June 13, 2008, whereby Plaintiff's counsel consented to an extension for Defendant to file its responsive pleading to on or before June 27, 2008.

4. The request for an extension is not made for the purpose of undue delay, good cause has been shown, Plaintiff consents and no prejudice will occur should this Motion be granted.

WHEREFORE, Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE prays that this court will grant its Consent Motion to Extend the Time to File Responsive Pleading until June 27, 2008.

        Respectfully submitted,

        **BONNER, KIERNAN, TREBACH & CROCIATA**

        \_\_/s/ Craig L. Sarner_____
        Joseph J. Bottiglieri, Esquire, #418523
        Craig L. Sarner, Esquire, #447523
        1233 20th Street, NW, Suite 800
        Washington, DC  20005
        (202) 712-7000 (Telephone)
        (202) 712-7100 (Facsmile)
        ***Counsel for Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE***

193970-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT CARROLL, et al.          :
                                :
      Plaintiff,               :
                                :
v.                              :   C.A. No. 1:08-cv-00900
                                :   Judge Henry H. Kennedy
FREEMONT INVESTMENT & LOAN,     :
et al.                          :
                                :
      Defendants.              :

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CONSUMER FIRST TITLE, LLC, TRUSTEE'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

1.    F.R.C.P. 6(b);
2.    Plaintiff's consent;
3.    The court's inherent authority to control its own docket;
4.    Equity and justice.

                          Respectfully submitted,

                          **BONNER, KIERNAN, TREBACH & CROCIATA**

                          /s/ Craig L. Sarner
                          Joseph J. Bottiglieri, Esquire, #418523
                          Craig L. Sarner, Esquire, #447523
                          1233 20th Street, NW, Suite 800
                          Washington, DC 20005
                          (202) 712-7000 (Telephone)
                          (202) 712-7100 (Facsimile)
                          *Counsel for Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent ECF and/or mailed, first-class, postage prepaid this 17th day of June, 2008, to:

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
*Counsel for Plaintiffs*

Freemont Investment & Loan
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

Mortgage Electronic Registration Systems, Inc.
c/o Mayor or Designee
1350 Pennsylvania Ave., NW
Washington, DC 20004
*Defendant*

Premier Mortgage Solutions Services, Inc.
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

Jeffrey Smith
13101 Bar Geefe Court
Upper Marlboro, MD 20774
*Defendant*

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Smith-Myers Corporation
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

193970-1

J.G. Enterprises, LLC
c/o R.A. or Managing Agent
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Shannon Ingram
954 Dunloring Court
Upper Marlboro, MD 20774
*Defendant*

Sheila V. Locke
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

                                                /s/ Craig L. Sarner
                                                  Craig L. Sarner

193970-1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT CARROLL, et al.**              :
                                        :
    **Plaintiff,**                       :
                                        :
v.                                      :    C.A. No. 1:08-cv-00900
                                        :    Judge Henry H. Kennedy
**FREEMONT INVESTMENT & LOAN,**         :
et al.                                  :
                                        :
    **Defendants.**                      :

## ORDER

Upon Consideration of the Defendant Consumer First Title, LLC, Trustee's Consent Motion for Extension of Time to File Responsive Pleadings and Plaintiff's consent thereto, it is by the Court this ____ day of _____, 2008

ORDERED that Defendant Consumer First Title LLC's Motion for Extension of Time be, and the same hereby is, GRANTED, ad it is

FURTHER ORDERED that the time within which Defendant Consumer First Title, LLC, Trustee may file responsive pleadings shall be extended through June 27, 2008.

IT IS SO ORDERED.

_____
JUDGE HENRY H. KENNEDY

cc:

Joseph J. Bottiglieri, Esquire
Craig L. Sarner, Esquire
Bonner, Kiernan, Trebach & Crociata, LLP
1233 20th Street, NW, Suite 800
Washington, DC 20005
***Counsel for Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE***

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
*Counsel for Plaintiffs*

Freemont Investment & Loan
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

Mortgage Electronic Registration Systems, Inc.
c/o Mayor or Designee
1350 Pennsylvania Ave., NW
Washington, DC 20004
*Defendant*

Premier Mortgage Solutions Services, Inc.
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

Jeffrey Smith
13101 Bar Geefe Court
Upper Marlboro, MD 20774
*Defendant*

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Smith-Myers Corporation
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

J.G. Enterprises, LLC
c/o R.A. or Managing Agent
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Shannon Ingram
954 Dunloring Court
Upper Marlboro, MD 20774
*Defendant*

Sheila V. Locke
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

193970-1