UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CARROLL,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00900 HHK |
| ) | |
| **FREMONT INVESTMENT** ) | |
| **& LOAN,** *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE REQUIRED BY LCvR 7.1
OF THE LOCAL RULES OF THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for defendant Fremont Investment & Loan certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Fremont Investment & Loan which have any outstanding securities in the hands of the public.

1. Fremont General Corporation.

These representations are made in order that the judges of this court may determine the need for recusal.

Respectfully submitted,

*/s/ Harold G. Belkowitz*
Harold G. Belkowitz (D.C. Bar No. 449800)
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, D.C. 20005-2110
(202) 408-8400
(202) 408-0640 facsimile

Counsel for Fremont Investment & Loan

Certificate of Service

     I certify that a copy of the foregoing motion, the memorandum of law, and the proposed order were served pursuant to the Court's ECF system this 18th day of June, 2008 to:

>C. Michael Tarone, Esquire
>Tarone & McLaughlin
>900 17th Street, N.W., Suite 1250
>Washington, DC  20006
>Counsel for Plaintiffs

and by first-class mail, postage pre-paid, this 18th day of June, 2008 to:

>Premier Mortgage Solutions Services, Inc.
>c/o CT Corporation Systems
>1015 15th Street, NW
>Washington, DC  20005
>
>Jeffrey Smith
>13101 Bar Geefe Court
>Upper Marlboro, MD  20774
>
>Frank Okebugwu
>c/o Smith-Myers Corporation
>9200 Basil Court, Suite 100
>Upper Marlboro, MD  20774
>
>Smith-Myers Corporation
>c/o CT Corporation Systems
>1015 15th Street, NW
>Washington, DC  20005
>
>J.G. Enterprises LLC
>9200 Basil Court, Suite 100
>Upper Marlboro, MD  20774
>
>Shannon Ingram
>954 Dunnloring Court
>Upper Marlboro, MD  20774
>
>JMJ Appraisal Services, LLC
>954 Dunnloring Court
>Upper Marlboro, MD  20774

Consumer First Title, LLC
6411 Ivy Lane, Suite 102
Greenbelt, MD  20770

Sheila V. Locke
Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD  20774

                                             */s/ Harold G. Belkowitz*
                                             Harold G. Belkowitz

153132