IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 20 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT, CLERK

| | |
|---|---|
| **Robert Carroll, et al.** ) | |
| ) | |
| **Plaintiffs** ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00900 HHK |
| ) | |
| **Fremont Investment & Loan, et al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT JEFFREY SMITH ANSWER TO COMPLAINT

Defendants Jeffrey Smith, Premier Mortgage Solution Services, Inc, Smith-Myers Corporation and J.G. Enterprises, LLC, hereby submit their answer to the Complaint filed by Plaintiffs Robert Carroll and Monica Carroll and states as follows:

1. Defendants are without knowledge or information sufficient to form a belief to admit or deny the allegations of Paragraph 1 of the Complaint; except that the Defendants have reason to believe that the Plaintiffs' loan did close on September 23, 2005.

2. Defendants are without knowledge or information sufficient to form a belief to either admit or deny the allegations of Paragraph 2 of the Complaint.

3. Defendants deny the allegations in Paragraph Three;

4. Defendants deny the allegations in Paragraph Four.

5. Defendants are without sufficient information to either admit or deny the allegations in Paragraph Five.

6. Defendants are without sufficient information to either admit or deny the allegations of paragraph Six.

7. Defendants are without sufficient information to either admit or deny the allegations of Paragraph Seven.

8. Defendants are without sufficient information to either admit or deny the allegations of Paragraph Eight

9. Defendants are without sufficient information to either admit or deny the allegations in paragraph Nine

10. Defendants deny the allegations in Paragraph Ten.

11. Defendants deny the allegations in Paragraph Eleven.

12. Defendants deny the allegations in Paragraph 12.

13. Defendants deny the allegations in Paragraph 13.

14. Defendants deny the allegations in Paragraph 14.

15. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 15.

16. Defendants deny the allegations in Paragraph 16.

17. Defendants deny the allegations in Paragraph 17.

18. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 18.

19. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 19.

20. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 20.

21. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 21.

22. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 22.

23. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 23.

24. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 24.

25. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 25.

26. Defendants admit the allegations in Paragraph 26.

27. Defendants deny the allegations in Paragraph 27.

28. Defendants deny the allegations in Paragraph 28.

29. Defendants deny the allegations in Paragraph 29.

30. Defendants admit the allegations in Paragraph 30.

31. Defendants admit the allegations in Paragraph 31.

32. Defendants admit the allegations in Paragraph 32.

33. Defendants are without sufficient information to either admit or deny the allegations in Paragraph 33.

34. Defendants admit the allegations in Paragraph 34.

35. Defendants admit the allegations in Paragraph 35.

36. Defendants admit the allegations in Paragraph 36.

37. Defendants admit the allegations in Paragraph 37.

38. Defendants admit the allegations in Paragraph 38.

39. Defendants admit the allegations in Paragraph 39.

40. Defendants deny the allegations in Paragraph 40.

41. Defendants deny the allegations in Paragraph 41.

42. Defendants deny the allegations in Paragraph 42.

43. Defendants deny the allegations in Paragraph 43.

44. Defendants deny the allegations in Paragraph 44.

45. Defendants deny the allegations in Paragraph 45.

46. Defendants deny the allegations in Paragraph 46.

47. Defendants deny the allegations in Paragraph 47.

48. Defendants deny the allegations in Paragraph 48.

49. Defendants deny the allegations in Paragraph 49.

50. Defendants deny the allegations in Paragraph 50.

51. Defendants admit the allegations in Paragraph 51.

52. Defendants admit the allegations in Paragraph 52.

53. Defendants admit the allegations in Paragraph 53.

54. Defendants deny the allegations in Paragraph 54.

55. Defendants deny the allegations in Paragraph 55.

56. Defendants deny the allegations in Paragraph 56.

57. Defendants deny the allegations in Paragraph 57.

58. Defendants deny the allegations in Paragraph 58.

59. Defendants deny the allegations in Paragraph 59.

60. Defendants deny the allegations in Paragraph 60.

61. Defendants are without sufficient information to either admit or deny the allegation in Paragraph 61.

62. Defendants are without sufficient information to either admit or deny the allegation in Paragraph 62.

63. Defendants are without sufficient information to either admit or deny the allegation in Paragraph 63.

64. Defendants deny the allegations in Paragraph 64.

65. Defendants deny the allegations in Paragraph 65.

66. Defendants are without sufficient information to either admit or deny the allegation in Paragraph 66.

67. Defendants deny the allegations in Paragraph 67.

68. Defendants deny the allegations in Paragraph 68.

69. Defendants deny the allegations in Paragraph 69.

70. Defendants deny the allegations in Paragraph 70.

## COUNT I

71. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 70 as though the same were set forth at this point.

72. Defendants deny the allegations in paragraph 72 of the Complaint.

73. Defendants deny the allegations of paragraph 73 of the Complaint.

74. Defendants deny the allegations of paragraph 74 of the Complaint.

75. Defendants deny the allegations of paragraph 75 of the Complaint.

76. Defendants admit the allegations of paragraph 76 of the Complaint.

77. Defendants deny the allegations of paragraph 77 of the Complaint.

78. Defendants deny the allegations of paragraph 78 of the Complaint.

79. Defendants deny the allegations of paragraph 79 of the Complaint.

80. Defendants deny the allegations of paragraph 80 of the Complaint.

81. Defendants deny the allegations in Paragraph 81.

82. Defendants deny the allegations in Paragraph 82.

83. Defendants deny the allegations in Paragraph 83.

84. Defendants deny the allegations in Paragraph 84.

85. Defendants deny the allegations in Paragraph 85.

86. Defendants deny the allegations in Paragraph 86.

87. Defendants deny the allegations in Paragraph 87.

88. Defendants deny the allegations in Paragraph 88.

89. Defendants deny the allegations in Paragraph 89.

90. Defendants deny the allegations in Paragraph 90.

91. Defendants deny the allegations in Paragraph 91.

92. Defendants deny the allegations in Paragraph 92.

## COUNT II

93. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 92 as though the same were set forth at this point.

94. Defendants deny the allegations of paragraph 94 of the Complaint.

95. Defendants is without sufficient information to either admit or deny the allegations of paragraph 95 of the Complaint.

96. Defendants deny the allegations of paragraph 96 of the Complaint.

## COUNT III

97. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 96 as though the same were set forth at this point.

98. Defendants deny the allegations of paragraph 98 of the Complaint.

99. Defendants deny the allegations of paragraph 99 of the Complaint.

## COUNT IV

100. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 99 as though the same were set forth at this point.

101. Defendants deny the allegations of paragraph 101 of the Complaint.

102. Defendants deny the allegations of paragraph 102 of the Complaint.

103. Defendants deny the allegations of paragraph 103 of the Complaint.

## COUNT V

104. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 103 as though the same were set forth at this point.

105. Defendants deny the allegations of paragraph 105 of the Complaint.

106. Defendants deny the allegations of paragraph 106 of the Complaint.

107. Defendants deny the allegations of paragraph 107 of the Complaint.

## COUNT VI

108. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 107 as though the same were set forth at this point.

109. Defendants deny the allegations of paragraph 109 of the Complaint.

110. Defendants deny the allegations of paragraph 110 of the Complaint.

111. Defendants deny the allegations of paragraph 110 of the Complaint.

## COUNT VII

112. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 111 as though the same were set forth at this point.

113. Defendants deny the allegations of paragraph 113 of the Complaint.

114. Defendants deny the allegations of paragraph 114 of the Complaint.

115. Defendants deny the allegations of paragraph 115 of the Complaint.

## COUNT VIII

116. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 115 as though the same were set forth at this point.

117. Defendants deny the allegations of paragraph 117 of the Complaint.

## COUNT IX

118. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 118 as though the same were set forth at this point.

119. Defendants deny the allegations of paragraph 119 of the Complaint.

120. Defendants deny the allegations of paragraph 120 of the Complaint.

## COUNT X

121. Defendants incorporate by reference herein their Answer to paragraphs number 1 through 120 as though the same were set forth at this point.

122. Defendants deny the allegations of paragraph 122 of the Complaint.

123. Defendants deny the allegations of paragraph 123 of the Complaint.

## AFFIRMATIVE DEFENSES

124. That the Complaint fails to state a claim upon which relief can be granted;

125. By virtue of Plaintiffs' actions, Plaintiffs have waived their right to proceed, or are estopped from proceeding on the subject claim.

126. That the Complaint is barred in total or in part by the statute of limitation;

127. That Defendants did not owe or breach any duty of care to Plaintiffs;

128. That Plaintiffs' claims are barred by their own sole or contributory negligence, which negligence was the cause of all or part of their alleged damages;

129. That Plaintiffs' alleged damages were proximately caused by acts or commission or omission of third parties over whom these Defendants exercised no control or right to control;

130. That Defendants' actions are not the proximate cause of Plaintiffs' alleged economic loss;

131. That the Court lacks subject matter jurisdiction in this case.

### Jury Demand

Defendants respectfully request that this matter be tried before a jury.

WHEREFORE, Defendants respectfully prays that the Court:

1. Enter judgment in Defendants favor;

2. Dismiss Plaintiffs' Complaint with prejudice;

3. Order Plaintiffs to pay to Defendants the costs of this action and such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

June 18, 2008

*/s/ Jeffrey Smith*
Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint has been served, via e-mail, this 13th day of June 2008 upon:

All Necessary parties

*Jeffrey Smith* (signed)
Jeffrey Smith