# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.                          )
                                                )
           **Plaintiffs**          )
                                                )
    **v.**                        )          Case No. 1:08-cv-00900 HHK
                                                )
Fremont Investment & Loan, et al.               )
                                                )
          **Defendants.**         )
                                                )

## DEFENDANT FRANK OKEBUGWU'S ANSWER TO COMPLAINT

Defendant Frank Okebugwu, hereby submits his answer to the Complaint filed by Plaintiffs Robert Carroll and Monica Carroll and states as follows:

1.  Defendant is without knowledge or information sufficient to form a belief to admit or deny the allegations of Paragraph 1 of the Complaint; except that the Defendants have reason to believe that the Plaintiffs' loan did close on September 23, 2005.

2.  Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations of Paragraph 2 of the Complaint.

3.  Defendant denies the allegations in Paragraph Three;

4.  Defendant denies the allegations in Paragraph Four.

5.  Defendant is without sufficient information to either admit or deny the allegations in Paragraph Five.

6.  Defendant is without sufficient information to either admit or deny the allegations of paragraph Six.

RECEIVED
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7. Defendant is without sufficient information to either admit or deny the allegations of Paragraph Seven.

8. Defendant is without sufficient information to either admit or deny the allegations of Paragraph Eight

9. Defendant is without sufficient information to either admit or deny the allegations in paragraph Nine

10. Defendant denies the allegations in Paragraph Ten.

11. Defendant denies the allegations in Paragraph Eleven.

12. Defendant denies the allegations in Paragraph 12.

13. Defendant denies the allegations in Paragraph 13.

14. Defendant denies the allegations in Paragraph 14.

15. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 15.

16. Defendant denies the allegations in Paragraph 16.

17. Defendant denies the allegations in Paragraph 17.

18. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 18.

19. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 19.

20. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 20.

21. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 21.

22. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 22.

23. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 23.

24. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 24.

25. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 25.

26. Defendant admits the allegations in Paragraph 26.

27. Defendant denies the allegations in Paragraph 27.

28. Defendant denies the allegations in Paragraph 28.

29. Defendant denies the allegations in Paragraph 29.

30. Defendant denies the allegations in Paragraph 30.

31. Defendant denies the allegations in Paragraph 31.

32. Defendant denies the allegations in Paragraph 32.

33. Defendant is without sufficient information to either admit or deny the allegations in Paragraph 33.

34. Defendant admits the allegations in Paragraph 34.

35. Defendant admits the allegations in Paragraph 35.

36. Defendant admits the allegations in Paragraph 36.

37. Defendant admits the allegations in Paragraph 37.

38. Defendant admits the allegations in Paragraph 38.

39. Defendant admits the allegations in Paragraph 39.

40. Defendant denies the allegations in Paragraph 40.

41. Defendant denies the allegations in Paragraph 41.

42. Defendant denies the allegations in Paragraph 42.

43. Defendant denies the allegations in Paragraph 43.

44. Defendant denies the allegations in Paragraph 44.

45. Defendant denies the allegations in Paragraph 45.

46. Defendant denies the allegations in Paragraph 46.

47. Defendant denies the allegations in Paragraph 47.

48. Defendant denies the allegations in Paragraph 48.

49. Defendant denies the allegations in Paragraph 49.

50. Defendant denies the allegations in Paragraph 50.

51. Defendant admits the allegations in Paragraph 51.

52. Defendant admits the allegations in Paragraph 52.

53. Defendant admits the allegations in Paragraph 53.

54. Defendant denies the allegations in Paragraph 54.

55. Defendant denies the allegations in Paragraph 55.

56. Defendant denies the allegations in Paragraph 56.

57. Defendant denies the allegations in Paragraph 57.

58. Defendant denies the allegations in Paragraph 58.

59. Defendant denies the allegations in Paragraph 59.

60. Defendant denies the allegations in Paragraph 60.

61. Defendant is without sufficient information to either admit or deny the

allegation in Paragraph 61.

62. Defendant is without sufficient information to either admit or deny the allegation in Paragraph 62.

63. Defendant is without sufficient information to either admit or deny the allegation in Paragraph 63.

64. Defendant denies the allegations in Paragraph 64.

65. Defendant denies the allegations in Paragraph 65.

66. Defendant is without sufficient information to either admit or deny the allegation in Paragraph 66.

67. Defendant denies the allegations in Paragraph 67.

68. Defendant denies the allegations in Paragraph 68.

69. Defendant denies the allegations in Paragraph 69.

70. Defendant denies the allegations in Paragraph 70.

## COUNT I

71. Defendant incorporates by reference herein their Answer to paragraphs number 1 through 70 as though the same were set forth at this point.

72. Defendant denies the allegations in paragraph 72 of the Complaint.

73. Defendant denies the allegations of paragraph 73 of the Complaint.

74. Defendant denies the allegations of paragraph 74 of the Complaint.

75. Defendant denies the allegations of paragraph 75 of the Complaint.

76. Defendant admits the allegations of paragraph 76 of the Complaint.

77. Defendant denies the allegations of paragraph 77 of the Complaint.

78. Defendant denies the allegations of paragraph 78 of the Complaint.

79. Defendant denies the allegations of paragraph 79 of the Complaint.

80. Defendant denies the allegations of paragraph 80 of the Complaint.

81. Defendant denies the allegations in Paragraph 81.

82. Defendant denies the allegations in Paragraph 82.

83. Defendant denies the allegations in Paragraph 83.

84. Defendant denies the allegations in Paragraph 84.

85. Defendant denies the allegations in Paragraph 85.

86. Defendant denies the allegations in Paragraph 86.

87. Defendant denies the allegations in Paragraph 87.

88. Defendant denies the allegations in Paragraph 88.

89. Defendant denies the allegations in Paragraph 89.

90. Defendant denies the allegations in Paragraph 90.

91. Defendant denies the allegations in Paragraph 91.

92. Defendant denies the allegations in Paragraph 92.

## COUNT II

93. Defendant incorporates by reference herein their Answer to paragraphs number 1 through 92 as though the same were set forth at this point.

94. Defendant denies the allegations of paragraph 94 of the Complaint.

95. Defendants is without sufficient information to either admit or deny the allegations of paragraph 95 of the Complaint.

96. Defendant denies the allegations of paragraph 96 of the Complaint.

## COUNT III

97. Defendant incorporates by reference herein their Answer to paragraphs number 1 through 96 as though the same were set forth at this point.

98. Defendant denies the allegations of paragraph 98 of the Complaint.

99. Defendant denies the allegations of paragraph 99 of the Complaint.

## COUNT IV

100.   Defendant incorporates by reference herein their Answer to paragraphs number 1 through 99 as though the same were set forth at this point.

101.   Defendant denies the allegations of paragraph 101 of the Complaint.

102.   Defendant denies the allegations of paragraph 102 of the Complaint.

103.   Defendant denies the allegations of paragraph 103 of the Complaint.

## COUNT V

104.   Defendant incorporates by reference herein their Answer to paragraphs number 1 through 103 as though the same were set forth at this point.

105.   Defendant denies the allegations of paragraph 105 of the Complaint.

106.   Defendant denies the allegations of paragraph 106 of the Complaint.

107.   Defendant denies the allegations of paragraph 107 of the Complaint.

## COUNT VI

108.   Defendant incorporates by reference herein their Answer to paragraphs number 1 through 107 as though the same were set forth at this point.

109.   Defendant denies the allegations of paragraph 109 of the Complaint.

110.   Defendant denies the allegations of paragraph 110 of the Complaint.

111.   Defendant denies the allegations of paragraph 110 of the Complaint.

## COUNT VII

112.    Defendant incorporates by reference herein their Answer to paragraphs number 1 through 111 as though the same were set forth at this point.

113.    Defendant denies the allegations of paragraph 113 of the Complaint.

114.    Defendant denies the allegations of paragraph 114 of the Complaint.

115.    Defendant denies the allegations of paragraph 115 of the Complaint.

## COUNT VIII

116.    Defendant incorporates by reference herein their Answer to paragraphs number 1 through 115 as though the same were set forth at this point.

117.    Defendant denies the allegations of paragraph 117 of the Complaint.

## COUNT IX

118.    Defendant incorporates by reference herein their Answer to paragraphs number 1 through 118 as though the same were set forth at this point.

119.    Defendant denies the allegations of paragraph 119 of the Complaint.

120.    Defendant denies the allegations of paragraph 120 of the Complaint.

## COUNT X

121.    Defendant incorporates by reference herein their Answer to paragraphs number 1 through 120 as though the same were set forth at this point.

122.    Defendant denies the allegations of paragraph 122 of the Complaint.

123.    Defendant denies the allegations of paragraph 123 of the Complaint.

## AFFIRMATIVE DEFENSES

124.    That the Complaint fails to state a claim upon which relief can be granted;

125.   By virtue of Plaintiffs' actions, Plaintiffs have waived their right to proceed, or are estopped from proceeding on the subject claim.

126.   That the Complaint is barred in total or in part by the statute of limitation;

127.   That Defendant did not owe or breach any duty of care to Plaintiffs;

128.   That Plaintiffs' claims are barred by their own sole or contributory negligence, which negligence was the cause of all or part of their alleged damages;

129.   That Plaintiffs' alleged damages were proximately caused by acts or commission or omission of third parties over whom this Defendant exercised no control or right to control;

130.   That Defendant's actions are not the proximate cause of Plaintiffs' alleged economic loss;

131.   That the Court lacks subject matter jurisdiction in this case.

**Jury Demand**

Defendant respectfully requests that this matter be tried before a jury.

9

WHEREFORE, Defendant respectfully prays that the Court:

1.  Enter judgment in Defendant's favor;

2.  Dismiss Plaintiffs' Complaint with prejudice;

3.  Order Plaintiffs to pay to Defendant the costs of this action and

    such other and further relief as the Court may deem just and

    proper.


Respectfully Submitted,


June 18, 2008

_____

Frank Okebugwu
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774


10

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint has been served, via e-mail, this 18th day of June 2008 upon:

All Necessary parties

Frank Okebugwu