UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CARROLL, et al.** | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:08-cv-00900 |
| | : Judge Henry H. Kennedy |
| **FREEMONT INVESTMENT & LOAN,** et al. | : |
| Defendants. | : |

### F.R.C.P. RULE 7.1 AND LCvR 7.1 DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT CONSUMER FIRST TITLE, LLC, TRUSTEE

COMES NOW, Defendant CONSUMER FIRST TITLE, LLC, TRUSTEE (hereinafter, "Defendant"), by and through counsel, BONNER KIERNAN TREBACH & CROCIATA, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedures and LCvR 7.1 of the United States District Court for the District of Columbia, and hereby submits its corporate affiliations and financial interest disclosure, and states as follows:

I, the undersigned counsel of record for Defendant Consumer First Title, LLC, Trustee, certify that to the best of our knowledge and belief, Consumer First Title, LLC has no parent corporation, subsidiaries or affiliates, and that no publicly held company owns 10% or more of its stock.

These representations are made in order that Judges of this Court may determine the need for recusal.

Date: June 26, 2008.

Respectfully submitted,

**BONNER KIERNAN TREBACH & CROCIATA, LLP**

_____\s\ Craig L. Sarner_____
Joseph J. Bottiglieri, Esquire, Bar No. 418523
Craig L. Sarner, Esquire, Bar No. 447523
1233 20th Street, N.W., Suite 800
Washington, DC 20005
Telephone: (202) 712-7000
Facsimile: (202) 712-7100
*Counsel for Defendant CONSUMER FIRST TITLE, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and/or mailed, postage, prepaid, on this 26th day of June, 2008, to:

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
*Counsel for Plaintiffs*

Harold G. Belkowitz, Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, DC 20005-2110
*Counsel for Defendant Freemont Investment & Loan*

Mortgage Electronic Registration Systems, Inc.
c/o Mayor or Designee
1350 Pennsylvania Ave., NW
Washington, DC 20004
*Defendant*

Premier Mortgage Solutions Services, Inc.
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

194559-1

Jeffrey Smith
13101 Bar Geefe Court
Upper Marlboro, MD 20774
*Defendant*

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Smith-Myers Corporation
c/o CT Corporation Systems, R.A.
1015 15th Street, NW
Washington, DC 20005
*Defendant*

J.G. Enterprises, LLC
c/o R.A. or Managing Agent
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Shannon Ingram
954 Dunloring Court
Upper Marlboro, MD 20774
*Defendant*

Sheila V. Locke
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

                                              /s/ Craig L. Sarner
                                                Craig L. Sarner

194559-1