UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*,    ) | |
| ) | Civil Act. No. : 1:08-cv-00900 (HHK) |
| Plaintiffs,    ) | |
| ) | |
| v.    ) | |
| ) | |
| Freemont Investment & Loan , *et al*,    ) | |
| ) | |
| Defendants.    ) | |
| ) | |

**NOTICE**

(Change of Address, Telephone and Contact Information)

This is notice that C. Michael Tarone and the law firm of Tarone & McLaughlin have

changed address, telephone numbers and other contact information to the following:

C. Michael Tarone, Esquire
Tarone & McLaughlin
1010 Vermont Avenue, NW
Suite 810
Washington, DC.  20005\

Tel. 202-347-9526

Fax 202-783-9103

E-mail "cmtarone@bcounsel.com"

Respectfully submitted,

Dated: July 1, 2008                         _____/s/_____
                                            C. Michael Tarone, Esquire
                                            Tarone & McLaughlin
                                            1010 Vermont Avenue, NW
                                            Suite 810
                                            Washington, DC.  20005\

                                            Tel. 202-347-9526
                                            Fax 202-783-9103

                                            E-mail "cmtarone@bcounsel.com

                                            Counsel for Plaintiffs

                                            ROBERT CARROLL
                                            MONICA CARROLL

Certificate of Service

      I, C. Michael Tarone, hereby certify that on July 1, 2008, I served a copy of the foregoing on parties of record having filed herein as follows:

Consumer First Title, LLC

> Serve
> Craig L. Sarner
> Bonner Kiernan Treback & Crociata
> 1233 20th Street, NW, Suite 800
> Washington, DC 20036

Frank Okebugwu

> Serve
> Frank Okebugwu
> c/o Smith-Myers Corporation
> 9200 Basil Court, Suite 100
> Upper Marlboro, MD 20774

Premier Mortgage Solutions Services, Inc.

> Serve
> Jeffrey Smith
> c/o Smith-Myers Corporation
> 9200 Basil Court, Suite 100
> Upper Marlboro, MD 20774

Smith-Myers Corporation

> Serve
> Jeffrey Smith
> c/o Smith-Myers Corporation
> 9200 Basil Court, Suite 100
> Upper Marlboro, MD 20774

JG Enterprises, LLC

> Serve
> Jeffrey Smith
> c/o Smith-Myers Corporation

9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

Jeffrey Smith

Serve
Jeffrey Smith
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

Fremont Investment & Loan

Serve:
Harold G. Belkowitz, Esquire
Ober Kaler Grimes & Shriver
1401 H Street, NW, Suite 500
Washington, DC 209005

Mortgage Electronic Registration, Inc.

Serve [not served at this time]


Shannon Ingram

Serve [not served at this time]

JMJ Appraisal Services, LLC

Serve [not served at this time]

_____/s/_____
C. Michael Tarone