IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert Carroll, et al.** | ) | |
| | ) | |
| **Plaintiffs.** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:08-cv-00900** |
| | ) | **Assigned to: Kennedy, Henry H.** |
| **Fremont Investment & Loan, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## DEFENDANT SHANNON INGRAM'S ANSWER TO COMPLAINT

Defendant SHANNON INGRAM hereby submits her answer to the Complaint filed by Plaintiffs Robert Carroll and Monica Carroll and states as follows:

1. Defendant Ingram denies the allegations of Paragraph 1 of the Complaint.

2. Defendant Ingram is without knowledge or information sufficient to form a belief to either admit or deny the allegations of Paragraph 2 of the Complaint.

3. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations of in Paragraph Three;

4. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph Four.

5. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph Five.

6. Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph Six.

**RECEIVED**

JUL 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

7.  Defendant Ingram is without sufficient information to either admit or deny the allegations of Paragraph Seven.

8.  Defendant Ingram is without sufficient information to either admit or deny the allegations of Paragraph Eight.

9.  Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph Nine.

10. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph Ten.

11. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph Eleven.

12. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph 12.

13. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph 13.

14. Defendant is without knowledge or information sufficient to form a belief to either admit or deny the allegations in Paragraph 14.

15. Defendant Ingram denies the allegations in Paragraph 15.

16. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 16.

17. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 17.

18. Defendant Ingram denies the allegations in Paragraph 18.

19. Defendant Ingram denies the allegations in Paragraph 19.

20. Defendant Ingram denies the allegations in Paragraph 20.

21. Defendant Ingram denies the allegations in Paragraph 21.

22. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 22.

23. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 23.

24. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 24.

25. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 25.

26. Defendant Ingram denies the allegations in Paragraph 26.

27. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 27.

28. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 28.

29. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 29.

30. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 30.

31. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 31.

32. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 32.

33. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 33.

34. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 34.

35. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 35.

36. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 36.

37. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 37.

38. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 38.

39. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 39.

40. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 40.

41. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 41.

42. Defendant Ingram denies the allegations in Paragraph 42.

43. Defendant Ingram denies the allegations in Paragraph 43.

44. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 44.

4

45. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 45.

46. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 46.

47. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 47.

48. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 48.

49. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 49.

50. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 50.

51. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 51.

52. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 52.

53. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 53.

54. Defendant Ingram denies the allegations in Paragraph 54.

55. Defendant Ingram denies the allegations in Paragraph 55.

56. Defendant Ingram denies the allegations in Paragraph 56.

57. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 57.

58. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 58.

59. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 59.

60. Defendant Ingram denies the allegations in Paragraph 60.

61. Defendant Ingram denies the allegation in Paragraph 61.

62. Defendant Ingram denies the allegation in Paragraph 62.

63. Defendant Ingram denies the allegation in Paragraph 63.

64. Defendant Ingram denies the allegations in Paragraph 64.

65. Defendant Ingram denies the allegations in Paragraph 65.

66. Defendant Ingram is without sufficient information to either admit or deny the allegation in Paragraph 66.

67. Defendant Ingram denies the allegations in Paragraph 67.

68. Defendant Ingram denies the allegations in Paragraph 68.

69. Defendant Ingram denies the allegations in Paragraph 69.

70. Defendant Ingram denies the allegations in Paragraph 70.

## COUNT I

71. Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 70 as though the same were set forth at this point.

72. Defendant Ingram denies the allegations in paragraph 72 of the Complaint.

73. Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 73 of the Complaint.

74. Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 74 of the Complaint.

75. Defendant Ingram denies the allegations of paragraph 75 of the Complaint.

76. Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 76 of the Complaint.

77. Defendant Ingram denies the allegations of paragraph 77 of the Complaint.

78. Defendant Ingram denies the allegations of paragraph 78 of the Complaint.

79. Defendant Ingram denies the allegations of paragraph 79 of the Complaint.

80. Defendant Ingram denies the allegations of paragraph 80 of the Complaint.

81. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 81.

82. Defendant Ingram denies the allegations in Paragraph 82.

83. Defendant Ingram denies the allegations in Paragraph 83.

84. Defendant Ingram denies the allegations in Paragraph 84.

85. Defendant Ingram denies the allegations in Paragraph 85.

86. Defendant Ingram denies the allegations in Paragraph 86.

87. Defendant Ingram denies the allegations in Paragraph 87.

88. Defendant Ingram denies the allegations in Paragraph 88.

89. Defendant Ingram denies the allegations in Paragraph 89.

90. Defendant Ingram denies the allegations in Paragraph 90.

91. Defendant Ingram denies the allegations in Paragraph 91.

92. Defendant Ingram is without sufficient information to either admit or deny the allegations in Paragraph 92.

## COUNT II

93. Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 92 as though the same were set forth at this point.

94. Defendant Ingram denies the allegations of paragraph 94 of the Complaint.

95. Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 95 of the Complaint.

96. Defendant Ingram denies the allegations of paragraph 96 of the Complaint.

## COUNT III

97. Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 96 as though the same were set forth at this point.

98. Defendant Ingram denies the allegations of paragraph 98 of the Complaint.

99. Defendant Ingram denies the allegations of paragraph 99 of the Complaint.

## COUNT IV

100.    Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 99 as though the same were set forth at this point.

101.    Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 101 of the Complaint.

102.    Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 102 of the Complaint.

103.    Defendant Ingram denies the allegations of paragraph 103 of the Complaint.

## COUNT V

104.    Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 103 as though the same were set forth at this point.

105.    Defendant Ingram denies the allegations of paragraph 105 of the Complaint.

106.    Defendant Ingram denies the allegations of paragraph 106 of the Complaint.

107.    Defendant Ingram denies the allegations of paragraph 107 of the Complaint.

## COUNT VI

108.    Defendant Ingram incorporates by reference herein her Answer to paragraphs number 1 through 107 as though the same were set forth at this point.

109.    Defendant Ingram denies the allegations of paragraph 109 of the Complaint.

110.    Defendant Ingram denies the allegations of paragraph 110 of the Complaint.

111.    Defendant Ingram denies the allegations of paragraph 111 of the Complaint.

## COUNT VII

112.    Defendant Ingram incorporates by reference herein her Answer to
paragraphs number 1 through 111 as though the same were set forth at this
point.

113.    Defendant Ingram denies the allegations of paragraph 113 of the
Complaint.

114.    Defendant Ingram denies the allegations of paragraph 114 of the
Complaint.

115.    Defendant Ingram denies the allegations of paragraph 115 of the
Complaint.

## COUNT VIII

116.    Defendant Ingram incorporates by reference herein her Answer to
paragraphs number 1 through 115 as though the same were set forth at this
point.

117.    Defendant Ingram denies the allegations of paragraph 117 of the
Complaint.

## COUNT IX

118.    Defendant Ingram incorporates by reference herein her Answer to
paragraphs number 1 through 117 as though the same were set·forth at this
point.

119.    Defendant Ingram is without sufficient information to either admit or deny
the allegations of paragraph 119 of the Complaint.

120.    Defendant Ingram is without sufficient information to either admit or deny the allegations of paragraph 120 of the Complaint.

## COUNT X

121.    Defendant Ingram incorporates by reference herein their Answer to paragraphs number 1 through 120 as though the same were set forth at this point.

122.    Defendant Ingram denies the allegations of paragraph 122 of the Complaint.

123.    Defendant Ingram denies the allegations of paragraph 123 of the Complaint.

## AFFIRMATIVE DEFENSES

124.    That the Complaint fails to state a claim upon which relief can be granted;

125.    By virtue of Plaintiffs' actions, Plaintiffs have waived their right to proceed, or are estopped from proceeding on the subject claim.

126.    That the Complaint is barred in total or in part by the statute of limitation;

127.    That Defendant Ingram did not owe or breach any duty of care to Plaintiffs;

128.    That Plaintiffs' claims are barred by their own sole or contributory negligence, which negligence was the cause of all or part of their alleged damages;

129.    That Plaintiffs' alleged damages were proximately caused by acts or commission or omission of third parties over whom Defendant Ingram exercised no control or right to control;

130.    That Defendant Ingram's actions are not the proximate cause of Plaintiffs' alleged economic loss;

131.    That the Court lacks subject matter jurisdiction in this case.

### Jury Demand

Defendant Ingram respectfully requests that this matter be tried before a jury.

WHEREFORE, Defendant Ingram respectfully prays that the Court:

1.    Enter judgment in Defendant Ingram's favor;

2.    Dismiss Plaintiffs' Complaint with prejudice;

3.    Order Plaintiffs to pay to Defendant Ingram the costs of this action and such other and further relief as the Court may deem just and proper.


Respectfully Submitted,


July 11, 2008

_____
SHANNON INGRAM
3224 Nobility Court
Waldorf, MD 20603
(301) 379-5175

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Answer to Complaint has been served, via e-mail, this 11th day of July 2008 upon:

All Necessary parties

SHANNON INGRAM