## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, et al. )<br><br>Plaintiffs )<br><br>v. )<br><br>Fremont Investment & Loan, et al. )<br><br>Defendants. ) | Case No. 1:08-cv-00900<br>Judge Henry H. Kennedy |

## DEFENDANT SHANNON INGRAM'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**COMES NOW** Defendant SHANNON INGRAM ("Smith"), ***pro se***, and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, respectfully submits the following as her Motion to Dismiss Plaintiffs' Complaint.

1. Count One should be dismissed pursuant to Federal Rule 9(b) and 12(b)(6) against Defendant Ingram on the grounds that Plaintiffs failed to State a Claim Under DCCPPA and as a fraud based count it does not properly plead causes of action.

2. Count Two should be dismissed against Defendant Ingram on the grounds that D.C. Code sec. 28-3809 only applies to lenders who make direct installment loan. Since Defendant Ingram is not a lender, Plaintiffs failed to State a Claim against Defendant Ingram in this count.

3. Count Three should be dismissed pursuant to Federal Rule 9(b) and 12(b)(6) against Defendant Ingram because Plaintiffs failed to State with Requisite Specificity a Claim for Fraud.

**RECEIVED**

JUL 1 4 2008

Clerk, U.S. District and
Bankruptcy Courts

4. Count Four should be dismissed as Moot because it seeks a preliminary and permanent injunction against Defendant Fremont for a foreclosure sale that occurred on June 10, 2008.

5. Count Five should be dismissed against Defendant Ingram because Plaintiffss failed to state a claim of breach of Fiduciary Duty.

6. Count Six should be dismissed against Defendant Ingram because Plaintiffs failed to State a claim for civil Conspiracy.

7. Count Seven should be dismissed against Defendant Ingram because Plaintiffs failed to State a claim for aiding and abetting.

8. Count Eight should be dismissed against Defendant Ingram because Plaintiffs failed to State a claim for Negligence.

9. Count Nine should be dismissed against Defendant Ingram because Plaintiffs failed to State a claim for Negligent Supervision.

10. Count Ten should be dismissed against Defendant Ingram because Plaintiffs failed to State a claim for Gross Negligence.

The grounds for this motion are fully discussed in the attached memorandum in support of this motion.

WHEREFORE, for the reasons stated above and as more fully explained in the attached memorandum in support of Defendant Ingram's motion, Defendant SHANNON INGRAM respectfully requests that this Court grant her motion, dismiss with prejudice Plaintiffs' Complaint against her, award Defendant Ingram her costs and expenses incurred, and for all other relief this Court deems fair and just.

Respectfully Submitted,

July 11, 2008

SHANNON INGRAM, *pro se*
3224 Nobility Court
Waldorf, MD 20603

### Request for Oral Argument

Defendant Ingram requests oral argument on her Motion to Dismiss.

Respectfully Submitted,

July 11, 2008

SHANNON INGRAM, *pro se*
3224 Nobility Court
Waldorf, MD 20603

### Certificate of Service

I certify that a copy of the foregoing motion, the memorandum of support, and the proposed order were served pursuant to the Court's ECF system this 11th day of July, 2008 to:

C. Michael Tarone, Esq.
Tarone & McLaughlin
900 17th Street, N.W., Suite 1250
Washington, DC 2006
*Counsel for Plaintiffss*

Harold G. Belkowitz
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, DC 20005-2110
***Counsel for Fremont Investment & Loan***

Joseph J. Bottiglier, Esq.
Craig L. Sarner, Esq.
1233 20th Street, N.W., Suite 800
Washington, D.C. 20005
***Counsel for Consumer First Title, LLC***

Jeffrey Smith
9200 Basil Court, Ste 100
Upper Marlboro, MD 20774
***Defendant***

Sheila V. Locke
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
***Defendant***

Frank Okebugwu
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
***Defendant***

SHANNON INGRAM

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.                            )
                                                  )
                    Plaintiffss                   )
                                                  )
            v.                                    )         Case No. 1:08-cv-00900
                                                  )         Judge Henry H. Kennedy
Fremont Investment & Loan, et al.                 )
                                                  )
                    Defendants.                   )
                                                  )

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant SHANNON INGRAM ("Smith"), ***pro se***, respectfully submits the following

memorandum in support of her Motion to Dismiss:

### RELEVANT FACTS

1.  On or about July 1, 2005, Plaintiffs Robert Carroll and his daughter Monica

    Carroll contacted Defendant Frank Okebugwu via telephone in an attempt to

    secure a loan to refinance their property located at 3328 17th Street, NW,

    Washington, DC 20010.

2.  Defendant Frank Okebugwu was an independent contractor who worked as a loan

    officer for Defendant Premier Mortgage during the relevant period.

3.  During this initial telephone conversation, Plaintiffs provided Defendant Frank

    Okebugwu with their financial information.

4.  Defendant Frank Okebugwu inserted the information provided to him by the

    Plaintiffs into the standard loan application form. ***See Initial Loan Application,***

    ***attached hereto as Exhibit 1.***

RECEIVED

JUL 14 2008

Clerk, U.S. District and
Bankruptcy Courts

5.      On July 22, 2005, Plaintiffs reviewed the information they provided to Defendant

Frank Okebugwu and executed the July 22, 2005 Loan Application. ***See July 22,***

***2005 Loan Application, attached hereto as Exhibit 2.***

6.      On July 22, 2005, Plaintiffs made the following representations to the lender and

the lender's actual or potential agents, brokers, processors, attorneys, insurers,

servicers:

a.   The information provided in this application is ***true and correct*** as of the date

set forth opposite my signature and the any intentional or negligent

misrepresentation of this information contained in this application my result in

civil liability, including monetary damages, to any person who may suffer any

loss due to reliance upon any misrepresentation that I have made on this

application, and/or in criminal penalties including, but not limited to, fine or

imprisonment or both under the provisions of Title 18 United States Code,

Sec. 1001, et seq and

b.   The above referenced parties may continuously rely on the information

contained in the application, and I am obligated to amend and/or supplement

the information provided in this application if any of the material facts that I

have represented herein should change prior to closing of the Loan.

*See* Exhibit 2.

7.      On August 9, 2005, Defendant Frank Okebugwu contacted Defendant Ingram and

requested that she perform an Appraisal for the Plaintiffs' property located at

3328 17th Street, N.W., Washington, DC 20010. ***See August 8, 2005 Request for***

***Appraisal; attached hereto as Exhibit 3.***

8.    Since Defendant Ingram was licensed and continued to be licensed as a Residential Appraiser by the District of Columbia Department of Consumer and Regulatory Affairs Occupational and Professional Licensing Administration, Defendant Ingram agreed to perform the requested appraisal. ***See Defendant Ingram's District of Columbia License; attached hereto as Exhibit 4.***

9.    On August 11, 2005, Defendant Ingram arrived at the Plaintiffs' property and conducted an inspection of the relevant property so that she may complete the requested appraisal. ***See Inspection Report; attached hereto as Exhibit 5.***

10.    Upon Defendant Ingram's completion of the requested inspection, Plaintiff Monica Carroll gave Defendant Ingram a check in the amount of Three Hundred and Fifty dollars ($350.00) as payment for Defendant Ingram's services.

11.    Notwithstanding Plaintiff Monica Carroll's representations, her check was later dishonored by the bank as being written while her account had insufficient funds to cover the check.

12.    On August 13, 2005, Defendant Ingram obtained the full tax records for Plaintiffs' Property; wherein the records indicated that the Property was purchased on July 16, 1992 for 170,000. ***See Property's Tax Record; attached hereto as Exhibit 6.***

13.    On August 13, 2005, Defendant Ingram obtained four listing of comparable properties in an attempt to ascertain a fair appraisal of the subject property. ***See Comparable Property Listings, attached hereto as Exhibit 7.*** Specifically, Defendant Ingram reviewed the following:

      i.   3105 17th Street, NW, Washington, DC 20010 – sold for $660,000

    ii.  2043 Rosemont Ave., NW, Wash, DC 20010 – sold for $745,000

    iii.  1818 Kenyon St., NW, Washington, DC 20010 – valued at $780,000

    iv.  3104 16th Street, NW, Washington, DC 20010 – valued at $625,000

14.    Based on Defendant Ingram's Inspection of the Property and review of the available comparable Property Listings, Defendant Ingram appraised the Property with an estimated valued of $704,000 as of August 13, 2005. ***See Defendant Ingram's August 13, 2005 Appraisal; attached hereto as Exhibit 8.***

15.    Defendant Ingram played no further role with the relevant transactions.

*16.*    On September 23, 2005, Plaintiffs reviewed and executed a second loan application form, wherein they affirmed the accuracy of the information contained therein. ***See September 23, 2005 Loan Application, attached hereto as Exhibit 9.***

*17.*    Notwithstanding their assertion that the information they provided and affirmed on the loan applications were true and accurate, Plaintiffs provided false, inaccurate and misleading information on their loan applications. ***See Exs. 1,2 & 9.***

18.    Plaintiffs applied for and obtained a "no document" loan from Defendant Fremont. ***See Loan Approval, attached hereto as Exhibit 10.***

19.    Since Plaintiffs applied for and obtained a "no document" loan from Defendant Fremont and Defendant had no contractual relationship with Defendant Fremont, Defendant INGRAM was not required to verify Plaintiffs' income.

20.    Defendant Fremont issued Plaintiffs the loan at issue based on the information provided by Plaintiffs in their loan fully executed applications.

21.    On September 28, 2005, Plaintiffs obtained a refinance loan from Defendant

Fremont in that amount $288,230.00 and they walked away with $21,593.04 in

cash after the settlement. ***See Settlement Statement, attached hereto as Exhibit***

***11.***

22.    In light of Defendant Ingram's Appraised value of the Property, Defendant

Fremont's loan represented approximately forty percent (40%) of the Property's

estimated value.

23.    Notwithstanding Plaintiffs' misrepresentations, the fact that this loan was

obtained nearly three years ago and the large amount of money Plaintiffs received

after settlement, Plaintiffs now wish to revisit the terms of the loan.

Standard of Review

Rule 12(b)(6) of the Federal Rules of Civil Procedure allows a party to assert the

defense that a pleading fails to state a claim upon which relief can be granted by motion.  A

Complaint cannot stand if it is based upon mere "labels and conclusions"  In fact, the Court

should dismiss a claim where, as here, it appears "beyond doubt that the Plaintiffs[s] can prove

no set of facts in support of [their] claim which would entitle [them] to relief." *E.E.O.C. v. St.*

*Francis Xavier Parochial School,* 117 F.ed 621, 624 (D.C. Cir. 1997)(*citing Conley v. Gibson,*

355 U.S. 41, 445-46 (1957)).

Under Rule 9(b), "[i]n all averments of fraud …, the circumstances constituting fraud …

shall be stated with particularity." Fed. R. Civ. P.9(b).  As such, conclusory allegations lacking

particularity or specificity and/or legal conclusions cast in the form of legal allegations, are

insufficient to state a claim for fraud. *See In re Newbridge Networks Securities,*  962 F. Supp.

166 (D.C. Cir., 1997).

## ARGUMENT

1.  **Defendant Fremont Investment & Loan's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Ingram's argument, with respect to Defendant Fremont's Motion to Dismiss, Defendant Ingram incorporates by reference, as if fully set forth herein, Defendant Fremont's argument that Plaintiffs' claims were release pursuant to the Forbearance Agreement. Defendant Ingram also adopts by reference, as if fully set forth herein, Defendant Fremont's argument that Plaintiffs' complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted.

2.  **Defendant Consumer First Title, LLC's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Ingram's argument, with respect to Defendant Consumer's Motion to Dismiss, Defendant Ingram incorporates by reference, as if fully set forth herein, Defendant Consumer's argument that Plaintiffs' complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted.

3.  **Defendant Jeffrey Smith's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Ingram's argument, with respect to Defendant Smith's Motion to Dismiss, Defendant Ingram incorporates by reference, as if fully set forth herein, Defendant Smith's argument that Plaintiffs' complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted.

4.    **Defendant Frank Okebugwu's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Ingram's argument, with respect to Defendant Okebugwu's Motion to Dismiss, Defendant Ingram incorporates by reference, as if fully set forth herein, Defendant Okebugwu's argument that Plaintiffs' complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted

5.    **Count One of Plaintiffs' Complaint must be dismissed**

In Count One, Plaintiffs allege that an unidentified "defendant" or several unidentified defendants made a series of false statements.   Plaintiffs further assert that these purported statements form the basis of a cause of action under the District of Columbia Consumer Protection Procedures Act ("DCCPPA").   Since a DCCPPA complaint must specifically allege a material misrepresentation made by an identified defendant, Plaintiffs' Complaint failed this essential requirement.   Plaintiffs clearly failed to state the basis for this count with the required specificity.   Accordingly, Count One must be dismissed pursuant to Rule 9(b).

6.    **Count Two of Plaintiffs' Complaint must be dismissed**

In Count Two, Plaintiffs halfheartedly assert that Defendant Ingram is liable to them pursuant to D.C. Code 28-3809.   D.C. Code 28-3809 only applies to lender under certain circumstances.   Since Defendant Ingram is clearly not a lender, Count Two cannot state a cause of action as a matter of law.

7.    **Count Three of Plaintiffs' Complaint must be dismissed**

In Count Three, Plaintiffs allege that Defendant Ingram is liable to them pursuant to a common law fraud cause of action.   Fatally, however, Plaintiffs failed to allege the time, place and content of the false misrepresentation, the facts misrepresented and what was retained or

given up as a consequence of the alleged fraud in their complaint. Essentially, Plaintiffs failed to assert any particularity with regard to Defendant Ingram allegedly fraudulent conduct. In the absence of these required specificities, Count Three of Plaintiffs' Complaint must be dismissed.

8.    **Count Four of Plaintiffs' Complaint must be dismissed**

Count Four seeks a preliminary and permanent injunction against Defendant Fremont with regard to a June 10, 2008 foreclosure. Since the June 10th Foreclosure has past, Count Four must be dismissed as Moot.

9.    **Count Five of Plaintiffs' Complaint must be dismissed**

In Count Five, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged breach of an unidentified fiduciary duty. The Plaintiffs failed to specify what fiduciary duty and/or duty of care Defendant Ingram owed them or how that duty was breached. Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

10.    **Count Six of Plaintiffs' Complaint must be dismissed**

In Count Six, Plaintiffs try to hold all names defendants liable under a tortured a common law civil conspiracy cause of action. Plaintiffs failed to allege that Defendant Ingram entered into an agreement with any other defendant in this case to participate in any unlawful act. Moreover, since civil conspiracy is not a distinct cause of action recognized by this jurisdiction, this Count must be dismissed.

11.    **Count Seven of Plaintiffs' Complaint must be dismissed**

In Count Seven, Plaintiffs try to hold all names defendants liable under a tormented common law aiding and abetting cause of action. Plaintiffs failed to allege that Defendant Ingram aided or abetted any other defendant in this case to their participation in any unlawful

act. Importantly, since aiding and abetting is not a distinct cause of action recognized by this jurisdiction, this Count must be dismissed.

12.    **Count Eight of Plaintiffs' Complaint must be dismissed**

In Count Eight, Plaintiffs failed to identify which of the defendants it seeks to hold liable for negligent breach of a fiduciary duty. The Plaintiffs failed to specify what action from Defendant Ingram breach what fiduciary duty and/or duty of care Defendant Ingram owed them. Most importantly, Plaintiffs failed to state how that duty was breached by Defendant Ingram. Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

13.    **Count Nine of Plaintiffs' Complaint must be dismissed**

In Count Nine, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged negligent supervision claim. Plaintiffs also failed to identify which "employee" was not properly supervised by which "employer." Moreover, Plaintiffs failed to allege what action was committed by which employee that was not properly supervised by which employer that resulted in what injury to Plaintiffs. In light of these glaring failures, Count Nine must be dismissed.

14.    **Count Ten of Plaintiffs' Complaint must be dismissed**

In Count Ten, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged gross negligent breach of a duty. In order to successfully assert their claim of gross negligence, Plaintiffs were required to plead and prove that Defendant Ingram's actions evinced "willful and wanton misconduct" and/or a "wanton or reckless disregard for human life or for the rights of others". Plaintiffs failed this essential requisite. Plaintiffs failed to specify what action from Defendant Ingram grossly breached what fiduciary duty and/or duty of care Defendant Ingram owed them. Moreover, Plaintiffs equally failed to state how that duty was

grossly breached by Defendant Ingram.  Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

## **CONCLUSION**

For the foregoing reasons, Defendant Ingram respectfully request that this Court Grant her Motion to Dismiss Plaintiffs' Complaint, dismiss the Complaint, and for all other relief this Court deems fair and just.

Respectfully submitted,

July 11, 2008

SHANNON INGRAM, *pro se*
3224 Nobility Court
Waldorf, MD 20603

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert Carroll, et al.** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:08-cv-00900** |
| | ) | **Judge Henry H. Kennedy** |
| **Fremont Investment & Loan, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>ORDER</u>

**UPON CONSIDERATION** of Defendant Ingram's Motion to Dismiss, the Plaintiffs'

Opposition thereto, and all information properly before this Court, it is this _____ day of

_____, 2008

      ORDERED, that Defendant Ingram's Motion to Dismiss is hereby GRANTED; and it is

further

      ORDERED, that Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine and Ten

of the Plaintiffs' Complaint against Defendant Ingram in the instant case are hereby

DISMISSED with Prejudice against Defendant Ingram.


                                            _____

                                            Judge Henry H. Kennedy
                                            United States District Court
                                            For the District of Columbia

# EXHIBIT 1

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☑ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain) | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $ 288,230 | 9.550 % | 360/360 | ☐ Fixed Rate ☐ GPM | ☐ Other (explain) ☑ ARM (type): 2/28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, ZIP)    No. of Units
**3328 17TH STREET, NW, Washington, DC 20010   County: District Of Columbia**    1

Legal Description of Subject Property (attach description if necessary)    Year Built
SEE TITLE

| Purpose of Loan | ☐ Purchase ☑ Refinance | ☐ Construction ☐ Construction-Permanent | ☐ Other (explain) | Property will be: ☑ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|---|---|---|

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1991 | $ 92,000 | $ 248,757 | Cash-Out/Other | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| MONICA S CARROLL ROBERT CARROLL | Joint tenants | ☑ Fee Simple ☐ Leasehold (show expiration date) |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
**Equity from Subject Property**

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name (include Jr. or Sr. if applicable) | MONICA S CARROLL | ROBERT CARROLL |

| | Borrower | Co-Borrower |
|---|---|---|
| Social Security Number | 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 | 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 |
| Home Phone (incl. area code) | 202-332-3609 | 202-332-3609 |
| DOB (MM/DD/YYYY) | 09/27/1962 | 08/13/1929 |
| Yrs. School | 16 | 14 |
| Marital status | ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated |
| Dependents (not listed by Co-Borrower) | no / ages | no / ages |
| Present Address (street, city, state, ZIP) | ☑ Own ☐ Rent __13__ No. Yrs | ☑ Own ☐ Rent __13__ No. Yrs |
| | 3328 17TH STRET, NW Washington, DC 20010 | 3328 17TH STREET,NW Washington, DC 20010 |
| Mailing Address, if different from Present Address | | |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs | Former Address (street, city, state, ZIP) | ☐ Own ☐ Rent ___ No. Yrs |
|---|---|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | FAMILY & CHILD CARE SERV. OF WASH DC 929 L STREET, N.W. Washington, DC 20001 | RETIRED |
| Self Employed | ☐ | ☐ |
| Yrs. on this job | 6 y(rs) | |
| Yrs. employed in this line of work/profession | 6 | |
| Position/Title/Type of Business | ACTIVITY CO-ORDINATOR | |
| Business Phone (incl. area code) | 202-635-1900 | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | THE FITNESS EDGE INC. 1564 EAST LANCASTER AVENUE Paoli, PA 19301 | |
| Self Employed | ☐ | ☐ |
| Dates (from-to) | 2002 - PRESENT | |
| Monthly Income | $ 200.00 | $ |
| Position/Title/Type of Business | FITNESS INSTRUCTOR | |
| Business Phone (incl. area code) | 202-739-6905 | |

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | VICTORIA SECRET FOUR LIMITED PARKWAY Reynoldsburg, OH 43068 | |
| Self Employed | ☐ | ☐ |
| Dates (from-to) | 2002 - PRESENT | |
| Monthly Income | $ 150.00 | $ |
| Position/Title/Type of Business | SALES ASSOCIATE | |
| Business Phone (incl. area code) | 202-293-7530 | |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp1.frm 01/04
Page 1 of 4
Borrower _____
Co-Borrower _____
Fannie Mae Form 1003   01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 5,000.00 | $ | $ 5,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,275.00 | $ 2,434.12 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 107.29 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | 465.00 | 1,386.25 | 1,851.25 | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 5,465.00 | $ 1,386.25 | $ 6,851.25 | Total | $ 2,275.00 | $ 2,621.41 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | FITNESS EDGE--JOB | $ 325.00 |
| B | THE HEALTH FITNESS CORPORTATION | 140.00 |
| C | SOCIAL SECURITY/ | 1,386.25 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by | $ | | | |
| | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union WACHOVIA BANK | | HOMEQ PO BOX 13716 SACRAMENTO, CA 95853 | | |
| Acct. no. | $ 1,000 | Acct. no. 6930321572349 | * (2,199) | 248,029 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company MIDLAND 4310 E BROADWAY RD PHOENIX, AZ 85040 | $ Payment/Months | |
| Acct. no. | $ | Acct. no. 8511410853 | * 895 | 895 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company HSBC NV 1441 SCHILLING PL SALINAS, CA 93901 | $ Payment/Months | |
| Acct. no. | $ | Acct. no. 548955005733 | * 26 | 863 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company SST/COLUMBUS PO BOX 84024 COLUMBUS, GA 31908 | $ Payment/Months | $ |
| Acct. no. | $ | Acct. no. 4036240000266306 | * 15 | 464 |
| Stocks & Bonds (Company name/ number & description) | $ | Name and address of Company GC SERVICES 6330 GULFTON HOUSTON, TX 77081 | $ Payment/Months | $ |
| | | Acct. no. 8600000071722039 | * 394 | 394 |
| Life insurance net cash value | $ | Name and address of Company VERIZON WASH PO BOX 165018 COLUMBUS, OH 43216 | $ Payment/Months | $ |
| Face amount: $ | 100,000 | Acct. no. 696263846 | * 0 | 366 |
| Subtotal Liquid Assets | $ 101,000 | Name and address of Company ASSET ACCEPT PO BOX 2036 WARREN, MI 48090 | $ Payment/Months | $ |
| Real estate owned (enter market value from schedule of real estate owned) | $ 650,000 | | | |
| Vested interest in retirement fund | $ 100,000 | Acct. no. 16565427 | * 283 | 283 |
| Net worth of business(es) owned (attach financial statement) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Automobiles owned (make and year) | $ | | | |
| Other Assets (itemize) HOUSEHOLD FURNITURE | $ 20,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ 871,000 | Net Worth (a minus b) ⟹ $ 619,640 | Total Liabilities b. | $ 251,360 |

Freddie Mac Form 65   01/04
Calyx Form 1003_Loanapp2.frm 01/04
Borrower _____
Co-Borrower _____
Page 2 of 4
Fannie Mae Form 1003  01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 3328 17TH STRET, NW Washington, DC 20010 | SFR | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ INCL | $ |
| | | | | | | | |
| Totals | | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 251,360.00 |
| e. Estimated prepaid items | 1,728.35 |
| f. Estimated closing costs | 9,090.11 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 262,178.46 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 288,230.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 288,230.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -26,051.54 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a. Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | ☐ | ☑ | ☐ | ☐ |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h. Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i. Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j. Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k. Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l. Do you intend to occupy the property as your primary residence? If "Yes," complete question below. | ☑ | ☐ | ☐ | ☐ |
| m. Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | O | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☑ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White | **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American  ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| **Sex:** | ☐ Female  ☑ Male | **Sex:** | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) FRANK OKEBUGWU | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☐ Face-to-face interview ☐ Mail ☑ Telephone ☐ Internet | Interviewer's Signature _____ Date | PREMIER MORTGAGE SOLUTIONS 9200 BASIL COURT, SUITE 100 UPPER MARLBORO, MD 20774 (P) 301-883-8810 (F) 301-883-4513 |
| | Interviewer's Phone Number (incl. area code) 301-883-8810 | |

Freddie Mac Form 65   01/04
Calyx Form: 1003-4.frm (1/04)    Page 3 of 4    Fannie Mae Form 1003   01/04

## Continuation Sheet/Residential Loan Application

| | | | |
|---|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower. | Borrower<br>**MONICA S CARROLL** | | Agency Case Number: |
| | Co-Borrower<br>**ROBERT CARROLL** | | Lender Case Number: |

### VI.   ASSETS   AND   LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br>**PARK DANSAN** | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No.  3104186816 | •          66 | 66 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no.    $ | | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

# EXHIBIT 2

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA    ☑ Conventional    ☐ Other (explain)<br>☐ FHA    ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate    ☐ Other (explain) |
|---|---|---|---|---|
| $  290,000 | 9.550  % | 360/360 | | ☐ GPM    ☑ ARM (type): 2/28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP)<br>3328 17TH STREET, NW,   Washington, DC 20010   County: District Of Columbia | No. of Units<br>1 |
|---|---|

| Legal Description of Subject Property (attach description if necessary)<br>SEE TITLE | Year Built |
|---|---|

| Purpose of Loan | ☐ Purchase    ☐ Construction    ☐ Other (explain)<br>☑ Refinance    ☐ Construction-Permanent | Property will be:<br>☑ Primary Residence    ☐ Secondary Residence    ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan.**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

**Complete this line if this is a refinance loan.**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1991 | $  92,000 | $  248,757 | Cash-Out/Other | Cost: $ |

| Title will be held in what Name(s)   MONICA S CARROLL<br>ROBERT CARROLL | Manner in which Title will be held<br>Joint tenants | Estate will be held in:<br>☑ Fee Simple<br>☐ Leasehold<br>(show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)<br>Equity from Subject Property |
|---|

## III. BORROWER INFORMATION

| | Borrower | | | | Co-Borrower | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)<br>MONICA S CARROLL | | | | Co-Borrower's Name (include Jr. or Sr. if applicable)<br>ROBERT CARROLL | | | | |

| Social Security Number<br>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 | Home Phone (incl. area code)<br>202-332-3609 | DOB (MM/DD/YYYY)<br>09/27/1962 | Yrs. School<br>16 | Social Security Number<br>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 | Home Phone (incl. area code)<br>202-332-3609 | DOB (MM/DD/YYYY)<br>08/13/1929 | Yrs. School<br>14 |
|---|---|---|---|---|---|---|---|

| ☐ Married    ☑ Unmarried (include single,<br>☐ Separated    divorced, widowed) | Dependents (not listed by Co-Borrower)<br>no            ages | ☐ Married    ☑ Unmarried (include single,<br>☐ Separated    divorced, widowed) | Dependents (not listed by Borrower)<br>no            ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  13  No. Yrs.<br><br>3328 17TH STREET, NW<br>Washington, DC 20010 | Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  13  No. Yrs.<br><br>3328 17TH STREET,NW<br>Washington, DC 20010 |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer   ☐ Self Employed<br>FAMILY & CHILD CARE SERV. OF WASH DC<br>929 L STREET, N.W.<br>Washington, DC 20001 | Yrs. on this job<br>6 yr(s)<br>Yrs. employed in this line of work/profession<br>6 | Name & Address of Employer   ☐ Self Employed<br>RETIRED | Yrs. on this job<br><br>Yrs. employed in this line of work/profession |
|---|---|---|---|

| Position/Title/Type of Business<br>ACTIVITY CO-ORDINATOR | Business Phone (incl. area code)<br>202-635-1900 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer   ☐ Self Employed<br>THE FITNESS EDGE INC.<br>1564 EAST LANCASTER AVENUE<br>Paoli, PA 19301 | Dates (from-to)<br>2002 - PRESENT<br>Monthly Income<br>$  200.00 | Name & Address of Employer   ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
|---|---|---|---|

| Position/Title/Type of Business<br>FITNESS INSTRUCTOR | Business Phone (incl. area code)<br>202-739-6905 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Name & Address of Employer   ☐ Self Employed<br>VICTORIA SECRET<br>FOUR LIMITED PARKWAY<br>Reynoldsburg, OH 43068 | Dates (from-to)<br>2002 - PRESENT<br>Monthly Income<br>$  150.00 | Name & Address of Employer   ☐ Self Employed | Dates (from-to)<br><br>Monthly Income<br>$ |
|---|---|---|---|

| Position/Title/Type of Business<br>SALES ASSOCIATE | Business Phone (incl. area code)<br>202-293-7530 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

| Freddie Mac Form 65   01/04<br>Calyx Form 1003 1003app1.frm 01/04 | Page 1 of 4 | Borrower ✓<br>Co-Borrower | Fannie Mae Form 1003   01/04 |
|---|---|---|---|

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 5,000.00 | $ | $ 5,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,275.00 | $ 2,449.06 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 107.29 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | 465.00 | 1,386.25 | 1,851.25 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 5,465.00 | $ 1,386.25 | $ 6,851.25 | Total | 2,275.00 | $ 2,636.35 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income  *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | FITNESS EDGE--JOB | $ 325.00 |
| B | THE HEALTH FITNESS CORPORATION | 140.00 |
| C | SOCIAL SECURITY/ DISABILITY INCOME | 1,386.25 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed  ☑ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by | $ | | | |
| | | **LIABILITIES** | Monthly Payment & Months Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union WACHOVIA BANK | | HOMEQ PO BOX 13716 SACRAMENTO, CA 95853 | | |
| | | Acct. no. 6930321572349 | (2,199) | 248,273 |
| Acct. no. | $ 1,000 | Name and address of Company HSBC NV 1441 SCHILLING PLACE SALINAS, CA 93901 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 550057332598 | 0 | 813 |
| Acct. no. | $ | Name and address of Company HSBC NV 1441 SCHILLING PL SALINAS, CA 93901 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 548955005733 | 23 | 788 |
| Acct. no. | $ | Name and address of Company VERIZONLAND PO BOX 165018 COLUMBUS, OH 43216 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. 696263846 | 0 | 421 |
| Acct. no. | $ | Name and address of Company GC SERVICES 6330 GULFTON HOUSTON, TX 77081 | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct. no. 8600000717220396 | 394 | 394 |
| Life insurance net cash value | $ | Name and address of Company SST/COLUMBUS PO BOX 84024 COLUMBUS, GA 31908 | $ Payment/Months | $ |
| Face amount $ | 100,000 | | | |
| Subtotal Liquid Assets | $ 101,000 | Acct. no. 4036240000266306 | 15 | 374 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 650,000 | Name and address of Company ASSET ACCEPT PO BOX 2036 WARREN, MI 48090 | $ Payment/Months | $ |
| Vested interest in retirement fund | $ 100,000 | | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct. no. 16565427 | 280 | 281 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) HOUSEHOLD FURNITURE | $ 20,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 778 | |
| Total Assets a. | $ 871,000 | Net Worth (a minus b)  ⟹ | $ 619,590 | Total Liabilities b. | $ 251,410 |

Borrower

Co-Borrower

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 3328 17TH STRET, NW Washington, DC 20010 | SFR | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ INCL | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| | | If you answer "yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower | |
| | | | | Yes | No | Yes | No |
| a. Purchase price | $ | a. Are there any outstanding judgments against you? | | ☐ | ☑ | ☐ | ☐ |
| b. Alterations, improvements, repairs | | | | | | | |
| c. Land (if acquired separately) | | b. Have you been declared bankrupt within the past 7 years? | | ☐ | ☑ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | 256,221.32 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☐ | ☑ | ☐ | ☐ |
| e. Estimated prepaid items | 1,559.85 | | | | | | |
| f. Estimated closing costs | 11,912.31 | d. Are you a party to a lawsuit? | | ☐ | ☑ | ☐ | ☐ |
| g. PMI, MIP, Funding Fee | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | ☐ | ☑ | ☐ | ☐ |
| h. Discount (if Borrower will pay) | | | | | | | |
| i. Total costs (add items a through h) | 269,693.48 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |
| j. Subordinate financing | | | | | | | |
| k. Borrower's closing costs paid by Seller | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ☐ | ☑ | ☐ | ☐ |
| l. Other Credits (explain) | | | | | | | |
| | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☑ | ☐ | ☐ |
| | | h. Is any part of the down payment borrowed? | | ☐ | ☑ | ☐ | ☐ |
| | | i. Are you a co-maker or endorser on a note? | | ☐ | ☑ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 290,000.00 | j. Are you a U.S. citizen? | | ☑ | ☐ | ☐ | ☐ |
| | | k. Are you a permanent resident alien? | | ☐ | ☑ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☑ | ☐ | ☐ | ☐ |
| | | m. Have you had an ownership interest in a property in the last three years? | | ☑ | ☐ | ☐ | ☐ |
| o. Loan amount (add m & n) | 290,000.00 | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | PR | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -20,306.52 | (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | O | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 7/22/05 | X | 7/22/05 |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| **Ethnicity:** | ☐ Hispanic or Latino  ☑ Not Hispanic or Latino | **Ethnicity:** | ☐ Hispanic or Latino  ☐ Not Hispanic or Latino |
| **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☑ Black or African American | **Race:** | ☐ American Indian or Alaska Native  ☐ Asian  ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander  ☐ White | | ☐ Native Hawaiian or Other Pacific Islander  ☐ White |
| **Sex:** | ☑ Female  ☐ Male | **Sex:** | ☐ Female  ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) FRANK OKEBUGWU | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature | Date | PREMIER MORTGAGE SOLUTIONS 9200 BASIL COURT, SUITE 100 UPPER MARLBORO, MD 20774 (P) 301-883-8810 (F) 301-883-8946 |
| ☐ Face-to-face interview | | | |
| ☐ Mail | | | |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | | |
| ☐ Internet | 301-883-8810 | | |

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co-Borrower | Borrower<br>**MONICA S CARROLL**<br>Co-Borrower<br>**ROBERT CARROLL** | Agency Case Number:<br>Lender Case Number: |
|---|---|---|

### VI.   ASSETS   AND   LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No. | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 9/24/05 | X | 8/23/05 |

Freddie Mac Form 65    01/04
CALYX Form 1003 Cnup4ast.frm 01/04

Fannie Mae Form 1003    01/04

# EXHIBIT 3

# Request for Appraisal

## Part I - Request

**1. To (Name and address of appraiser)**

SHANNON INGRAM

*(handwritten)* ( 301 ) 336-3557

(P) 301-379-5175 / (F) ~~310-336-3557~~

**2. From (Name and address)**

*(handwritten)* Kellie Roberts

9200 BASIL COURT, SUITE 100
UPPER MARLBORO, MD 20774

*(handwritten)* (240) 476-5128 cell

**3. Signature of Lender**

**4. Title** SNR LOAN OFFICER

**5. Date** 08/09/2005

**6. Lender**

**7. Name and address of applicant**

MONICA S CARROLL
3328 17TH STREET, NW
Washington, DC 20010
(H) 202-332-3609
(B) 202-635-1900

/ ROBERT CARROLL
/ 3328 17TH STREET, NW
/ Washington, DC 20010
/ (H) 202-332-3609

## Part II - Property and Mortgage Information

**8. Property Type**
- [x] Detached
- [ ] Attached
- [ ] Condo
- [ ] PUD
- [ ] CO-OP

**9. Occupancy Status**
- [x] Primary Residence
- [ ] Second home
- [ ] Investment Property

No. of Units __1__

**10. Type of Loan**
- [ ] Conventional
- [x] FHA
- [ ] VA
- [ ] USDA /Rural Housing Service

**11. Lien Position**
- [x] First Mortgage
- [ ] Second Mortgage

**12. Loan Purpose**
- [ ] Purchase
- [x] Cash-Out Refi
- [ ] No Cash-Out Refi

**13. Sales Price :** $

**14 Estimated Value :** $ 660,000

**15. Loan Amount :** $ 280,000.00

**16. Property Address :** 3328 17TH STREET, NW
Washington, DC 20010
County: District Of Columbia

**17. Legal Description** SEE TITLE

**18. Escrow Company:**

**19. Title Company:** LEANNE EVANS
CONSUMER FIRST TITLE
(P) 301-345-8601 / (F) 301-345-3390

**20. Listing Agent**

**21. Selling Agent**

## Part III - Appraisal Information

**22. Due Date :**

**23. Type of Appraisal :**
- [ ] Interior / Exterior (Full)
- [ ] Exterior Only
- [ ] Market Rent Analysis

**24. Contact for entry, if not same as borrower:**

**25. Comments**
CALL CUSTOMER MONICA CARROLL TO SCHEDULE APPRAISAL
202-635-1900 EXT 11  WORK
202-332-3609   HOME

*(handwritten)* Kellies email = Kellieantoinette@yahoo.com

Calyx Form reqap.frm 5/03

*(handwritten)* ( Frankokebugwu@comcast.net )

# EXHIBIT 4

OF THE
DISTRICT OF COLUMBIA

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION
BOARD OF APPRAISERS
*certifies that*

SHANNON M. INGRAM
JMJ APPRAISAL SERVICE, LLC
3224 NOBILITY COURT
WALDORF MD 20603

*has met all requirements prescribed by law and regulations and is hereby licensed as:*

Residential Appraiser
License Number: RA10856

ISSUE DATE: 03/01/2008

EXPIRATION DATE: 02/28/2010

_____
Director
Department of Consumer and Regulatory Affairs

Sequence Number: 13

# EXHIBIT 5

APPOINTMENT DATE: _____ /D. APPRAISER: _____
CONTACT: _____ PHONE #: _____
SUBJECT ADDRESS: _____
CROSS STREETS: NORTH _____ SOUTH _____
EAST _____ WEST _____

MAP: ADC
BEDROOMS _____ STORIES _____
BATHROOMS _____ # FIREPLACES ____1____
CONDO _____ FUEL: ELEC/GAS
HOA _____ CORNER LOT: Y/N

BASEMENT: Y/N
%FINISHED:
BATHROOMS ____1/2____
WALLS _____
CEILING _____
FLOOR _____
SUMP PUMP: Y/N
EXIT: Y/N

PICTURES (6) STREET, FRONT, BACK, KITCHEN, BATHRM, LIVINGRM/BEDRM

**EXTERIOR:**

SIDEWALKS: CONCRETE/OTHER

STREET LGTS: ELECTRIC/POLE/NONE

STREET: ASPHALT/OTHER

DRIVEWAY: /N ASPHALT/CONCRETE/BLUE STONE/OTHER /NONE

CAR STORAGE: NONE GARAGE 1/2 CARPORT 1/2 OFF-STREET ASSIGNED

GAR TYPE: /N ATTACHED/DETACHED/BUILT-IN

TYPE: SF TH RH MULTI MANF

*QUALITY:* LOW FAIR AVG GD VG EX

STYLE: RANCH RAMB SL SF COL CAPE CONTEMP COND END UNIT INS UNIT

EXT WALLS: BRK BRK FRONT WOOD VINYL ALUM STONE STUCCO

TOPOGRAPHY: LEVEL SLIGHTLY SLOPED STEEP SLOP SLOPE TO FRONT SLOPE TO REAR

ROOF: COMP WOOD SHINGLES METAL SLATE FLAT

GUTTERS: ALUM COOPER WOOD NONE

WINDOWS: INSULATED DBLE HUNG WOOD FRAME ALUM FRAME

EXT DOORS: SCREENS STORM DOORS INSULATED NON-INSULATED

PATIO/DECK: FRONT/REAR CONCRETE/WOOD CONDITION: GOOD AVG FAIR

PORCH: FRONT/REAR TYPE: SCREEN/OPEN/ENCLOSED

FENCE: FRONT/REAR TYPE: WOOD/PICKET/RAIL/CHAIN/PRIVACY

COOLING: CAC/WINDOW UNITS/ 2 HEATING: FORCED AIR/RADIATOR/BASEBOARD

WASTE: SEPTIC/PUBLIC SEWER UTILITIES: WELL/CITY

**INTERIOR:**

FLOOR: W/W CARPET/HARDWOOD/CERAMIC TILE/VINYL/_____

WALLS: DRYWALL/PLASTER/PANELING/_____ TRIM: PAINTED WOOD/STAINED

DOORS: WOOD/_____

KITCHEN: REFRIGERATOR/RANGE/DISPO SAL/DISHWASHER/FAN-HOOD/BUILT-IN MICRO WAVE/W/L)

ATTIC: SCUTTLE/STAIRS/PULL DOWN/

# EXHIBIT 6

**Metropolitan Regional Information Systems, Inc.**
**Full Tax Record**

Tax ID: 2612//0663
Property Address: 3328 17TH ST NW, WASHINGTON DC 20010 1802

Page: 1
13-Aug-2005, 11:35 am
**County: WASHINGTON**

Legal Subdiv/Neighborhood: MOUNT PLEASANT
Incorporated City: WASHINGTON DC
**Owner Name:** MONICA CARROLL
Addtnl:
**MAILING ADDRESS:** 3328 17TH ST NW, WASHINGTON, DC 20010 1802

Condo/Coop Project:
Phone #: (202) 332-3609
Company Owner:
Care of Name:

Absent Owner: No

**LEGAL DESCRIPTION:**

| | | | |
|---|---|---|---|
| Mag/Dist #: | Lot: 663 | Block/Square:2612 | |
| Election District: 1 | Legal Unit #: | Grid: | Tax Map: 2612    0663 |
| Section: | Subdiv Ph: | Addl Parcel Flag/#: | Map: 36-A |
| Map Suffix: | Suffix: | Parcel: | Sub-Parcel: |
| Historic ID: | Agri Dist: | Plat Folio: | Plat Liber: |
| **TOTAL TAX BILL:** $2,299 | | City Tax: $2,299 | Tax Levy Yr: 2004 |
| State/County Tax: | | Refuse: | Tax Rate: 0.96 |
| Spec Tax Assmt: | Exempt Class: | Homestd/Exempt Status:1 | |
| Front Foot Fee: | Tax Class: 1/TX | Mult. Class: | |

**ASSESSMENT**

| Year Assessed | Total Tax Value | Land | Improvement | Land Use |
|---|---|---|---|---|
| 2004 | $239,485 | $77,561 | $161,924 | |
| 2003 | $213,826 | $69,251 | $144,575 | |
| 2002 | $201,061 | $70,401 | $130,660 | |

**DEED**

| Transfer Date | Deed Liber:<br>Price | Grantor | Deed Folio: | Grantee |
|---|---|---|---|---|
| 16-Jul-1992 | $170,000 | | | MONICA CARROLL |

**PROPERTY DESCRIPTION**

| | | |
|---|---|---|
| Year Built: 1913 | Zoning Code: R4 | Census Trct/Blck: 2,701/2001 |
| Irregular Lot: | Lot Sq Ft: 2,650 | Acreage: 0.06 |
| Land Use Code: Residential | Plat Liber/Folio: / | Property Card: |
| Property Class:011 | Quality Grade: EXCLLNT QUALIT | Road Description: |
| Zoning Desc: RES-ROW DWL,CNV,APT | Xfer Devel.Right: | Road Frontage: |
| Prop Use: RES SINGLE FAMILY ROW | Site Influence: | Topography: |
| Building Use: | | Sidewalk: |
| Lot Description: | | Pavement: |

**STRUCTURE DESCRIPTION**

| | Section 1 | Section 2 | Section 3 | Section 4 | Section 5 |
|---|---|---|---|---|---|
| Construction: | | | | | |
| Story Type: | | | | | |
| Description: | | | | | |
| Dimensions: | | | | | |
| Area: | | | | | |

| | | | |
|---|---|---|---|
| Foundation: | Roofing: Metal | # of Dormers: | |
| Ext Wall: Brick/Stone | Style: | Year Remodeled: 0 | |
| Stories: 2 | Units: 1 | Model/Unit Type: ROW INSIDE | |
| **Total Building Area: 2,028** | | Living Area: | Base Sq Ft: |
| Patio/Deck Type: | Sq Ft: | Porch Type: Porch | Sq Ft: 48 |
| Balcony Type: | Sq Ft: | Pool Type: | Sq Ft: |
| Attic Type: | Sq Ft: | Roof Type: | |
| **Rooms: 9** | | | |
| Bedrooms: 5 | Fireplace Type: | Fireplaces: 1 | |
| Full Baths: 2 | Bsmt Type: Not Specified | Garage Type: | |
| Half Baths: 1 | Bsmt Tot Sq Ft: 660 | Garage Const.: | |
| Baths: 2.50 | Bsmt Fin Sq Ft: 495 | Garage Sq Ft: | |
| | Bsmt Unfin Sq Ft: 165 | Garage Spaces: | |
| Other Rooms: 1 KITCHEN(S) | | | |
| Other Amenities: | Air Conditioning: | | |
| Appliances: | Interior Floor: HARDWOOD | | |
| Gas: | Outbuildings: | | |
| | Heat: Steam | Sewer: | Fuel: |
| Electric: | Water: | Underground: | Walls: |

Update Date : 29-May-2004

Courtesy of: SHANNON INGRAM
Cell: (301) 379-5175

Home:
Office: (301) 893-2878

E-mail: issingram@aol.com
Company: New Enterprise Appraisal Co

(c) 2005 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

# EXHIBIT 7

DC5126723
Residential
**3105 17TH ST NW WASHINGTON, DC 20010-2701**

Metropolitan Regional Information Systems, Inc
**Short Listing**

2040

Page: 1
13-Aug-2005
11:39 am

**STATUS: SOLD**

Contract Date: 22-Feb-2005
Close/OMD Date: 14-Mar-2005

Leg. Sub: MOUNT PLEASANT
Adv. Sub: MOUNT PLEASANT

Lot AC/SF: 1,307/0.03
#Lvls: 3      #Fpls: 1
Main Entrance:
Tax Map: 2596    0718

List Type: Excl Agency
Close Price: $660,000
Seller Subsidy: $15,000

Other Fee:/mo pd

Lot/Block/Square: 718/2596
Style: Colonial
Type: Attach/Row Hse
TH Type: Interior
Parcel:

Ownership:Fee Simple, Sale
New 1st Trust: $330,000
Loan Type: Conventional

HOA FEE: /mo pd
GROUND RENT:

TAXES: $3,648
Tax Year: 2004
Tax ID #: 2596//0718
Model:
Liber:

Schools
ES:
MS:
HS:

**LIST PRICE: $672,000**
New 2nd Trust:
Loan Type: Conventional
Map Coord: GREAT

Area: N/A
**Age:** 85
Year Built: 1920
Finished SF:
Folio:

|  | Total | Main | Upper 1 | Upper 2 | Lower 1 | Lower 2 |
|---|---|---|---|---|---|---|
| BR: | 3 | 0 | 3 | 0 | 0 | 0 |
| FB: | 2 | 0 | 1 | 0 | 1 | 0 |
| HB: |  |  |  |  |  |  |

Rooms:

**Basement:** Yes, English, Fully Finished, Walkout Stairs, Rear Entrance
**Parking:** Shared Driveway, Street ,
**Heat:** Hot Water, Radiator, Natural Gas
**Cool:** Window Unit(s), Electric
**TV/Cable/Comm:**
**Hot Water:** Electric
**Water/Sewer/Septic:** Public/Public Sewer
**Extra Unit Descrption:** Efficiency, In - Law Suite, Separate Entrance
**INTERIOR:** , Attic-Strs Pull Dwn, Wood Floors, , Galley Kitchen, Sep Dining Rm, ,
**EXTERIOR:** Brick, , , , , , UBC

# Gar/Carpt/Assigned: //

**REMARKS:** Charming and spacious colonial in great tree lined street. Private garden. Original inlaid wood floors and period details throughout. Great for entertainment large rooms and entry hall with fireplace. Upstairs 3 bed with access to large attic easily converted to a 4th bed or great loft Lower level large sep inlaw suite. Commission at settle. owner right to reject any offers.Lockbox after open 1/9
**DIRECTIONS:** SOUTH ON 16TH STREET, RIGHT ON PARK TO LEFT ON 17TH TO 3105

**Broker:** COLDWELL BANKER RESIDENTIAL BROKERAGE, CBRB
Listing Agent: MONICA BELIZAN
Email: monibelizan@hotmail.com
Selling Agent: M. Jacqueline Bennett

Office: (202) 333-6100
LA Office: (202) 333-6100
LA Pager:

Company: RE/MAX Advantage Realty, RMA5

Fax: (202) 342-9118
LA Home: (202) 483-1682
LA Cell: (202) 306-6111

Agency: Buyer Agency

**Show Instructions:** Lockbox-Frnt Dr
Owner: C/AGENT
Showing Contact: MONICA BELIZAN

Home: (202) 306-6111
Home: (202) 306-6111
DOM-MLS: 53
DOM-PROP: 53
Front Fee:

Office:
Office:

List Date: **04-Jan-2005**
Update Date: 15-Mar-2005
Update Type: Other
**Disclosures:** Prop Disclosure
Documents:
Property Condition: As-is condition, Shows Well
Possession: Immediate

Orig Price : $672,000
Prior Price:

SubComp: 3    Dual: Yes
BuyComp: 3    DesR: No
Add'l:        VarC: No

(c) 2005 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

DC5167541
Residential

**2043 ROSEMONT AVE NW WASHINGTON, DC 20010-1024**

**STATUS: SOLD**

List Type: Excl. Right

Contract Date: 02-Mar-2005
Close/OMD Date: 22-Apr-2005

Close Price: $745,000
Seller Subsidy: $0

Ownership:Fee Simple, Sale
New 1st Trust: $593,000
Loan Type: Conventional

**LIST PRICE: $639,000**
New 2nd Trust:
Loan Type

Leg. Sub: MOUNT PLEASANT
Adv. Sub: MOUNT PLEASANT

Other Fee:/mo pd

HOA FEE: /mo pd
GROUND RENT:

Map Coord: NA

Lot AC/SF: 1,307/0.03
#Lvls: 3      #Fpls: 0
Main Entrance:
Tax Map: 2618   0129

Lot/Block/Square: 129/2618
Style: Other
Type: Attach/Row Hse
TH Type: Interior
Parcel:

TAXES: $4,054
Tax Year 2004
Tax ID #: 2618//0129
Model:
Liber:

Area:
**Age: 82**
Year Built: 1923
Finished SF:
Folio:

| | Total | Main | Upper 1 | Upper 2 | Lower 1 | Lower 2 | Schools |
|---|---|---|---|---|---|---|---|
| BR: | 4 | 0 | 3 | 0 | 1 | 0 | |
| FB: | 2 | 0 | 1 | 0 | 1 | 0 | ES: |
| HB: | | | | | | | MS: |
| | | | | | | | HS: |

Rooms: Attic-Unfinished, Florida/Sun Rm, Other, Utility Room
**Basement:** Yes, Full, Partially Finished, Walkout Level, Connect Stair, Outside Entrance, Rear Entrance
**Parking:** Drvwy/Off Str ,
Heat: Radiator, Natural Gas                                                      # Gar/Carpt/Assigned: //
Cool: Ceiling Fan(s), Window Unit(s), Electric
TV/Cable/Comm:
Hot Water: Natural Gas
Water/Sewer/Septic: Public/Public Sewer
**INTERIOR:** Dishwasher, Disposal, Dryer, Exhaust Fan, Oven/Range-Gas, Range hood, Refrigerator, Washer, Attic-Stairs Fixed, Built-in
Bookcases, Corian Counters, W/W Carpeting, Wood Floors, , Kit-Breakfast Bar, Sep Dining Rm, , Dble Pane Wind, French Doors, Skylight(s)
**EXTERIOR:** Brick, , Porch-front, Porch-rear, , , , USC
**REMARKS:** DELIGHTFUL 1920s TH ON VERY SPECIAL PARK-ADJACENT CUL-DE-SAC. FILLED W/ WINDOWS, CLEVERLY RENOV TO
PROVIDE WONDERFUL FLOW, 4BR, 2BA, 2 SUNRMS/DENS, EXERCISE RM, FRONT PORCH, REAR DECK & PRKNG! EASY WALK TO
METRO, SHOPS, RESTAURANTS, ETC   Ideal settlement date 4/22/05 ** ON LKBX 1:30-6:30 DAILY, appt necessary all other times (2 lrg
dogs). ** OFFERS WED AM 3/2  Photos@ lindalowrealtor.com
**DIRECTIONS:** FROM PORTER STREET HEADED EAST FROM CLEVELAND PARK, BEAR LEFT ON TO KLINGLE AND MAKE 1ST LEFT ON TO
ROSEMONT
**Broker:** LONG & FOSTER REAL ESTATE, INC., LNG35
Listing Agent: LINDA  LOW
Email: linda@lindalowrealtor.com
Selling Agent: Keith Gilbert

Office: (202) 363-1800
LA Office: (202) 363-1800
LA Pager:

Fax: (202) 363-1637
LA Home: (202) 232-4733
LA Cell:

Company: Long & Foster Real Estate, Inc., LNG44

**Show Instructions:** Appt Contact, Appt Only-Owner/Contact, Lockbox-Other, Other, Restr Times

Agency: Buyer Agency

Owner: KATE KARAFOTAS
Showing Contact: MR/MS KARAFOTAS

Home: (202) 332-5276
Home: (202) 332-5276

Office:
Office:

List Date: **25-Feb-2005**
Update Date: 22-Apr-2005
Update Type: Other

Orig Price : $639,000
Prior Price:

DOM-MLS: 5
DOM-PROP: 5

SubComp: 2.5     Dual: No
BuyComp: 2.5     DesR No

**Disclosures:** Historic Property
Documents:
Property Condition:
Possession: Settlement

Front Fee:

Add'l:           VarC: No

(c) 2005 Metropolitan Regional Information Systems, Inc
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

**DC5281877**

Metropolitan Regional Information Systems, Inc

Residential

**Short Listing**

Page: 1
13-Aug-2005
12:25 pm

**1818 KENYON ST NW WASHINGTON, DC 20010-2619**

| | |
|---|---|
| **STATUS: SOLD** | |

List Type: Excl. Right
Ownership: Fee Simple, Sale

**LIST PRICE: $699,000**

Contract Date: 22-Jun-2005
Close Date: 21-Jul-2005

Close Price: $780,599
Seller Subsidy: $0

New 1st Trust: $624,400
Loan Type: Conventional

New 2nd Trust: $77,700
Loan Type: Conventional

Leg. Sub: MOUNT PLEASANT
Adv. Sub: MOUNT PLEASANT

Other Fee/mo pd

HOA FEE: /mo pd
GROUND RENT:

Map Coord: NOT SURE

Lot AC/SF: 2,178/0.05
#Lvls: 4    #Fpls: 1
Main Entrance: Foyer
Tax Map: 2598   0037

Lot/Block/Square: 37/2598
Style: Victorian
Type: Attach/Row Hse
TH Type: Interior
Parcel:

TAXES: $4,029
Tax Year: 2004
Tax ID #: 2598//0037
Model: UPDATED!
Liber:

Area: 89
Age: 89
Year Built: 1916
Finished SF:
Folio:

| | Total | Main | Upper 1 | Upper 2 | Lower 1 | Lower 2 | Schools |
|---|---|---|---|---|---|---|---|
| BR: | 4 | 0 | 3 | 0 | 1 | 0 | ES: |
| FB: | 3 | 0 | 2 | 0 | 1 | 0 | MS: |
| HB: | 0 | 0 | 0 | 0 | 0 | 0 | HS: |
| Rooms: | | | | | | | |

**Basement:** Yes, English, Fully Finished, Walkout Level, Connect Stair, Outside Entrance, Rear Entrance

**Parking:** Garage  Garage Type- Detached,

**Heat:** Hot Water, Radiator, Natural Gas

**Cool:** Ceiling Fan(s), Window Unit(s), Electric

# Gar/Carpt/Assigned: 1//

**TV/Cable/Comm:**

**Hot Water:** Natural Gas

**Water/Sewer/Septic:** Public/Public Sewer

**Extra Unit Descrption:** Basement,In - Law Suite,1 bedroom

**INTERIOR:** Dishwasher, Disposal, Dryer, Intercom, Microwave, Oven/Range-Gas, Refrigerator, Washer, Auto Gar Dr Opn, Dual Entry Bathroom, Granite Counters, MBR-BA Full, Washer/Dryer Hookup, , 2nd Kitchen, Kit-Island, Sep Dining Rm, ,

**EXTERIOR:** Brick and Siding, , Porch-front, , , , , USC

**REMARKS:** Lovely renovation that spared the period charm! Big sunny rooms, a great garden, large detached garage, wonderful granite/stainless kitchen, 2 full baths on upper lvl and a high-income 1 br in-law suite complete the perfect package.  Friendly bsmt tenant vacating 6/30. Easy show - just go from 9am to 7pm. After 7pm courtesy call owner and go.  Pls knock on tenants door before showing bsmt unit

**DIRECTIONS:** KENYON BETWEEN 18TH & 19TH. LXB FRONT DOOR. USE INSIDE STAIRS TO SEE BSMT UNIT, AND PLS KNOCK ON TENANT'S DOOR. OWNER RESERVES RIGHT TO ACCEPT OR REJECT ANY OFFER. COMMISSION ONLY AT SUCCESSFUL SETTLEMENT.

**Broker:** LONG & FOSTER REAL ESTATE, INC., LNG44

Listing Agent: RICHARD  ODER
Email: richard.oder@longandfoster.com

Selling Agent: Debbie Singleton

Office: (202) 483-6300
LA Office: (202) 238-2893
LA Pager:

Company: DC Living Real Estate LLC, DCLR1

Fax: (202) 483-8876
LA Home: (202) 329-6900
LA Cell: (202) 329-6900

**Show Instructions:** Lockbox-Frnt Dr, Restr Times, 9 AM-9 PM, All Days

Agency: Buyer Agency

Owner: KATHERINE KUPER

Showing Contact: KATE KUPER

List Date: **15-Jun-2005**
Update Date: 26-Jul-2005
Update Type: Other

**Disclosures:** Prop Disclosure

Documents:

Orig Price: $699,000
Prior Price:

Home:
Home: (202) 390-8737
DOM-MLS: 7
DOM-PROP: 7
Front Fee:

Office:
Office:
SubComp: 2.5    Dual: Yes
BuyComp: 2.5    DesR Yes
Add'l:          VarC: No

**Property Condition:** As-is condition, Renov/Remod, Shows Well

**Possession:** Settlement

(c) 2005 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

DC5089215
Residential
**3104 16TH ST NW WASHINGTON, DC 20010-3301**

Metropolitan Regional Information Systems, Inc
**Short Listing**

*2016*

Page: 3
13-Aug-2005
11:39 am

**STATUS: SOLD**

Contract Date: 01-Dec-2004
Close/OMD Date: 05-Jan-2005

Leg. Sub: MOUNT PLEASANT
Adv. Sub: MOUNT PLEASANT

Lot AC/SF: 1,027/0.02
#Lvls: 3      #Fpls: 2
Main Entrance: Foyer, Hall
Tax Map: 2595    1046

List Type: Excl. Right
Close Price: $625,000
Seller Subsidy: $0

Other Fee:/mo pd

Lot/Block/Square: 1046/2595
Style: Colonial
Type: Attach/Row Hse
TH Type: Interior
Parcel:

Ownership:Fee Simple, Sale
New 1st Trust: $468,750
Loan Type: Conventional

HOA FEE: /mo pd
GROUND RENT:

TAXES: $3,297
Tax Year 2004
Tax ID #: 2595//1046
Model:
Liber:

**LIST PRICE: $625,000**
New 2nd Trust:
Loan Type:

Map Coord: TBD

Area: N/A
**Age: 27**
Year Built: 1978
Finished SF:
Folio:

|      | **Total** | **Main** | **Upper 1** | **Upper 2** | **Lower 1** | **Lower 2** | **Schools** |
|------|-----------|----------|-------------|-------------|-------------|-------------|-------------|
| BR:  | 3         | 1        | 0           | 2           | 0           | 0           | ES.         |
| FB:  | 2         | 1        | 0           | 1           | 0           | 0           | MS:         |
| HB:  | 1         |          | 1           |             | 0           |             | HS:         |

Rooms: 2 Master BR, Laundry-Kit Lvl, Main Lvl BR, Other, Storage Room

**Basement:** No, ,

**Parking:** Assigned, Drvwy/Off Str ,
Heat: Forced Air, Natural Gas
Cool: Central A/C, Electric
TV/Cable/Comm:
Hot Water: Electric, Natural Gas
Water/Sewer/Septic: Public/Public Sewer

# Gar/Carpt/Assigned: //1

Extra Unit Descrption: 1 bedroom

**INTERIOR:** Dishwasher, Disposal, Dryer, Extra Refrg/Frz, Icemaker, Other, Oven/Range-Electric, Range hood, Refrigerator, Washer, Entry Lvl BR, FP Mantels, Granite Counters, Other, Shades/Blinds, Walk-in Closet(s), Wood Floors, , 2nd Kitchen, Kit-Table Space, Other, Sep Dining Rm, ,

**EXTERIOR:** Brick, Other, , Balcony, Fenced - Fully, Fenced - Rear, Patio, , Landscaping, , 1 mi-Comm Rail, 1 mi-Metro Bus, 1 mi-subway, USC

**REMARKS:** Great Opportunity! Renovated 3BR, 3.5BA w/Legal RENTAL UNIT & OS PARKING SPACE! Fncd Front Garden & Patio, Fncd Rear Patio! 3 Fin Lvls, Hdwd Flrs on all Lvls, 1BR Rental Unit has LR w/Fp, Updated KIT, Spacious BR w/Sep Rear Entry! Main Residence has Lrg LR w/Fp, Formal DR, Granite Eat-In KIT, 2 Lrg BR's, W/D, CAC, & More! 2 Blcks to Columbia Hts & METRO! Call Bill in my Offc w/? @ 202-903-6533.

**DIRECTIONS:** S ON 16TH TO #3104 ON CORNER OF 16TH & IRVING

**Broker:** LONG & FOSTER REAL ESTATE, INC., LNG54
Listing Agent: SUZANNE GOLDSTEIN
Email: SGoldst200@aol.com

Selling Agent: Alan Wall

**Show Instructions:** Lockbox-Frnt Dr, Show Anytime
Owner: C/O AGENT

Showing Contact: VACANT USE LOCKBOX
List Date: **05-Nov-2004**
Update Date: 05-Jan-2005
Update Type: Other
**Disclosures:** Prop Disclosure
Documents:
Property Condition: Renov/Remod, Shows Well
Possession: Settlement

Office: (202) 364-5200
LA Office: (202) 244-0400
LA Pager:

Company: Urban Brokers, LLC, UBRO1

Home:
Home: (202) 903-6533
DOM-MLS: 26
DOM-PROP: 26

Front Fee:

Orig Price : $625,000
Prior Price:

Fax: (202) 364-7052
LA Home:
LA Cell: (202) 365-6000
Agency: Buyer Agency

Office:
Office:
SubComp: 2.5      Dual: Yes
BuyComp: 2.5      DesR Yes
Add'l:               VarC: Yes

(c) 2005 Metropolitan Regional Information Systems, Inc.
Information is believed to be accurate, but should not be relied upon without verification.
Accuracy of square footage, lot size and other information is not guaranteed.

# EXHIBIT 8



# APPRAISAL OF REAL PROPERTY

## LOCATED AT:
3328 17TH STREET NW
MOUNT PLEASANT LOT 663 BLOCK 2612
WASHINGTON, DC 20010-1802

## FOR:
PREMIER MORTGAGE SOLUTIONS
9200 BASIL COURT
UPPER MARLBORO, MD 20774

## AS OF:
13 AUGUST 2005

## BY:
SHANNON M. INGRAM

| FROM: | INVOICE | |
|---|---|---|
| | **INVOICE NUMBER** | |
| UPPER MARLBORO, MD 20774 | **DATE** | |
| | 13 AUGUST 2005 | |
| Telephone Number:          Fax Number: | **REFERENCE** | |

| TO: | | |
|---|---|---|
| KELLIE ROBERTS | Internal Order #: | |
| PREMIER MORTGAGE SOLUTIONS | Lender Case #: | |
| 9200 BASIL COURT | Client File #: | |
| SUITE 100 | Main File # on form: | 3328 17TH STREET, NW |
| UPPER MARLBORO, MD 20774 | Other File # on form: | MONICA CARROLL |
| Telephone Number: 301-893-6900       Fax Number: 301-893-3455 | Federal Tax ID: | |
| Alternate Number:          E-Mail: jt9097@aol.com | Employer ID: | |

**DESCRIPTION**

Lender: PREMIER MORTGAGE SOLUTIONS          Client: PREMIER MORTGAGE SOLUTIONS
Purchaser/Borrower: MONICA CARROLL
Property Address: 3328 17TH STREET NW
City: WASHINGTON
County: N/A          State: DC          Zip: 20010-1802
Legal Description: MOUNT PLEASANT LOT 663 BLOCK 2612

| FEES | AMOUNT |
|---|---|
| Full Appraisal | 350.00 |
| **SUBTOTAL** | 350.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:          Date:          Description: PAID IN FULL | 350.00 |
| Check #:          Date:          Description: | |
| Check #:          Date:          Description: | |
| **SUBTOTAL** | 350.00 |
| **TOTAL DUE** | $          0.00 |

SHANNON INGRAM
JMJ APPRAISAL SERVICE, LLC
954 DUNLORING COURT
UPPER MARLBORO, MD 20774


13 AUGUST 2005


PREMIER MORTGAGE SOLUTIONS
9200 BASIL COURT
UPPER MARLBORO, MD 20774


Re: Property:    3328 17TH STREET NW
                 WASHINGTON, DC 20010-1802
    Borrower:    MONICA CARROLL
    File No.:


In accordance with your request, we have appraised the above referenced property. The report of that appraisal is attached.

The purpose of this appraisal is to estimate the market value of the property described in this appraisal report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and city, and an economic analysis of the market for properties such as the subject. The appraisal was developed and the report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The value conclusions reported are as of the effective date stated in the body of the report and contingent upon the certification and limiting conditions attached.

It has been a pleasure to assist you. Please do not hesitate to contact me or any of my staff if we can be of additional service to you.


Sincerely,


SHANNON M INGRAM

# SUMMARY OF SALIENT FEATURES

| | | |
|---|---|---|
| **SUBJECT INFORMATION** | Subject Address | 3328 17TH STREET NW |
| | Legal Description | MOUNT PLEASANT LOT 663 BLOCK 2612 |
| | City | WASHINGTON |
| | County | N/A |
| | State | DC |
| | Zip Code | 20010-1802 |
| | Census Tract | 0027.01 |
| | Map Reference | ADC 9 J8 DC |
| **SALES PRICE** | Sale Price | $ REFINANCE |
| | Date of Sale | TBD |
| **CLIENT** | Borrower/Client | MONICA CARROLL |
| | Lender | PREMIER MORTGAGE SOLUTIONS |
| **DESCRIPTION OF IMPROVEMENTS** | Size (Square Feet) | 1,366 |
| | Price per Square Foot | $ |
| | Location | MOUNT PLEASANT |
| | Age | 92 YRS +/- |
| | Condition | AVERAGE |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 1 |
| **APPRAISER** | Appraiser | SHANNON M. INGRAM |
| | Date of Appraised Value | 13 AUGUST 2005 |
| **VALUE** | Final Estimate of Value | $ 703,000 |

MONICA CARROLL

# UNIFORM RESIDENTIAL APPRAISAL REPORT
File No. 3328 17TH STREET, N

| | | | | |
|---|---|---|---|---|
| **Property Description** | | | | |
| Property Address 3328 17TH STREET NW | City WASHINGTON | State DC | Zip Code 20010-1802 | |
| Legal Description MOUNT PLEASANT LOT 663 BLOCK 2612 | County N/A | | | |
| Assessor's Parcel No. 2612/0663 | Tax Year 2004 | R.E. Taxes $ 2,299.00 | Social Assessments $ 0.00 | |
| Borrower MONICA CARROLL | Current Owner MONICA CARROLL | Occupant: ☒ Owner ☐ Tenant ☐ Vacant | | |
| Property rights appraised ☒ Fee Simple ☐ Leasehold | Project Type ☐ PUD ☐ Condominium (HUD/VA only) | HOA $ N/A /Mo. | | |
| Neighborhood or Project Name MOUNT PLEASANT | Map Reference ADC 9 J8 DC | Census Tract 0027.01 | | |
| Sale Price $ REFINANCE Date of Sale TBD | Description and $ amount of loan charges/concessions to be paid by seller $0.00 | | | |
| Lender/Client PREMIER MORTGAGE SOLUTIONS | Address 9200 BASIL COURT SUITE 100, UPPER MARLBORO, MD 20774 | | | |
| Appraiser SHANNON M. INGRAM | Address 954 DUNLORING COURT, UPPER MARLBORO, MD 20774 | | | |

| Location | ☐ Urban ☒ Suburban ☐ Rural | Predominant occupancy | Single family housing | | Present land use % | Land use change |
|---|---|---|---|---|---|---|
| | | | PRICE $(000) | AGE (yrs) | One family 95 | ☒ Not likely ☐ Likely |
| Built up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | ☒ Owner | 500 Low NEW | | 2-4 family | ☐ In process |
| Growth rate | ☐ Rapid ☒ Stable ☐ Slow | ☐ Tenant | 900 High 100 | | Multi-family | To: |
| Property values | ☒ Increasing ☐ Stable ☐ Declining | ☒ Vacant (0-5%) | Predominant | | Commercial 5 | |
| Demand/supply | ☐ Shortage ☒ In balance ☐ Over supply | ☐ Vacant (over 5%) | 600 | 85 | | |
| Marketing time | ☒ Under 3 mos. ☐ 3-6 mos. ☐ Over 6 mos. | | | | | |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

Neighborhood boundaries and characteristics: SEE ATTACHED MAP GRID

Factors that affect the marketability of the properties in the neighborhood (proximity to employment and amenities, employment stability, appeal to market, etc.): THE SUBJECT PROPERTY IS LOCATED IN THE MOUNT PLEASANT NEIGHBORHOOD OF NORTHWEST WASHINGTON, DC, CONSISTING OF ROW-STYLE SINGLE FAMILY DWELLINGS. MAINTENANCE OF PROPERTIES IS GOOD AND FUTURE MARKETABILITY SHOULD CONTINUE TO BE SATISFACTORY. SUFFICIENT SCHOOLS, CHURCHES, RECREATIONAL AND SUPPORT FACILITIES ARE CONSIDERED TYPICALLY LOCATED CLOSE TO THE SUBJECT PROPERTY.

Market conditions in the subject neighborhood (including support for the above conclusions related to the trend of property values, demand/supply, and marketing time -- such as data on competitive properties for sale in the neighborhood, description of the prevalence of sales and financing concessions, etc.): CURRENT LISTINGS AND SALES FROM WITHIN THE SUBJECT'S MARKET AREA SHOW AN INCREASE IN PROPERTY VALUES. THERE IS A SUFFICIENT SUPPLY OF PROPERTIES ON THE MARKET WITH SUPPLY AND DEMAND APPEARING TO BE IN BALANCE. MARKETING TIME FOR REASONABLY PRICED PROPERTIES IS TYPICALLY UNDER THREE MONTHS. THE MARKET AREA SHOWS OUT OF 16 LISTINGS 12 SALES AND 4 ACTIVE

| | | |
|---|---|---|
| Project Information for PUDs (If applicable) - Is the developer/builder in control of the Home Owners' Association (HOA)? | ☐ Yes ☐ No N/A | |
| Approximate total number of units in the subject project N/A | Approximate total number of units for sale in the subject project N/A | |
| Describe common elements and recreational facilities: NONE | | |

| | | | | |
|---|---|---|---|---|
| Dimensions NO PLAT PROVIDED | | | Topography | AT STREET LEVEL |
| Site area 0.06 ACRES | Corner Lot ☐ Yes ☒ No | | Size | TYPICAL |
| Specific zoning classification and description RES SINGLE FAMILY ROW | | | Shape | SQUARE |
| Zoning compliance ☒ Legal ☐ Legal nonconforming (Grandfathered use) ☐ Illegal ☐ No zoning | | | Drainage | APPEARS ADEQUATE |
| Highest & best use as improved: ☒ Present use ☐ Other use (explain) | | | View | RESIDENTIAL |
| **Utilities** Public Other | **Off-site Improvements** Type | Public Private | Landscaping | TYPICAL |
| Electricity ☒ | Street ASPHALT | ☒ ☐ | Driveway Surface | STREET PARKING |
| Gas ☒ | Curb/gutter CONCRETE/CONCRETE | ☒ ☐ | Apparent easements | STANDARD UTILITY |
| Water ☒ | Sidewalk CONCRETE | ☒ ☐ | FEMA Special Flood Hazard Area ☐ Yes ☒ No | |
| Sanitary sewer ☒ | Street lights POLES | ☒ ☐ | FEMA Zone C | Map Date 11/15/1985 |
| Storm sewer ☒ | Alley NONE | | FEMA Map No. 1100010020B | |

Comments (apparent adverse easements, encroachments, special assessments, slide areas, illegal or legal nonconforming zoning use, etc.): NO APPARENT ADVERSE EASEMENTS, ENCROACHMENT, SPECIAL ASSESSMENTS, SLIDE AREAS, OR ILLEGAL USES NOTED. UTILITY EASEMENTS ARE TYPICAL OF THE AREA.

| GENERAL DESCRIPTION | EXTERIOR DESCRIPTION | FOUNDATION | BASEMENT | INSULATION |
|---|---|---|---|---|
| No. of Units 1 | Foundation CONCRETE | Slab NONE | Area Sq. Ft. 672 | Roof U ☒ |
| No. of Stories 2/B | Exterior Walls BRICK | Crawl Space NONE | % Finished 100% | Ceiling N ☒ |
| Type (Det./Att.) ATTACHED | Roof Surface COMPOSITE | Basement BRICK | Ceiling DRYWALL | Walls S ☒ |
| Design (Style) ROW-HOUS | Gutters & Dwnspts ALUM/ALUM | Sump Pump NONE | Walls DRYWALL | Floor E ☒ |
| Existing/Proposed EXISTING | Window Type DBLE HUNG | Dampness NONE | Floor CONCRETE | None E ☒ |
| Age (Yrs.) 92 YRS +/- | Storm/Screens NO/NO | Settlement NONE | Outside Entry YES | Unknown N ☒ |
| Effective Age (Yrs.) 25 YRS +/- | Manufactured House NO | Infestation NONE | | |

| ROOMS | Foyer | Living | Dining | Kitchen | Den | Family Rm. | Rec. Rm. | Bedrooms | # Baths | Laundry | Other | Area Sq. Ft. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Basement | | | | | | | | | | X | | 672 |
| Level 1 | | X | X | X | | | | | | | | 694 |
| Level 2 | | | | | | | | 3 | 1 | | | 672 |

Finished area above grade contains:    6 Rooms;    3 Bedroom(s);    1 Bath(s);    1,366 Square Feet of Gross Living Area

| INTERIOR | Materials/Condition | HEATING | YES | KITCHEN EQUIP. | | ATTIC | | AMENITIES | | CAR STORAGE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Floors | CARPET/VINYL/AVG | Type | FWA | Refrigerator | ☒ | None | ☒ | Fireplace(s) # 1 | ☐ | None | ☒ |
| Walls | DRYWALL/AVG | Fuel | GAS | Range/Oven | ☒ | Stairs | ☐ | Patio CONCRETE | ☒ | Garage # of cars | |
| Trim/Finish | WOOD/AVG | Condition | AVG | Disposal | ☐ | Drop Stair | ☒ | Deck WOOD/REAR | ☒ | Attached NONE | |
| Bath Floor | CERAMIC/AVG | COOLING | YES | Dishwasher | ☐ | Scuttle | ☐ | Porch NONE | ☐ | Detached NONE | |
| Bath Wainscot | CERAMIC/AVG | Central | NONE | Fan/Hood | ☒ | Floor | ☐ | Fence NONE | ☐ | Built-in NONE | |
| Doors | WOOD/AVG | Other | 3 WIN UN | Microwave | ☒ | Heated | ☐ | Pool NONE | ☐ | Carport NONE | |
| | | Condition | AVG | Washer/Dryer | ☐ | Finished | ☐ | | | Driveway NONE | |

Additional features (special energy efficient items, etc.): NONE NOTED

Condition of the improvements, depreciation (physical, functional, and external), repairs needed, quality of construction, remodeling/additions, etc.: AN INTERIOR AND EXTERIOR INSPECTION FOUND THE SUBJECT TO BE IN AVERAGE CONDITION. NO REPAIRS ARE NECESSARY. THERE IS A FUNCTIONAL AND ADEQUATE FLOOR PLAN WITH ADEQUATELY SIZED ROOMS AND AMPLE CLOSET SPACE. NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE NOTED.

Adverse environmental conditions (such as, but not limited to, hazardous wastes, toxic substances, etc.) present in the improvements, on the site, or in the immediate vicinity of the subject property.: THERE WERE NO ADVERSE ENVIRONMENTAL CONDITIONS NOTED IN THE IMPROVEMENT, ON THE SITE, OR IN THE IMMEDIATE

MONICA CARROLL

## UNIFORM RESIDENTIAL APPRAISAL REPORT

File No.  3328 17TH STREET, I

**Valuation Section**

| ESTIMATED SITE VALUE | = $ | 300,000 | Comments on Cost Approach (such as, source of cost estimate, site value, |
|---|---|---|---|

ESTIMATED REPRODUCTION COST-NEW-OF IMPROVEMENTS: | square foot calculation and for HUD, VA and FmHA, the estimated remaining

| Dwelling | 1,366 Sq. Ft. @$ | 400.00 | = $ | 546,400 | economic life of the property). MARSHALL & SWIFT IS USED A |
|---|---|---|---|---|---|
| | 672 Sq. Ft. @$ | 225.00 | = | 151,200 | GUIDE IN THE COST APPROACH. THE LAND TO VALUE |
| | | | | | RATIO IS TYPICAL FOR THE AREA. ESTIMATED REMAINING |
| Garage/Carport | Sq. Ft. @$ | | = | | ECONOMIC LIFE IS 45 +/-YEARS. |
| Total Estimated Cost New | | | = $ | 697,600 | |
| Less | Physical | Functional | External | | |
| Depreciation | 290,690 | | | =$ | 290,690 |
| Depreciated Value of Improvements | | | =$ | 406,910 | |
| "As-is" Value of Site Improvements | | | =$ | 10,000 | |
| INDICATED VALUE BY COST APPROACH | | | =$ | 716,910 | |

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| | 3328 17TH STREET NW | 3105 17TH STREET NW | 2043 ROSEMONT AVENUE NW | 1818 KENYON STREET |
| Address | WASHINGTON DC  20010 | WASHINGTON DC  20010 | WASHINGTON DC  20010 | WASHINGTON DC  20010 |
| Proximity to Subject | | 0.30 miles | 0.42 miles | 0.31 miles |
| Sales Price | $  REFINANCE | $  660,000 | $  745,000 | $  780,599 |
| Price/Gross Living Area | $ | $  485.29 | $  580.22 | $  539.83 |
| Data and/or | INSPECTION | MLS# DC5126723 | MLS# DC5167541 | MLS# DC5281877 |
| Verification Source | TAX RECORDS | PUBLIC TAX RECORDS | PUBLIC TAX RECORDS | PUBLIC TAX RECORDS |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION  +(-)$ Adjust. | DESCRIPTION  +(-)$ Adjust. | DESCRIPTION  +(-)$ Adjust. |
| Sales or Financing | | CONVENTIONAL | CONVENTIONAL | CONVENTIONAL |
| Concessions | | $15,000 | $0.00 | $0.00 |
| Date of Sale/Time | | MARCH 2005 | APRIL 2005 | JULY 2005 |
| Location | MOUNT PLEASA | MOUNT PLEASA | MOUNT PLEASA | MOUNT PLEASA |
| Leasehold/Fee Simple | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE | FEE SIMPLE |
| Site | 0.06 ACRES | 0.03 ACRES | 0.03 ACRES | 0.05 ACRES |
| View | RESIDENTIAL | RESIDENTIAL | RESIDENTIAL | RESIDENTIAL |
| Design and Appeal | ROW-HOUSE | ROW-HOUSE | ROW-HOUSE | ROW-HOUSE |
| Quality of Construction | BRICK/AVG | BRICK/AVG | BRICK/AVG | BRICK/AVG |
| Age | 92 YRS +/- | 85 YRS+/- | 82 YRS+/- | 89 YRS+/- |
| Condition | AVERAGE | AVERAGE | GOOD  -25,000 | GOOD  -25,000 |
| Above Grade | Total Bdrms  Baths | Total Bdrms  Baths | Total Bdrms  Baths | Total Bdrms  Baths |
| Room Count | 6    3    1 | 6    3    1 | 6    3    1 | 6    3    2 |
| Gross Living Area | 1,366 Sq. Ft. | 1,360 Sq. Ft. | 1,284 Sq. Ft. | 1,446 Sq. Ft. |
| Basement & Finished | 672 | YES/FULL | YES/FULL | YES/FULL |
| Rooms Below Grade | FINISHED | FINISHED | UNFINISHED  +5,000 | FINISHED |
| Functional Utility | 3 BEDROOMS | 3 BEDROOMS | 3 BEDROOMS | 3 BEDROOMS |
| Heating/Cooling | FWA/CAC | FWA/CAC | FWA/CAC | FWA/CAC |
| Energy Efficient Items | TYPICAL | TYPICAL | TYPICAL | TYPICAL |
| Garage/Carport | NONE | NONE | NONE | NONE |
| Porch, Patio, Deck, | DECK/PORCH | PORCH  +1,500 | DECK  +1,500 | PORCH  +1,500 |
| Fireplace(s), etc. | 1 FIREPLACE | 1 FIREPLACE | 1 FIREPLACE | 1 FIREPLACE |
| Fence, Pool, etc. | NONE | NONE | NONE | NONE |
| AMENITIES | NONE | NONE | NONE | NONE |
| Net Adj. (total) | | ☒ +  – $  1,500 | ☐ +  ☒ – $  18,500 | ☐ +  ☒ – $  23,500 |
| Adjusted Sales Price | | | | |
| of Comparable | | $  661,500 | $  726,500 | $  757,099 |

Comments on Sales Comparison (including the subject property's compatibility to the neighborhood, etc.):    AFTER AN EXTENSIVE SEARCH OF THE MLS
AND TAX
RECORDS THE APPRAISER HAS SELECTED COMPARABLES WHICH WERE FOUND TO BE THE MOST RECENT, SIMILAR, AND
PROXIMATE TO THE SUBJECT.  ALL COMPARABLES
WERE CONSIDERED TO BE THE BEST AND MOST SIMILAR IN STYLE AND UTILITIES.  SALES WERE CONSIDERED IN THE
ESTIMATE OF VALUE.  COMP # 2 AND #3 HAVE HAD I

| ITEM | SUBJECT | COMPARABLE NO. 1 | COMPARABLE NO. 2 | COMPARABLE NO. 3 |
|---|---|---|---|---|
| Date, Price and Data | NO PRIOR SALE | NO PRIOR SALES IN THE | NO PRIOR SALES IN PAST | NO PRIOR SALES IN PAST |
| Source, for prior sales | IN THE PAST | 12 MONTHS OTHER THAN | 12 MONTHS OTHER THAN | 12 MONTHS OTHER THAN |
| within year of appraisal | 36 MONTHS | NOTED ABOVE | NOTED ABOVE | NOTED ABOVE |

Analysis of any current agreement of sale, option, or listing of subject property and analysis of any prior sales of subject and comparables within one year of the date of appraisal:
THE LAST SALE WAS 1992 FOR $170,000.   THERE WERE NO OTHER SALES OR LISTINGS FOR THE SUBJECT PROPERTY.

| INDICATED VALUE BY SALES COMPARISON APPROACH | | $ | 703,000 |
|---|---|---|---|

INDICATED VALUE BY INCOME APPROACH (if Applicable)    Estimated Market Rent  $  N/A  /Mo. x Gross Rent Multiplier  0.00  = $
This appraisal is made ☒ "as is"  ☐ subject to the repairs, alterations, inspections or conditions listed below  ☐ subject to completion per plans & specifications.
Conditions of Appraisal:  APPRAISAL IS MADE AS IS.  SEE ATTACHED LIMITING CONDITIONS.

Final Reconciliation:  THE FINAL ESTIMATE OF VALUE WAS BASED ON THE SALES COMPARISON APPROACH AND THE CONDITION OF
THE SUBJECT PROPERTY.

The purpose of this appraisal is to estimate the market value of the real property that is the subject of this report, based on the above conditions and the certification, contingent
and limiting conditions, and market value definition that are stated in the attached Freddie Mac form 439/FNMA form 10048 (Revised  6/93  ).
I (WE) ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE REAL PROPERTY THAT IS THE SUBJECT OF THIS REPORT, AS OF  13 AUGUST 2005
(WHICH IS THE DATE OF INSPECTION AND THE EFFECTIVE DATE OF THIS REPORT) TO BE  $  703,000
APPRAISER:  SHANNON M. INGRAM | SUPERVISORY APPRAISER (ONLY IF REQUIRED):
Signature  | Signature | ☐ Did  ☐ Did Not
Name  SHANNON M. INGRAM | Name | Inspect Property
Date Report Signed  October 05, 2005 | Date Report Signed |
State Certification # | State | State Certification # | State
Or State License #  RA10856 | State DC | Or State License # | State

Freddie Mac Form 70  6/93 | PAGE 2 OF 2 | Fannie Mae Form 1004  6-93

File No. 3328 17TH STREET, NW Page #6

## Subject Photo Page

| Borrower/Client | MONICA CARROLL | | | | |
|---|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | | |
| City | WASHINGTON | County  N/A | | State  DC | Zip Code  20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | | |



### Subject Front

3328 17TH STREET NW

| | |
|---|---|
| Sales Price | REFINANCE |
| Gross Living Area | 1,366 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | MOUNT PLEASANT |
| View | RESIDENTIAL |
| Site | 0.06 ACRES |
| Quality | BRICK/AVG |
| Age | 92 YRS +/- |



### Subject Rear



### Subject Street

## Building Sketch (Page - 1)

| | |
|---|---|
| Borrower/Client | MONICA CARROLL |
| Property Address | 3328 17TH STREET NW |
| City | WASHINGTON        County N/A        State DC      Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS |



Sketch by Apex V™

Comments:

| AREA CALCULATIONS SUMMARY | | | |
|---|---|---|---|
| Code | Description | Net Size | Net Totals |
| GLA1 | First Floor | 678.0 | 678.0 |
| GLA2 | Second Floor | 672.0 | 672.0 |
| | Net LIVABLE Area | ( Rounded ) | 1350 |

| LIVING AREA BREAKDOWN | | |
|---|---|---|
| Breakdown | | Subtotals |
| First Floor | | |
| 8.0 x 36.0 | | 288.0 |
| 13.0 x 30.0 | | 390.0 |
| Second Floor | | |
| 21.0 x 32.0 | | 672.0 |
| 3 Items | ( Rounded ) | 1350 |

Form SKT.BldSkI — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

## Comparable Photo Page

| | |
|---|---|
| Borrower/Client | MONICA CARROLL |
| Property Address | 3328 17TH STREET NW |
| City | WASHINGTON    County N/A    State DC    Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS |



### Comparable 1
3105 17TH STREET NW

| | |
|---|---|
| Prox. to Subject | 0.30 miles |
| Sale Price | 660,000 |
| Gross Living Area | 1,360 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | MOUNT PLEASANT |
| View | RESIDENTIAL |
| Site | 0.03 ACRES |
| Quality | BRICK/AVG |
| Age | 85 YRS+/- |



### Comparable 2
2043 ROSEMONT AVENUE NW

| | |
|---|---|
| Prox. to Subject | 0.42 miles |
| Sale Price | 745,000 |
| Gross Living Area | 1,284 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1 |
| Location | MOUNT PLEASANT |
| View | RESIDENTIAL |
| Site | 0.03 ACRES |
| Quality | BRICK/AVG |
| Age | 82 YRS+/- |



### Comparable 3
1818 KENYON STREET

| | |
|---|---|
| Prox. to Subject | 0.31 miles |
| Sale Price | 780,599 |
| Gross Living Area | 1,446 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | MOUNT PLEASANT |
| View | RESIDENTIAL |
| Site | 0.05 ACRES |
| Quality | BRICK/AVG |
| Age | 89 YRS+/- |

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale; the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

> *Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

JMJ APPRAISAL SERVICE, LLC (301) 379-5175
Form ACR — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

| Borrower/Client | MONICA CARROLL | | | File No. 3328 17TH STREET, N |
|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | |
| City | WASHINGTON | County N/A | State DC | Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | |

## APPRAISAL AND REPORT IDENTIFICATION

**This appraisal conforms to one of the following definitions:**

☒ **Complete Appraisal**  (The act or process of estimating value, or an opinion of value, performed without invoking the Departure Rule.)

☐ **Limited Appraisal**  (The act or process of estimating value, or an opinion of value, performed under and resulting from invoking the Departure Rule.)

**This report is one of the following types:**

☐ **Self Contained**  (A written report prepared under Standards Rule 2-2(a) of a Complete or Limited Appraisal performed under STANDARD 1.)

☒ **Summary**  (A written report prepared under Standards Rule 2-2(b) of a Complete or Limited Appraisal performed under STANDARD 1.)

☐ **Restricted**  (A written report prepared under Standards Rule 2-2(c) of a Complete or Limited Appraisal performed under STANDARD 1 for client use only.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions and conclusions.

I have no (or the specified) present or prospective interest in the property that is the subject of this report, and no (or the specified) personal interest with respect to the parties involved.

I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

My engagement in this assignment was not contingent upon developing or reporting predetermined results.

My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

I have (or have not) made a personal inspection of the property that is the subject of this report.

No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

### Comments on Appraisal and Report Identification
**Note any departures from Standards Rules 1-2, 1-3, 1-4, plus any USPAP-related issues requiring disclosure:**

THE PURPOSE OF THIS APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE SUBJECT PROPERTY AS DEFINED BY FAMA, FHLCM AND FIRREA. THE FUNCTION OF THIS APPRAISAL IS TO ASSIST THE IDENTIFIED CLIENT IN THE UNDERWRITING OF THE RISK ASSOCIATED WITH A RESIDENTIAL MORTGAGE LOAN.

| **APPRAISER:** | **SUPERVISORY APPRAISER (only if required):** |
|---|---|
| Signature: | Signature: |
| Name: SHANNON M. INGRAM | Name: |
| Date Signed: October 05, 2005 | Date Signed: |
| State Certification #: | State Certification #: |
| or State License #: RA10856 | or State License #: |
| State: DC | State: |
| Expiration Date of Certification or License: 2/28/2006 | Expiration Date of Certification or License: |
| | ☐ Did    ☐ Did Not Inspect Property |

## Location Map

| Borrower/Client | MONICA CARROLL | | | | |
|---|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | | |
| City | WASHINGTON | County | N/A | State | DC | Zip Code | 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | | |



## Supplemental Addendum

File No. 3328 17TH STREET, NW

| Borrower/Client | MONICA CARROLL | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | | | |
| City | WASHINGTON | County | N/A | State | DC | Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | | | |

**SUPPLEMENTAL ADDENDA**
THE COMMENTS IN THIS ADDENDUM ARE INTENDED TO EXPAND ON WHAT THE APPRAISER FEELS ARE AREAS OF MOST CONCERN TO MORTGAGE INVESTORS IN UNDERWRITING AN APPRAISAL REPORT. THE EXPANDED NARRATIVE ALLOWS THE APPRAISER TO PROVIDE ADDITIONAL COMMENTS WHERE SUFFICIENT SPACE IS NOT AVAILABLE ON THE APPRAISAL FORM.

**PRESENT LAND USE** - THE SUBJECT PROPERTY IS USED FOR RESIDENTIAL PURPOSES. THE GENERAL LAND USE PLAN DESIGNATES THIS AREA FOR CONFORMING DEVELOPMENT. NO ADVERSE CONDITIONS ARE ANTICIPATED. ADDITIONAL PRESENT LAND USES ARE PARKS, SCHOOLS OR OTHER INSTITUTIONAL USES. IF ANY NONCONFORMING USES EXIST, THEY DO NOT ADVERSELY IMPACT ON THE VALUE OF THE SUBJECT.

**SITE COMMENT** - THE SUBJECT SITE IS FAIRLY TYPICAL FOR THE NEIGHBORHOOD, HAVING AVERAGE SIZE AND APPEAL. SURFACE DRAINAGE APPEARS ADEQUATE. THERE ARE NO READILY APPARENT ADVERSE EASEMENTS OR ENCROACHMENTS.

**IMPROVEMENTS/DEPRECIATION** - THIS IS A TYPICAL HOME WITHIN THE MARKET AREA. THE SUBJECT IS WELL BUILT AND PROJECTS AVERAGE EXTERIOR AND INTERIOR EYE APPEAL. FUNCTIONAL UTILITY IS AVERAGE, WITH ADEQUATELY SIZED ROOMS, AMPLE CLOSET SPACE AND AN EFFICIENT LAYOUT. IN SHORT, THIS DWELLING EFFECTIVELY MEETS THE FUNCTIONAL AND AESTHETIC EXPECTATIONS OF PURCHASERS IN THIS PRICE RANGE.

CONSEQUENTLY, NO SIGNIFICANT FUNCTIONAL OR PHYSICAL INCURABLE OBSOLESCENCE IS NOTED. THE EFFECTIVE AGE MAY BE SOMEWHAT LESS THAN THE ACTUAL/CHRONOLOGICAL AGE DUE TO MAINTENANCE.

**PROXIMITY TO SUBJECT** - WHILE THE DISTANCE FROM THE SUBJECT PROPERTY IS VERY IMPORTANT, VARIOUS FACTORS WITHIN THE ELEMENTS OF COMPARISON MAY AT TIMES REQUIRE A WIDER THAN ONE MILE RADIUS MARKET SEARCH. IT MAY BE NECESSARY FOR THE APPRAISER TO WIDEN THE MARKET SEARCH TO OBTAIN COMPARABLES WITH SIMILAR UTILITY, STYLE, EFFECTIVE AGE AND SALE DATES REFLECTIVE OF CURRENT MARKET CONDITIONS. BASED ON APPRAISAL PRACTICE WITH EMPHASIS PLACED ON WEIGHING THE ELEMENTS OF COMPARISON (I.E., LOCATION, DATE OF SALE, PHYSICAL CHARACTERISTICS OF SITE, IMPROVEMENTS AND CONDITIONS OF SALE), THE SALES CHOSEN REPRESENT THE BEST INDICATION OF THE SUBJECT'S CURRENT MARKET VALUE. IN THE APPRAISER'S OPINION, THE SALES CHOSEN BEST WEIGH THE ELEMENTS OF COMPARISON.

**LAND VALUE** - IT IS NOTED THE ESTIMATED LAND VALUE EXCEEDS 20% OF THE APPRAISED VALUE. THE LAND TO VALUE RATIO IS TYPICAL OF THE NEIGHBORHOOD AND IS IN LINE WITH ASSESSED VALUES AND COMPARABLE LAND SALES IN THE MARKET AREA. THE HIGHER THAN TYPICAL LAND TO VALUE RATIO IS DUE TO POSITIVE LOCATIONAL FACTORS AND DOES NOT HAVE AN ADVERSE IMPACT ON THE SUBJECT PROPERTY'S MARKETABILITY.

**GROSS LIVING AREA** - GROSS LIVING AREA (GLA) FOR THE SUBJECT WAS TAKEN FROM THE APPRAISER'S MEASUREMENTS AND ROUNDED TO THE NEAREST FOOT. GLA FOR THE COMPARABLES WAS OBTAINED FROM LOCAL ASSESSMENT RECORDS. VARIANCES IN THE SUBJECT'S GLA AND ASSESSMENT RECORDS MAY DIFFER FROM TIME TO TIME; HOWEVER THE APPRAISER HAS RELIED UPON HIS OWN MEASUREMENTS TO BE THE CORRECT FIGURE. THE DRAWING PROVIDED IS NOT NECESSARILY TO SCALE. IT IS PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

PLEASE NOTE THAT IN THE ANALYSIS OF THE SALES THAT ADDITIONAL ROOMS, I.E., BATHROOMS, BEDROOMS, ETC. ARE ADJUSTED FOR THE TOTAL AREA OF THE IMPROVEMENTS, UNLESS SPECIFICALLY STATED. THE PRICE PER SQ. FT. OF GROSS LIVING AREA ADJUSTMENT WAS EXTRACTED A PER S.F. OF GLA.

## Supplemental Addendum

| | |
|---|---|
| Borrower/Client | MONICA CARROLL |
| Property Address | 3328 17TH STREET NW |
| City | WASHINGTON | County N/A | State DC | Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS |

**ADDITIONAL COMMENTS** - THE APPRAISER IS NOT AN EXPERT ENVIRONMENTAL INSPECTOR AND THEREFORE MIGHT BE UNAWARE OF EXISTING HAZARDOUS SUBSTANCES AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS WHICH MAY HAVE A NEGATIVE EFFECT ON THE SAFETY AND VALUE OF THE PROPERTY. IT IS POSSIBLE THAT TESTS AND INSPECTIONS MADE BY A QUALIFIED ENVIRONMENTAL INSPECTOR WOULD REVEAL THE EXISTENCE OF HAZARDOUS MATERIALS AND/OR DETRIMENTAL ENVIRONMENTAL CONDITIONS ON OR AROUND THE PROPERTY THAT WOULD NEGATIVELY AFFECT ITS SAFETY AND VALUE.

THE APPRAISER WAS UNABLE TO VERIFY THE INSULATION "R" FACTOR.

THE PRESENCE OF UREA-FORMALDEHYDE FOAM INSULATION COULD NOT BE DETERMINED. IF UFFI IS PRESENT, THE APPRAISED MARKET VALUE MAY BE ADVERSELY AFFECTED OR VOIDED. ANY INFORMATION ABOUT INSULATION STATED ON THE APPRAISAL REPORT WAS PROVIDED BY THE OWNER.

IT IS ASSUMED THAT THERE ARE NO STRUCTURAL DEFECTS HIDDEN BY FLOOR OR WALL COVERINGS OR ANY OTHER HIDDEN OR UNAPPARENT CONDITIONS OF THE PROPERTY; THAT ALL MECHANICAL EQUIPMENT AND APPLIANCES ARE IN GOOD WORKING CONDITION; AND THAT ALL ELECTRICAL COMPONENTS AND THE ROOFING ARE IN GOOD CONDITION.

**FINAL RECONCILIATION** - THE DIRECT SALES COMPARISON APPROACH IS CONSIDERED THE BEST INDICATION OF ESTIMATED MARKET VALUE AS THE SALES MARKET IS CONSIDERED THE MOST SIGNIFICANT FACTOR IN DETERMINING THE VALUE OF A RESIDENTIAL PROPERTY. THE COST APPROACH IS CONSIDERED LESS SIGNIFICANT AS THE DATA IS CONSIDERED LESS RELIABLE DUE, IN PART, TO THE DIFFICULTY OF ESTIMATING DEPRECIATION WITH A HIGH DEGREE OF CONFIDENCE, ESPECIALLY IN OLDER PROPERTIES. THE PREDOMINANCE OF OWNER OCCUPIED HOMES IN THE AREA RENDERS THE INCOME APPROACH INAPPROPRIATE.

**DIGITAL IMAGES** - DIGITAL IMAGES ARE USED INSTEAD OF PHOTOGRAPHS. THESE IMAGES HAVE NOT BEEN ALTERED TO ENHANCE IN ANY MANNER.

**GENERAL COMMENTS** - NO ADJ. = NO ADJUSTMENT. THIS IS UTILIZED SO THE READER CAN EASILY RECOGNIZE THE APPRAISER IS AWARE THAT THE SUBJECT AND COMPARABLE DIFFER IN REGARDS TO A PARTICULAR FEATURE BUT IN THE APPRAISER'S OPINION, NO ADJUSTMENT IS CONSIDERED APPROPRIATE.

THE ZONING CLASSIFICATION IS EXPRESSED IN TERMS OF THE MUNICIPALITY'S ZONING CODE.

TYPICAL LOAN POINTS PAID BY THE SELLER IN THE COMPARABLE SALES ARE NOT CONSIDERED "SALES CONCESSIONS." "SALES CONCESSIONS" WILL BE ADDRESSED ON THE URAR AND ADJUSTED FOR IN THE MARKET APPROACH. IF THE COMPARABLE SALES DO NOT HAVE FINANCING ADJUSTMENTS UNDER "SALES OR FINANCING CONCESSIONS" THEN THERE WERE NO ABNORMAL CONDITIONS PRESENT IN THE SALE REGARDING FINANCING

PLEASE BE ADVISED THE "FOYER", "LAUNDRY" AND ANY ROOM MARKED "AREA" ARE NOT INCLUDED IN THE ABOVE GRADE ROOM COUNT.

**PURPOSE & SYNOPSIS** - EVERY EFFORT HAS BEEN MADE TO CONFORM TO FANNIE MAE & FREDDIE MAC UNDERWRITING GUIDELINES AND IN MOST CASES, AN EVEN STRICTER INTERPRETATION FOUND COMMON TO MOST INVESTORS IN THE SECONDARY MARKET. THE COMMENTS IN THIS ADDENDUM ARE INTENDED TO EXPAND ON WHAT THE APPRAISER FEELS ARE AREAS OF MOST CONCERN TO MORTGAGE INVESTORS IN UNDERWRITING AN APPRAISAL REPORT. THE EXPANDED NARRATIVE ALLOWS THE APPRAISER TO PROVIDE ADDITIONAL COMMENTS WHERE SUFFICIENT SPACE IS NOT AVAILABLE ON THE APPRAISAL FORM.

**Supplemental Addendum**                    File No. 3328 17TH STREET, NW

| Borrower/Client | MONICA CARROLL | | | | |
|---|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | | |
| City | WASHINGTON | County N/A | | State DC | Zip Code 20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | | |

**SCOPE OF THE APPRAISAL** - IN ESTIMATING THE SUBJECT PROPERTY'S MARKET VALUE, AN ORDERLY SYSTEMATIC PROCEDURE IS FOLLOWED, WHICH LEADS TO A LOGICAL FINAL VALUE CONCLUSION. EVERY EFFORT HAS BEEN MADE TO CONFORM TO FHLMC/FNMA GUIDELINES. WHEN THE APPRAISAL IS ORDERED, THE ASSESSOR'S TAX RECORDS AND ANY MLS DATA, IF AVAILABLE ARE RESEARCHED TO GAIN ALL PERTINENT INFORMATION ON THE SUBJECT PROPERTY. THE PROPERTY IS THEN INSPECTED. THIS INSPECTION INVOLVES MEASURING AND EXAMINING THE IMPROVEMENTS AND SITE. AFTER THE INSPECTION OF THE SUBJECT, THE APPRAISER REVIEWS THE COMPARABLE SALES TO DETERMINE WHICH ONES ARE MOST COMPARABLE TO THE SUBJECT PROPERTY. THE SALES WHICH ARE DETERMINED TO BE THE MOST COMPARABLE ARE THEN INSPECTED (WINDSHIELD INSPECTION) BY THE APPRAISER. THE SPECIFIC DIFFERENCES BETWEEN THE COMPARABLES AND THE SUBJECT PROPERTY ARE NOTED. ADJUSTMENTS ARE MADE IN THE SALES COMPARISON ANALYSIS SECTION OF THE REPORT. THE COST APPROACH IS MADE BY USING THE MARSHALL & SWIFT RESIDENTIAL COST HANDBOOK, LOCAL INFORMATION PROVIDED BY TRADE ASSOCIATIONS, BUILDERS AND IN-HOUSE INFORMATION. THE DEPRECIATION ESTIMATE IS MADE BY THE APPRAISER, WHO TAKES INTO CONSIDERATION THE EFFECTIVE AGE OF THE SUBJECT PROPERTY AND ITS REMAINING ECONOMIC LIFE TO DETERMINE A DEPRECIATION FACTOR APPLICABLE TO THE SUBJECT PROPERTY AND SUBTRACTING IT FROM THE COST OF REPLACING THE SUBJECT IMPROVEMENTS. TO THIS DEPRECIATED COST, THE LAND VALUE IS ADDED TO PRODUCE A VALUE ESTIMATE BY THE COST APPROACH. LAND VALUES ARE DETERMINED FROM INFORMATION OBTAINED FROM THE LAND RECORDS AND COMPARABLE SALES DERIVED FROM REPORTS ON SUBDIVISIONS AND VACANT LAND AND LAND STUDIES DONE IN-HOUSE. THE INCOME APPROACH VALUE, WHEN APPLICABLE, IS BASED UPON MARKET EXTRACTED RENTS AS WELL AS A GROSS RENT MULTIPLIER REVEALED BY MARKET RENTAL/SALES TRANSACTIONS. THE INCOME APPROACH IS GENERALLY NOT A GOOD INDICATOR OF VALUE IN OWNER OCCUPIED NEIGHBORHOODS. USING THESE APPROACHES TO VALUE, THE APPRAISER THAN DETERMINES THE FINAL VALUE ESTIMATE OF THE SUBJECT PROPERTY.

**APPRAISAL ACCEPTANCE AND REVIEW :**
THE APPRAISER AND/OR THE REVIEW APPRAISER IS NOT LIABLE FOR DAMAGES IF A LENDER ACCEPTS AN APPRAISAL REPORT.

WHEN THE LENDER ACCEPTS THE APPRAISAL REPORT AND THE REPORT IS CONFIRMED BY THEIR UNDERWRITERS AS TO CONTENT AND VALUE AND A LOAN IS RENDERED BASED ON THE INFORMATION CONTAINED THEREIN, PROVIDED THAT SUCH INFORMATION IS NOT FALSE, THE APPRAISER'S LIABILITY CEASES IF THE BORROWER DEFAULTS ON THE LOAN.

THE APPRAISER IS NOT LIABLE FOR THE LENDER'S FAILURE TO IDENTIFY OR CONFIRM THE IDENTITY OF THE BORROWER.

IT IS THE LENDER'S RESPONSIBILITY TO ACCEPT OR REJECT AN APPRAISAL REPORT BASED ON THEIR CRITERIA AND STANDARDS.

ONCE THE APPRAISAL IS ACCEPTED BY THE LENDER, THE APPRAISER IS RELIEVED OF ALL FUTURE RESPONSIBILITIES AND OR DAMAGES; UNLESS THE APPRAISAL REPORT IS FOUND TO CONTAIN UNSUPPORTED OR FALSIFIED INFORMATION.

**\*COMMENTS ON SUBJECT:**
AT THE TIME OF INSPECTION THE SUBJECT PROPERTY APPEARED TO BE IN AVERAGE CONDITION.   NOT UPGRADES/RENOVATIONS NOTED.

IT IS NOTED THAT THE PUBLIC TAX RECORD SHOWS THE SUBJECT TO HAVE  2028

File No. 3328 17TH STREET, NW| Page #16

## Supplemental Addendum

File No. 3328 17TH STREET, NW

| Borrower/Client | MONICA CARROLL | | | |
|---|---|---|---|---|
| Property Address | 3328 17TH STREET NW | | | |
| City | WASHINGTON | County  N/A | State  DC | Zip Code  20010-1802 |
| Lender | PREMIER MORTGAGE SOLUTIONS | | | |

SF (INCLUDING BASEMENT), BUT AFTER DOING A MEASUREMENT THE APPRAISER FOUND THE PROPERTY TO CONTAIN 2038 SQUARE FEET (INCLUDING BASEMENT.

**ELECTRONIC SIGNATURE**
THE SIGNATURE THAT APPEARS ON THIS REPORT IS A DIGITAL SIGNATURE. THE DIGITAL SIGNATURE IS PASSWORD PROTECTED TO PREVENT THEIR UNAUTHORIZED USE. THE USE OF DIGITAL SIGNATURE IS APPROVED WITH FANNIE MAE AND FREDDIE MAC. DIGITAL SIGNATURES ARE ALSO APPROVED UNDER USPAP STANDARDS AND CARRY THE SAME LEVEL OF AUTHENTICITY AND RESPONSIBILITY AS AN INK SIGNATURE ON A PAPER COPY REPORT.



★★★ GOVERNMENT
OF THE
DISTRICT OF COLUMBIA

License No. RA 10856

### DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS
### OCCUPATIONAL AND PROFESSIONAL LICENSING ADMINISTRATION

## BOARD OF APPRAISERS

*Be it known that*

### SHANNON M. INGRAM

*has met all requirements prescribed by law and regulations and is hereby licensed as*

### *Residential Appraiser*

*in accordance with D.C. Law 8-219, the Real Estate Appraiser Act of 1990*

*In witness whereof, the said Board caused this license to be granted and attested by the official seal of the District of Columbia, this 12th day of May, 2005*

DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS

Chairman

The Warren Group
10650 Chesterfield Grove, Suite 200
Chesterfield, MO 63005
Phone: (636)530-0440
Fax: (636)530-1947

## REAL ESTATE APPRAISERS PROFESSIONAL LIABILITY

### CONFIRMATION OF COVERAGE

Date:      3 24 2005

Insured: Shannon Ingram                  Fax:
954 Dunloring                            Phone:    (301)350-0651
Upper Marlboro, MD  20774                E-Mail:   issingram@aol.com

Effective:   03 23 2005 for 12 Months from inception

Retro Date:     03 23 2005                Certificate # NJA991464

Limits: Per Claim   $  500,000            Deductible: Per Claim $  500
Annual Aggregate   $1,000,000             Annual Aggregate      $1,000

Insurer:            General Star National Insurance Company  (A+ Rated)

Other Conditions: If YOU terminate the policy prematurely, the Insurance
                  Company will earn a minimum of 25% of the premium

This insurance is subject to the terms, conditions and limitations of the policy issued by the Insurance company for this coverage type. This coverage may be cancelled by the Named Insured by surrender of this confirmation of coverage stating when cancellation will be effective. This confirmation of coverage may be canceled by the subscribing companies by not prior to the Named Insured in accordance with the policy conditions. This confirmation of coverage in effect will replaced by an insurable policy of insurance of insurance.

*[signature]*

Authorized Representative of The Warren Group

# EXHIBIT 9

# Uniform Residential Loan Application

*[fine print introductory paragraph illegible]*

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA | ☒ Conventional | ☐ Other (explain) | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|
| | ☐ FHA | ☐ USDA/Rural Housing Service | | | |

| Amount $ | Interest Rate % | No. of Months | Amortization Type: | ☐ Fixed Rate | ☒ Other (explain) 2.25 |
|---|---|---|---|---|---|
| 355,000 | 1.250 | 360 mo. | | ☐ GPM | ☐ ARM (type) 2.25 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP) | No. of Units |
|---|---|
| 3326 17TH STREET NW, Washington, DC 20010    County: District Of Columbia | |

Legal Description of Subject Property (attach description if necessary)
SEE TITLE

| Purpose of Loan | ☐ Purchase | ☐ Construction | ☐ Other (explain) | Property will be: |
|---|---|---|---|---|
| | ☒ Refinance | ☐ Construction-Permanent | | ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1991 | 82,000 | 246,757 | Cash-Out/Other | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
|---|---|---|
| MONICA S CARROLL  ROBERT CARROLL | Joint tenants | ☒ Fee Simple  ☐ Leasehold |

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Equity from Subject Property

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | MONICA S CARROLL | ROBERT CARROLL |
| Social Security Number / Home Phone (incl. area code) / DOB / Yrs. School | ###-##-#### / 202-332-3609 / 09/07/1963 / 15 | 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 / 202-332-3609 / 03/13/1939 / 14 |
| Marital Status | ☒ Married ☐ Unmarried ☐ Separated | ☐ Married ☒ Unmarried ☐ Separated |
| Dependents | no. / ages | no. / ages |
| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent ___ No. Yrs. | 3326 17TH STREET NW  Washington DC 20010 | 3326 17TH STREET NW  Washington DC 20010  ☒ Own ☐ Rent ___ No. Yrs. |
| Mailing Address, if different from Present Address | | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer | FAMILY & CHILD CARE SERV. OF WASH DC  626 L STREET N.W.  Washington, DC 20001  ☐ Self Employed  Yrs. on this job 6 yr(s)  Yrs. employed in this line of work/profession 6 | RETIRED  ☐ Self Employed  Yrs. on this job  Yrs. employed in this line of work/profession |
| Position/Title/Type of Business | ACTIVITY CO-ORDINATOR  Business Phone (incl. area code) 202-636-1900 | Position/Title/Type of Business  Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer | Dates (from-to) | Name & Address of Employer | Dates (from-to) |
|---|---|---|---|
| VICTORIA SECRET  FOUR LIMITED PARKWAY  Reynoldsburg, OH 43068  ☐ Self Employed | 2002 - PRESENT  Monthly Income $ 465.00 | ☐ Self Employed | Monthly Income $ |
| Position/Title/Type of Business  SALES ASSOCIATE  Business Phone (incl. area code) 202-293-7530 | | Position/Title/Type of Business  Business Phone (incl. area code) | |
| Name & Address of Employer  ☐ Self Employed | Dates (from-to)  Monthly Income $ | Name & Address of Employer  ☐ Self Employed | Dates (from-to)  Monthly Income $ |
| Position/Title/Type of Business  Business Phone (incl. area code) | | Position/Title/Type of Business  Business Phone (incl. area code) | |

Freddie Mac Form 65   01/04  Calyx Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower [signature]
Co-Borrower [signature]

Fannie Mae Form 1003   01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Income | 5,000.00 | | 5,000.00 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 2,275.00 | 2,441.00 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 157.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other | 465.00 | 1,366.21 | 1,851.21 | Homeowner Assn. Dues | | |
| | | | | Other | | 1,114.00 | 2,621.41 |
| Total | 5,465.00 | 1,366.21 | 6,865.21 | Total | 2,275.00 | 2,621.41 |

Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| Describe Other Income  Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | B/C | Monthly Amount |
|---|---|---|
| | | 1,366.21 |
| SOCIAL SECURITY DISABILITY INCOME | | 465.00 |
| PART TIME EMPLOYMENT | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.  Completed  ☑ Jointly  ☐ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|---|
| Cash deposit toward purchase held by | | | | | $ Payment/Months | |
| List checking and savings accounts below | | Name and address of Company | | | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union  WACHOVIA BANK | | HOMEQ  PO BOX 13716  SACRAMENTO, CA 95853 | | | | |
| | | Acct. no. 6930221572349 | | | 199 | 248,009 |
| Acct. no. | | Name and address of Company | | | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | MIDLAND  4310 E BROADWAY RD  PHOENIX, AZ 85040 | | | | |
| | | Acct. no. 3511410653 | | | 899 | 899 |
| Acct. no. | | Name and address of Company | | | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | HSBC NV  1441 SCHILLING PL  SALINAS, CA 93901 | | | | |
| | | Acct. no. 5483353908733 | | | 26 | 863 |
| Acct. no. | | Name and address of Company  SST/COLUMBUS  PO BOX 84024  COLUMBUS, GA 31908 | | | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 4036240000266306 | | | 15 | 464 |
| Acct. no. | | Name and address of Company  GC SERVICES  6330 GULFTON  HOUSTON, TX 77081 | | | $ Payment/Months | |
| Stocks & Bonds (Company name/number & description) | | Acct. no. 86000007717220336 | | | 394 | 394 |
| | | Name and address of Company  VERIZON WASH  PO BOX 165918  COLUMBUS, OH 43218 | | | $ Payment/Months | |
| Life insurance net cash value | | | | | | |
| Face amount: $ | 100,000 | Acct. no. 896263848 | | | 0 | 366 |
| Subtotal Liquid Assets | 101,000 | Name and address of Company  ASSET ACCEPT  PO BOX 3036  WARREN, MI 48090 | | | $ Payment/Months | |
| Real estate owned (enter market value from schedule of real estate owned) | 650,000 | | | | | |
| Vested interest in retirement fund | 100,000 | Acct. no. 16565427 | | | 283 | 283 |
| Net worth of business(es) owned (attach financial statement) | | Alimony/Child Support/Separate Maintenance Payments Owed to: | | | | |
| Automobiles owned (make and year) | | | | | | |
| Other Assets (itemize)  HOUSEHOLD FURNITURE | 20,000 | Job Related Expense (child care, union dues, etc.) | | | | |
| | | Total Monthly Payments | | | | |
| Total Assets a. | 871,000 | Net Worth (a minus b)  $ 619,640 | | | Total Liabilities b. | 251,360 |

Freddie Mac Form 65   01/04                                          Page 3 of 4                                          Fannie Mae Form 1003   01/04
Calyx Form 1003   Leonab2.frm 01/04

Borrower

Co-Borrower

## VI. ASSETS AND LIABILITIES (cont)

Real Estate Owned (additional properties are owned, use continuation sheet)

| Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 17TH STREET, NW Washington, DC 20016 | SFR | 680,000.00 | 248,757 | | | | |

| Totals | 680,000.00 | 248,757 | | | | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

Alternate Name | Creditor Name | Account Number

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 251,360.00 |
| e. Estimated prepaid items | 1,726.39 |
| f. Estimated closing costs | 9,090.11 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 262,176.49 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits/Explain | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 286,230.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 286,230.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -26,051.54 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes/No | Co-Borrower Yes/No |
|---|---|---|
| a. Are there any outstanding judgments against you? | No | |
| b. Have you been declared bankrupt within the past 7 years? | No | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | No | |
| d. Are you a party to a lawsuit? | No | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | No | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | No | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | No | |
| h. Is any part of the down payment borrowed? | No | |
| i. Are you a co-maker or endorser on a note? | No | |
| j. Are you a U.S. citizen? | Yes | |
| k. Are you a permanent resident alien? | No | |
| l. Do you intend to occupy the property as your primary residence? | Yes | |
| m. Have you had an ownership interest in a property in the last three years? | Yes | |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | PP | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Borrower's Signature  X _____ Date 4/23/05     Co-Borrower's Signature  X _____ Date

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information     **CO-BORROWER** ☐ I do not wish to furnish this information

| | BORROWER | CO-BORROWER |
|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   ☒ Not Hispanic or Latino | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☒ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex: | ☒ Female   ☐ Male | ☐ Female   ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) FRANK OKEBUGWU | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: ☐ Face-to-face interview ☐ Mail ☐ Telephone ☐ Internet | Interviewer's Signature _____ Date 9/23/05 | PREMIER MORTGAGE SOLUTIONS 9200 BASIL COURT, SUITE 100 UPPER MARLBORO, MD 20774 |
| | Interviewer's Phone Number (incl. area code) 301-883-8810 | (P) 301-883-8810   (F) 301-883-4513 |

Continuation Sheet/Residential Loan Application

| | Borrower: | Agency Case Number |
|---|---|---|
| | MONICA S CARROLL | |
| | Co-Borrower: | Lender Case Number |
| | ROBERT CARROLL | |

## ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payments Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mo. | |
| | | BANK HANSAN | | |
| Acct. no. | $ | Acct. no. 2104755696 | 95 | 96 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. $ | |
| Acct. no. | $ | Acct. No. | | |

I/we fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | | Date | Co-Borrower's Signature: | | Date |
|---|---|---|---|---|---|
| X | | 9/23/15 | X | | 9/23/15 |

Freddie Mac Form 65 / 10/04          Fannie Mae Form 1003 / 01/04
Calyx Form 1003_cdwasdkam 01/04                    Page 4 of 4

# EXHIBIT 10

## FREMONT INVESTMENT & LOAN

Date:            9/6/05
Print Date:      9/23/05
Approval Review Date:  10/6/05

Account Exec:   **THOMAS GOEHRING**
Application #:  **927000166086**
Borrower(s):    **MONICA S CARROLL**
                **ROBERT  CARROLL**

Broker : **PREMIER MORTGAGE SOLUTIONS SERVICES INC**

Attn:   **FRANK OKEBUGWU**
Phone:  **301-883-8810**
Fax:    **301-883-8946**

Property Address: **3328 17TH St**
**WASHINGTON, DC  20010**

Program  **CXP 2/28 STATED INCOME 30/30 1ST**
Loan Amount $     **288,230.00**    Start Rate/Floor:  **9.500 %**
Index:   **6 MONTH LIBOR**   Margin **6.2900 %**  Ceiling **15.5000 %**
1st Rate Change/Cap:   **24**    months   **2.0000 %**
Regular Rate Change/Cap:  **6**   months   **1.5000 %**
Prepayment Penalty Term: **2**   Years  Window? **NO**

Property Type: **1 FAMILY**
Occupancy: **OWNER OCCUPIED**
Loan Purpose: **REFINANCE 1-4 UNITS**
LTV:           **11.000 %**
Rebate to broker      **1.000 %**
Points (discount) to FIL          %

## BROKER DEMAND

Please be advised increase in fees may result in required re-disclosure to the borrower(s) with applicable delays in document delivery.

### PREPAID FINANCE CHARGES

|  | REMIT TO FIL | | REMIT TO BROKER | POC | | TOTAL TO APPLICANT |
|---|---|---|---|---|---|---|
| Lender Orig. Fee | $ 489.00 | + ( 0.1697 %) | $          $ | = | $ | 489.00 |
| Broker FEE | $ N/A | + ( 0.0000%) | $ 3,650.00 | = | | 3,650.00 |
| Loan Discount Fee (     %) | $ | + (     %) | $ | = | | |
| Underwriting Fee | 405.00 | + | | = | | 405.00 |
| Application Fee | 0.00 | + | 400.00 | = | | 400.00 |
| Doc Prep Fee | 0.00 | + | | = | | |
| Tax Service - LERETA | 60.00 | + | | = | | 60.00 |
| Wire Fee | 0.00 | + | | = | | |
| Flood Zone Cert. Fee - LERETA | 9.50 | + | | = | | 9.50 |
| Processing Fee | 0.00 | + | 500.00 | = | | 500.00 |
| Credit Reporting Fees | | + | 50.00 | = | | 50.00 |
| Other  COURIER | 20.00 | + | | = | | 20.00 |
| Other  COURIER | | + | | = | | |
| Other | | + | | = | | |
| Other | | + | | = | | |
| Rebate to Broker | | ( 1.000%) | $ 2,882.30 | | | |

## BROKER MUST COMPLETE    Escrow/Closing Agent Fee $ 7,482.30

These fees must be accurate as they will be reflected on the final HUD-1.  Please stress to the escrow/closing company that their fees must be exact.  Any changes in the fees may result in a redraw with applicable charges.

|  |  | OTHER FEES | | | TOTAL |
|---|---|---|---|---|---|
| Appraisal Fee | $ _____ | (Paid) | + $ 350.00 (Due) | = | 350.00 |
| | $ _____ | (Paid) | + $ _____ (Due) | = | |
| Title Insurance | | | | | |
| Recording Fee | | | | | 50.00 |

---

Does Borrower want impounds?____ NO _X_ YES. If Yes, provide insurance policy with this form

LENDER'S LOSS PAYABLE  **FREMONT INVESTMENT & LOAN**
ENDORSEMENT TO READ:  **Its successors and/or assigns**
                      **P.O. BOX 668**
                      **AMELIA, OH 45102**

Vesting to be as follows: _Monica Carroll_
                          _Robert Carroll_

Send Docs to: _Consumer First Title LLC_     CONTACT: _Stephanie Black_
Street Address: _6411 Ivy Lane, Suite 205, Greenbelt MD_  ESCROW NO. _____
EMAIL Address: _sblack@consumerfirsttitle.com_  PHONE NO. _(301) 345-6601_
                                                 FAX NO. _(301) 345-3390_

☐ FEDEX AIR BILL NO. _____

I accept the terms of this loan, request
FIL to draw documents and wire funds.   _____   _____
                                         Broker Signature        Date

Form of Broker Disbursement: ☐ Check   ☑ Wire Funds to Closing Agent   ☐ Wires to Broker Account

If you have any questions, or request any changes, please contact your Account Manager **MARITZA DIAZ** at 925-681-6309.  Our fax number is 925-603-8056.

* Terms Subject to Change

# EXHIBIT 11

revis. a editions are obsolete



# CONSUMER FIRST TITLE, LLC

| A | Settlement Statement | FINAL |
|---|---|---|

U.S. Department of Housing and Urban Development
OMB No. 2502-0265 (expires 9/30/2006)

**B. TYPE OF LOAN**

1. ☐ FHA    2. ☐ FmHA    3. ☒ Conv. Unins
4. ☐ VA    5. ☐ Conv. Ins.

| 6. FILE NUMBER | 7. LOAN NUMBER |
|---|---|
| CF05-526LE | 927000166086 |

8. MORTGAGE INSURANCE CASE NUMBER

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals. WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 09/23/2005 at 14.52 SB

| D. NAME OF BORROWER | Monica Carroll and Robert Carroll |
|---|---|
| ADDRESS | |
| E. NAME OF SELLER | N/A |
| ADDRESS | |
| F. NAME OF LENDER | Fremont Investment & Loan |
| ADDRESS | 1401 Willow Pass Road, Ste. 50, Concord, CA 94520 |
| G. PROPERTY ADDRESS | 3328 17th Street, NW, Washington, DC 20010 |

☐ Principal Residence    ☐ Other Real Estate

| H. SETTLEMENT AGENT | Consumer First Title, LLC, Telephone: 301-345-6601 Fax: 301-345-3390 |
|---|---|
| PLACE OF SETTLEMENT | 6411 Ivy Lane, Suite 302, Greenbelt, MD 20770 |
| I. SETTLEMENT DATE | 09/23/2005 | DISBURSEMENT DATE | 09/28/2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | | 401. Contract sales price | |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 10,385.79 | 403. | |
| 104. Payoff 0000321572349 | 256,251.17 | 404. | |
| HomEq Servicing Corporation | | | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 266,636.96 | **420. GROSS AMOUNT DUE TO SELLER** | |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit of earnest money | | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 288,230.00 | 502. Settlement charges to seller (line 1400) | |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. | |
| 205. | | 505. | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 288,230.00 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 266,636.96 | 601. Gross amount due to seller (line 420) | |
| 302. Less amounts paid by/for borrower (line 220) | 288,230.00 | 602. Less reduction amount due seller (line 520) | |
| **303. CASH TO BORROWER** | 21,593.04 | **603. CASH TO SELLER** | 0 |

SUBSTITUTE FORM 1099 SELLER STATEMENT: The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax ID No. _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

| _____ | SELLER(S) SIGNATURE(S): | _____ |
|---|---|---|
| SELLER(S) NEW MAILING ADDRESS: | | |
| SELLER(S) PHONE NUMBERS | (H) | (W) |

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

## SETTLEMENT STATEMENT

TitleExpress Settlement System. Printed 09/23/2005 at 14:52 SB

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700  TOTAL SALES/BROKER'S COMMISSION based on price $ = | | |
| Division of commission (line 700) as follows: | | |
| 701  $                          to | | |
| 702  $                          to | | |
| 703  Commission paid at Settlement | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | |
| 801  Loan Origination Fee           % Fremont Investment & Loan          LR | 489.00 | |
| 802  Loan Discount          % | | |
| 803  Appraisal Fee          to Premier Mortgage Solutions | 350.00 | |
| 804  Credit Report          to Premier Mortgage Solutions | 50.00 | |
| 805  Underwriting Fee          to Fremont Investment & Loan          LR | 405.00 | |
| 806  Mortgage Application Fee          to Premier Mortgage Solutions | 400.00 | |
| 807  Broker Fee          to Premier Mortgage Solutions | 3,650.00 | |
| 808  Tax Service Fee          to LandAmerica Tax and Flood Services          LR | 60.00 | |
| 809  Flood Cert          to LandAmerica Tax and Flood Services          LR | 9.50 | |
| 810  Processing Fee          to Premier Mortgage Solutions | 500.00 | |
| 811  YSP paid by Fremont          to Premier Mortgage Solutions          $2,882.30 POC by Lender | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | |
| 901  Interest From   09/28/2005  to 10/01/2005    @$    75.0200 /day        3 Days   LR | 225.06 | |
| 902  Mortgage Insurance Premium for          to | | |
| 903  Hazard Insurance Premium for          to Nationwide Mutual | 1,199.00 | |
| 904 | | |
| 905 | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | |
| 1001  Hazard Insurance          2  mo. @ $          99.92 /mo          LR | 199.84 | |
| 1002  Mortgage Insurance          mo. @ $          /mo | | |
| 1003  City Property Tax          mo. @ $          /mo | | |
| 1004  County Property Tax          3  mo. @ $          214.58 /mo          LR | 643.74 | |
| 1005  Annual Assessments          mo. @ $          /mo | | |
| 1009  Aggregate Analysis Adjustment  to Fremont Investment & Loan          LR | -214.58 | 0.00 |
| **1100. TITLE CHARGES** | | |
| 1101  Settlement or closing fee          to Consumer First Title, LLC | 175.00 | |
| 1102  Abstract or title search          to M&M Search | 212.50 | |
| 1103  Title examination          to Consumer First Title, LLC | 245.00 | |
| 1104  Title insurance binder          to Consumer First Title, LLC | 75.00 | |
| 1105  Document Preparation | | |
| 1106  Notary Fees | | |
| 1107  Attorney's fees | | |
| (includes above items No: | | |
| 1108  Title Insurance          to Stewart Title/Consumer First | 703.00 | |
| (includes above items No. | | |
| 1109  Lender's Policy          286,230.00 - 703.00 | | |
| 1110  Owner's Policy | | |
| 1111  Procurement/Overnight Payoff  to Consumer First Title, LLC | 145.00 | |
| 1112 | | |
| 1113 | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | |
| 1201  Recording Fees Deed $          Mortgage $ 166.50      Release $  33.50 | 200.00 | |
| 1202  City/County Tax/Stamps          Deed $          Mortgage $ | | |
| 1203  City Recordation Tax          Deed $          Mortgage $ | | |
| 1204  Construction Tax          Deed $          Mortgage $ | | |
| 1205 | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | |
| 1301  2nd 1/2 Property Taxes          to D.C. Treasurer | 643.73 | |
| 1302  Courier Fee          to Fremont Investment & Loan          LR | 20.00 | |
| **1400. TOTAL SETTLEMENT CHARGES**   (enter on lines 103, Section J and 502, Section K) | 10,385.79 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

Monica Carroll
577905580

Robbie Carroll
577260636

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE: TITLE 18 U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By          9/23/05          DATE