UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Freemont Investment & Loan , *et al*, <br><br> <u>Defendants</u>. | Civil Act. No. : 1:08-cv-00900 (HHK) |

**CONSENT MOTION FOR ADDITIONAL TIME TO OPPOSE FREMONT INVESTMENT & LOAN's MOTION TO DISMISS**

Plaintiffs moves for 3 additional days to file an opposition to the Motion to Dismiss of Fremont Investment & Loan's motion to dismiss (Dkt. # 4) for good cause shown under Rule 6(b)(1) as follows:

1. Plaintiffs sought consent from Fremont under Local Rule 7(m). Based on communications with counsel for Fremont, this Defendant as agreed.

2. Plaintiffs respectfully submit that there will be no apparent prejudice to Fremont if the motion is granted. Plaintiffs requires 3 days from the due date measured from July 21, 2008. The new deadline is July 24th.

3. Two motions to dismiss are currently pending in this action. The scheduling conference is set for July 25, 2008.

4. Counsel for Plaintiffs requires additional time to respond because of the demands of other actions pending in the courts in the District of Columbia and out-of-state.

Plaintiffs respectfully requests that the motion be granted.

Respectfully submitted,

Dated: July 21, 2008                    _____/s/_____
C. Michael Tarone, Esquire
Tarone & McLaughlin
1010 Vermont Avenue, NW
Suite 810
Washington, DC.  20005\

Tel. 202-347-9526
Fax 202-783-9103

E-mail "cmtarone@bcounsel.com

Counsel for Plaintiffs

ROBERT CARROLL
MONICA CARROLL

Certificate of Service

I, C. Michael Tarone, hereby certify that on July 21, 2008, I served a copy of the foregoing on parties of record herein electronically, or by first class mail, postage prepaid if proceeding pro se, as follows:

    Consumer First Title, LLC

        Serve
        Craig L. Sarner
        Bonner Kiernan Treback & Crociata
        1233 20th Street, NW, Suite 800
        Washington, DC 20036

    Frank Okebugwu

        Serve
        Frank Okebugwu
        c/o Smith-Myers Corporation
        9200 Basil Court, Suite 100
        Upper Marlboro, MD 20774

    Premier Mortgage Solutions Services, Inc.

        Serve
        Jeffrey Smith
        c/o Smith-Myers Corporation
        9200 Basil Court, Suite 100
        Upper Marlboro, MD 20774

    Smith-Myers Corporation

        Serve
        Jeffrey Smith
        c/o Smith-Myers Corporation
        9200 Basil Court, Suite 100
        Upper Marlboro, MD 20774

    JG Enterprises, LLC

    Serve
    Jeffrey Smith
    c/o Smith-Myers Corporation
    9200 Basil Court, Suite 100
    Upper Marlboro, MD 20774

Jeffrey Smith

    Serve
    Jeffrey Smith
    c/o Smith-Myers Corporation
    9200 Basil Court, Suite 100
    Upper Marlboro, MD 20774

Fremont Investment & Loan

    Serve:
    Harold G. Belkowitz, Esquire
    Ober Kaler Grimes & Shriver
    1401 H Street, NW, Suite 500
    Washington, DC 209005

Mortgage Electronic Registration, Inc.

    Serve [not served at this time]

Shannon Ingram

    Serve [not served at this time]

JMJ Appraisal Services, LLC

    Serve [not served at this time]

                                        _____/s/_____
                                        C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Freemont Investment & Loan , *et al*, <br><br> Defendants. | ) <br> ) Civil Act. No. : 1:08-cv-00900 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER

UPON CONSIDERATION of Plaintiffs' Motion for Additional Time to Oppose Fremont Investment & Loan's Motion to Dismiss, the opposition thereto and the entire record herein, it is this __ day of July 2008

ORDERED that the motion is granted for good cause shown; and it is

FURTHER ORDERED that Plaintiffs shall respond to the motion on or before July 24, 2008.

SO ORDERED.

_____
Henry H. Kennedy
District Court Judge

Copies to: See next page

Consumer First Title, LLC

    Serve
    Craig L. Sarner
    Bonner Kiernan Treback & Crociata
    1233 20th Street, NW, Suite 800
    Washington, DC 20036

Frank Okebugwu

    Serve
    Frank Okebugwu
    c/o Smith-Myers Corporation
    Upper Marlboro, MD 20774

JG Enterprises, LLC

    Serve
    Jeffrey Smith
    c/o Smith-Myers Corporation
    9200 Basil Court, Suite 100
    Upper Marlboro, MD 20774

Jeffrey Smith

    Serve
    Jeffrey Smith
    c/o Smith-Myers Corporation
    9200 Basil Court, Suite 100
    Upper Marlboro, MD 20774

Fremont Investment & Loan

    Serve:
    Harold G. Belkowitz, Esquire
    Ober Kaler Grimes & Shriver
    1401 H Street, NW, Suite 500
    Washington, DC 209005