UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, | ) |
| Plaintiffs, | ) Civil Act. No. : 1:08-cv-00900 (HHK) |
| v. | ) |
| Freemont Investment & Loan, *et al*, | ) |
| Defendants. | ) |

**MOTION TO CONTINUE SCHEDULING CONFERENCE AND FOR ADDITIONAL TIME TO OPPOSE MOTIONS TO DISMISS UNDER RULE** 6(b)(1) (2)

Plaintiffs moves to (1) to continue the scheduling conference set for Friday, July 25, 2008, and (2) to extend the deadline for filing oppositions to the motions to dismiss.

Consent to this motion was sought from the attorneys and pro se parties that could be reached under the contact information provided to the Court by the party or other sources available to Plaintiffs.

Two law firms entered appearances. They represent Fremont Investment and Loan, the principal Defendant, and Consumer 1st Title. They consent to the motion.

All other defendants are pro se. Plaintiffs contacted the pro se parties. Jeffrey Smith has not responded to the emails and phone calls Frank Okebugwu declined to consent. Shannon Ingram's contact phone number in her filing with the court had no answer. Sheila Locke's phone number is being sought. She has not filed with the court.

Jeffrey Smith filed for himself and corporations he controls, although he is not an attorney. Shannon Ingram filed for herself and he LLC, although she is not an attorney.

A. <u>Good Cause Shown for Continuance</u>. Counsel for Plaintiffs this week and most acutely for the past few days has been ill and required medical treatment, requiring antibiotics. This conduction has impaired counsel's ability to attend matters in his practice and this circumstance will continue for the next several days. Plaintiffs therefore move to continue the scheduling conference for two to three weeks.

Mortgage Electronic Registration Systems, Inc. is apparently not a party in interest and will be dropped from the suit.

Counsel of record for Fremont and Consumer 1st consent to this motion for more time. Mr. Okebugwu does not consent. Mr. Smith has not responded and the other Defendants have not responded.

B. <u>Good Cause Shown for Time Enlargement to Oppose Motions to Dismiss</u>. In this action there are ten Defendants. Plaintiffs propose filing a joint opposition to the motions to dismiss and seek consent to do so timely under Rules 6(b)(1) for good cause shown and excusable neglect due to calendaring the Smith motion. Counsel of record have consented. Consumer 1st Title will be dismissed without prejudice under agreement with this Defendant. Plaintiffs propose a deadline for filing the oppositions on August 4, 2008.

The Defendants are as follows:

| Def # | Defendant | Counsel |
|---|---|---|
| 1 | Fremont Investment & Loan | Harold Belkowitz |
| 2 | Consumer 1st Title | Craig Sarner |

| | | |
|---|---|---|
| 3 | Mortgage Electronic Registration Systems, Inc. | Not in case |
| 4 | Premiere Mortgage Solutions Services, Inc. | Jeff Smith, pro se |
| 5 | Smith-Myers Corporation | Jeff Smith, pro se |
| 6 | J.G. Enterprises, LLC | Jeff Smith, pro se |
| 7 | JMJ Appraisal Services, LLC | Shannon Ingram, pro se |
| 8 | Jeffrey Smith | Jeff Smith, pro se |
| 9 | Frank Okebugwu | Frank Okebugwu, pro se |
| 10 | Shannon Ingram | Shannon Ingram, pro se |
| 11 | Sheila Locke | Sheila Locke, pro se |
| Total 11 | | |

The Smith motion to dismiss is made on his own behalf and that of his corporations whom he cannot represent. The opposition is overdue. Plaintiffs seek additional time to oppose this motion.

Plaintiffs propose filing an opposition that covers all motions to dismiss on August 3, 2008.

Plaintiffs respectfully requests that the motion be granted.

Respectfully submitted,

Dated: July 24, 2008 _____/s/_____
C. Michael Tarone, Esquire
Tarone & McLaughlin
1010 Vermont Avenue, NW
Suite 810
Washington, DC.  20005\

Tel. 202-347-9526
Fax 202-783-9103

E-mail "cmtarone@bcounsel.com

Counsel for Plaintiffs

ROBERT CARROLL
MONICA CARROLL

<u>Certificate of Service</u>

     I, C. Michael Tarone, hereby certify that on July 24, 2008, I served a copy of the foregoing on parties of record herein electronically or by first class mail, postage prepaid if proceeding pro se, as follows:

     Consumer First Title, LLC

          <u>Serve</u>
          Craig L. Sarner
          Bonner Kiernan Treback & Crociata
          1233 20th Street, NW, Suite 800
          Washington, DC 20036

     Frank Okebugwu

          <u>Serve</u>
          Frank Okebugwu
          c/o Smith-Myers Corporation
          9200 Basil Court, Suite 100
          Upper Marlboro, MD 20774

     Premier Mortgage Solutions Services, Inc.

          <u>Serve</u>
          Jeffrey Smith
          c/o Smith-Myers Corporation
          9200 Basil Court, Suite 100
          Upper Marlboro, MD 20774

     Smith-Myers Corporation

          <u>Serve</u>
          Jeffrey Smith
          c/o Smith-Myers Corporation
          9200 Basil Court, Suite 100
          Upper Marlboro, MD 20774

     JG Enterprises, LLC

   <u>Serve</u>
   Jeffrey Smith
   c/o Smith-Myers Corporation
   9200 Basil Court, Suite 100
   Upper Marlboro, MD 20774

Jeffrey Smith

   <u>Serve</u>
   Jeffrey Smith
   c/o Smith-Myers Corporation
   9200 Basil Court, Suite 100
   Upper Marlboro, MD 20774

Fremont Investment & Loan

   <u>Serve</u>:
   Harold G. Belkowitz, Esquire
   Ober Kaler Grimes & Shriver
   1401 H Street, NW, Suite 500
   Washington, DC 209005

Mortgage Electronic Registration, Inc.

   Serve [not served at this time]


Shannon Ingram

   Serve [not served at this time]

JMJ Appraisal Services, LLC

   Serve [not served at this time]


         _____/s/_____
         C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, )<br>)<br>    Plaintiffs, )<br>)<br>    v. )<br>)<br>Freemont Investment & Loan, *et al*, )<br>)<br>    Defendants. )<br>) | Civil Act. No. : 1:08-cv-00900 (HHK) |

ORDER

UPON CONSIDERATION of Plaintiffs' Motion to Continue Scheduling Conference and for Additional Time to Oppose Motion to Dismiss under Rule 6(b)(1) (2), the opposition thereto and the entire record herein, it is this __ day of July 2008

ORDERED that the motion is granted for good cause shown and excusable neglect; and it is

FURTHER ORDERED that the scheduling conference shall be rescheduled for ___ and that Plaintiffs shall file their opposition to all motions to dismiss on or before August 4, 2008.

SO ORDERED.

_____
Henry H. Kennedy
District Court Judge

Copies to: See next page

Consumer First Title, LLC

>Serve
>Craig L. Sarner
>Bonner Kiernan Treback & Crociata
>1233 20th Street, NW, Suite 800
>Washington, DC 20036

Frank Okebugwu

>Serve
>Frank Okebugwu
>c/o Smith-Myers Corporation
>Upper Marlboro, MD 20774

JG Enterprises, LLC

>Serve
>Jeffrey Smith
>c/o Smith-Myers Corporation
>9200 Basil Court, Suite 100
>Upper Marlboro, MD 20774

Jeffrey Smith

>Serve
>Jeffrey Smith
>c/o Smith-Myers Corporation
>9200 Basil Court, Suite 100
>Upper Marlboro, MD 20774

Fremont Investment & Loan

>Serve:
>Harold G. Belkowitz, Esquire
>Ober Kaler Grimes & Shriver
>1401 H Street, NW, Suite 500
>Washington, DC 209005

Certificate of Service

I, C. Michael Tarone, hereby certify that on July 1, 2008, I served a copy of the foregoing on parties of record having filed herein as follows:

Consumer First Title, LLC

<u>Serve</u>

Craig L. Sarner

Bonner Kiernan Treback & Crociata

1233 20th Street, NW, Suite 800

Washington, DC 20036

Frank Okebugwu

<u>Serve</u>

Frank Okebugwu

c/o Smith-Myers Corporation

9200 Basil Court, Suite 100

Upper Marlboro, MD 20774

Premier Mortgage Solutions Services, Inc.

<u>Serve</u>

Jeffrey Smith

c/o Smith-Myers Corporation

9200 Basil Court, Suite 100

Upper Marlboro, MD 20774

Smith-Myers Corporation

<u>Serve</u>

Jeffrey Smith

c/o Smith-Myers Corporation

9200 Basil Court, Suite 100

Upper Marlboro, MD 20774

JG Enterprises, LLC

<u>Serve</u>

Jeffrey Smith

c/o Smith-Myers Corporation

9200 Basil Court, Suite 100

Upper Marlboro, MD 20774

Jeffrey Smith

<u>Serve</u>

Jeffrey Smith

c/o Smith-Myers Corporation

9200 Basil Court, Suite 100

Upper Marlboro, MD 20774

Fremont Investment & Loan

<u>Serve</u>:

Harold G. Belkowitz, Esquire

Ober Kaler Grimes & Shriver

1401 H Street, NW, Suite 500

Washington, DC 209005

Mortgage Electronic Registration, Inc.

Serve [not served at this time]

Shannon Ingram

       Serve [not served at this time]


       JMJ Appraisal Services, LLC


       Serve [not served at this time]


       _____/s/_____

       C. Michael Tarone