IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUL 0 3 2008

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| Robert Carroll, et al. | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | **Case No. 1:08-cv-00900** |
| | ) | **Judge Henry H. Kennedy** |
| Fremont Investment & Loan, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

DEFENDANT FRANK OKEBUGWU
MOTION TO DISMISS PLAINTIFFS' COMPLAINT

**COMES NOW** Defendant Frank Okebugwu ("Okebugwu"), *pro se*, and pursuant to

Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, respectfully submits the

following as his Motion to Dismiss Plaintiffs' Complaint.

1. Count One should be dismissed pursuant to Federal Rule 9(b) and 12(b)(6) against

   Defendant Okebugwu on the grounds that Plaintiffs failed to State a Claim Under

   DCCPPA and as a fraud based count it does not properly plead causes of action.

2. Count Two should be dismissed against Defendant Okebugwu on the grounds that D.C.

   Code sec. 28-3809 only applies to lenders who make direct installment loan. Since

   Defendant Okebugwu is not a lender, Plaintiffs failed to State a Claim against Defendant

   Okebugwu in this count.

3. Count Three should be dismissed pursuant to Federal Rule 9(b) and 12(b)(6) against

   Defendant Okebugwu because Plaintiffs failed to State with Requisite Specificity a Claim

   for Fraud.

4.  Count Four should be Dismissed as Moot because it seeks a preliminary and permanent injunction against Defendant Fremont for a foreclosure sale that occurred on June 10, 2008.

5.  Count Five should be dismissed against Defendant Okebugwu because Plaintiff failed to state a claim of breach of Fiduciary Duty.

6.  Count Six should be dismissed against Defendant Okebugwu because Plaintiff failed to State a claim for civil Conspiracy.

7.  Count Seven should be dismissed against Defendant Okebugwu because Plaintiff failed to State a claim for aiding and abetting.

8.  Count Eight should be dismissed against Defendant Okebugwu because Plaintiff failed to State a claim for Negligence.

9.  Count Nine should be dismissed against Defendant Okebugwu because Plaintiff failed to State a claim for Negligent Supervision.

10. Count Ten should be dismissed against Defendant Okebugwu because Plaintiff failed to State a claim for Gross Negligence.

The grounds for this motion are fully discussed in the attached memorandum in support of this motion.

WHEREFORE, for the reasons stated above and as more fully explained in the attached memorandum in support of Defendant Okebugwu's motion, Defendant Frank Okebugwu respectfully requests that this Court grant his motion, dismiss with prejudice Plaintiffs' Complaint against him, award Defendant Okebugwu his costs and expenses incurred, and for all other relief this Court deems fair and just.

Respectfully Submitted,

July 3, 2008

Frank Okebugwu, *pro se*
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

### Request for Oral Argument

Defendant Okebugwu requests oral argument on his Motion to Dismiss.

Respectfully Submitted,

July 2, 2008

Frank Okebugwu, *pro se*
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

<u>Certificate of Service</u>

I certify that a copy of the foregoing motion, the memorandum of support, and the proposed order were served pursuant to the Court's ECF system this 2nd day of July, 2008 to:

C. Michael Tarone, Esq.
Tarone & McLaughlin
900 17th Street, N.W., Suite 1250
Washington, DC 2006
***Counsel for Plaintiffs***

Harold G. Belkowitz
Ober, Kaler, Grimes & Shriver
1401 H Street, N.W., Suite 500
Washington, DC 20005-2110
***Counsel for Fremont Investment & Loan***

Joseph J. Bottiglier, Esq.
Craig L. Sarner, Esq.
1233 20th Street, N.W., Suite 800
Washington, D.C. 20005
***Counsel for Consumer First Title, LLC***

Shannon Ingram
954 Dunloring Court
Upper Marlboro, MD 20774
***Defendant***

Sheila V. Locke
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
***Defendant***

Frank Okebugwu
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
***Defendant***

Frank Okebugwu

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.                          )
                                                )
                    Plaintiffs                  )
                                                )
          v.                                    )       Case No. 1:08-cv-00900
                                                )       Judge Henry H. Kennedy
Fremont Investment & Loan, et al.               )
                                                )
                    Defendants.                 )
                                                )

## MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

Defendant Frank Okebugwu ("Okebugwu"), *pro se*, respectfully submits the following

memorandum in support of his Motion to Dismiss:

### RELEVANT FACTS

1.    On or about July 1, 2005, Plaintiffs Robert Carroll and his daughter Monica

      Carroll contacted Defendant Frank Okebugwu via telephone in an attempt to

      secure a loan to refinance their property located at 3328 17th Street, NW,

      Washington, DC 20010.

2.    Defendant Frank Okebugwu was an independent contractor who worked as a loan

      officer for Defendant Premier Mortgage during the relevant period.

3.    During this initial telephone conversation, Plaintiffs provided Defendant Frank

      Okebugwu with their financial information.

4.    Defendant Frank Okebugwu inserted the information provided to him by the

      Plaintiffs into the standard loan application form. *See Initial Loan Application,*

      *attached hereto as Exhibit 1.*

5.    On July 22, 2005, Plaintiffs reviewed the information they provided to Defendant

Frank Okebugwu and executed the July 22, 2005 Loan Application. *See July 22,*

*2005 Loan Application, attached hereto as Exhibit 2.*

6.    On 22, 2005, Plaintiffs made the following representations to the lender

(Defendant Fremont) and the lender's actual or potential agents, brokers

(Defendant Jeffery Smith and Defendant Premier Mortgage Solutions), processors

(Defendant Frank Okebugwu and Defendant Shelia Locke), attorneys, insurers,

servicers:

a.    The information provided in this application is *true and correct* as of the date

set forth opposite my signature and the any intentional or negligent

misrepresentation of this information contained in this application my result in

civil liability, including monetary damages, to any person who may suffer any

loss due to reliance upon any misrepresentation that I have made on this

application, and/or in criminal penalties including, but not limited to, fine or

imprisonment or both under the provisions of Title 18 United States Code,

Sec. 1001, et seq and

b.    The above referenced parties may continuously rely on the information

contained in the application, and I am obligated to amend and/or supplement

the information provided in this application if any of the material facts that I

have represented herein should change prior to closing of the Loan.

**See Exhibit 2.**

7.    On September 23, 2005, Plaintiffs reviewed and executed a second loan

application form, wherein they affirmed the accuracy of the information contained

therein. *See September 23, 2005 Loan Application, attached hereto as Exhibit 3.*

8.   Notwithstanding their assertion that the information they provided and affirmed on the loan applications were true and accurate, Plaintiffs provided false, inaccurate and misleading information on their loan applications. *See Exs. 1,2 & 3.*

9.   Plaintiffs applied for and obtained a "no document" loan from Defendant Fremont. *See Loan Approval, attached hereto as Exhibit 4.*

10.   Since Plaintiffs applied for and obtained a "no document" loan from Defendant Fremont, Defendants Jeffrey Smith, Premier Mortgage, Frank Okebugwu and Sheila Locke were not required to verify Plaintiffs' income.

11.   Under the terms of Defendants Fremont's "no document" loan, Defendants Jeffery Smith, Premier Mortgage, Frank Okebugwu and Sheila Locke required to and did verify Plaintiff's employment.

12.   Defendant Fremont issued Plaintiffs the loan at issue based on the information provided by Plaintiffs in their loan fully executed applications.

*13.*   On September 28, 2005, Plaintiffs obtained a refinance loan from Defendant Fremont in that amount $288,230.00 and they walked away with $21,593.04 in cash after the settlement. *See Settlement Statement, attached hereto as Exhibit 5.*

14.   Notwithstanding Plaintiffs' misrepresentations, the fact that this loan was obtained nearly three years ago and the large amount of money Plaintiffs received after settlement, Plaintiffs now wish to revisit the terms of the loan.

Standard of Review

Rule 12(b)(6) of the Federal Rules of Civil Procedure allows a party to assert the defense that a pleading fails to state a claim upon which relief can be granted by motion. A Complaint cannot stand if it is based upon mere "labels and conclusions" In fact, the Court should dismiss a claim where, as here, it appears "beyond doubt that the plaintiff[s] can prove no set of facts in support of [their] claim which would entitle [them] to relief." *E.E.O.C. v. St. Francis Xavier Parochial School,* 117 F.ed 621, 624 (D.C. Cir. 1997)(*citing Conley v. Gibson,* 355 U.S. 41, 445-46 (1957)).

Under Rule 9(b), "[i]n all averments of fraud ..., the circumstances constituting fraud ... shall be stated with particularity." Fed. R. Civ. P.9(b). As such, conclusory allegations lacking particularity or specificity and/or legal conclusions cast in the form of legal allegations, are insufficient to state a claim for fraud. *See In re Newbridge Networks Securities,* 962 F. Supp. 166 (D.C. Cir., 1997).

Argument

1.    **Defendant Fremont Investment & Loan's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Okebugwu's argument, with respect to Defendant Fremont's Motion to Dismiss, Defendant Okebugwu incorporates by reference, as if fully set forth herein, Defendant Fremont's argument that Plaintiffs' claims were release pursuant to the Forbearance Agreement. Defendant Okebugwu also adopts by reference, as if fully set forth herein, Defendant Fremont's argument that Plaintiffs' complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted.

2.    **Defendant Consumer First Title, LLC's Motion to Dismiss**

To the extent applicable, and not in contradiction to Defendant Okebugwu's argument, with respect to Defendant Consumer's Motion to Dismiss, Defendant Okebugwu incorporates by reference, as if fully set forth herein, Defendant Consumer's argument that Plaintiff's complaint should be dismissed based on the fact that it failed to state a claim upon which relief may be granted.

3.    **Count One of Plaintiffs' Complaint must be dismissed**

In Count One, Plaintiffs allege that an unidentified "defendant" or several unidentified defendants made a series of false statements.  Plaintiffs further assert that these purported statements form the basis of a cause of action under the District of Columbia Consumer Protection Procedures Act ("DCCPPA").  Since a DCCPPA complaint must specifically allege a material misrepresentation made by an identified defendant, Plaintiffs' Complaint failed this essential requirement.  Plaintiffs clearly failed to state the basis for this count with the required specificity.  Accordingly, Count One must be dismissed pursuant to Rule 9(b).

4.    **Count Two of Plaintiffs' Complaint must be dismissed**

In Count Two, Plaintiffs halfheartedly assert that Defendant Okebugwu is liable to them pursuant to D.C. Code 28-3809.  D.C. Code 28-3809 only applies to lender under certain circumstances.  Since Defendant Okebugwu is clearly not a lender, Count Two cannot state a cause of action as a matter of law.

5.    **Count Three of Plaintiffs' Complaint must be dismissed**

In Count Three, Plaintiffs allege that Defendant Okebugwu is liable to them pursuant to a common law fraud cause of action.  Fatally, however, Plaintiffs failed to allege the time, place and content of the false misrepresentation, the facts misrepresented and what was retained or

given up as a consequence of the alleged fraud in their complaint. Essentially, the Plaintiffs failed to assert any particularity with regard to Defendant Okebugwu allegedly fraudulent conduct. In the absence of these required specificities, Count Three of Plaintiffs' Complaint must be dismissed.

6.    **Count Four of Plaintiffs' Complaint must be dismissed**

Count Four seeks a preliminary and permanent injunction against Defendant Fremont with regard to a June 10, 2008 foreclosure. Since the June 10th Foreclosure has past, Count Four must be dismissed as Moot.

7.    **Count Five of Plaintiffs' Complaint must be dismissed**

In Count Five, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged breach of an unidentified fiduciary duty. The Plaintiffs failed to specify what fiduciary duty and/or duty of care Defendant Okebugwu owed them or how that duty was breached. Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

8.    **Count Six of Plaintiffs' Complaint must be dismissed**

In Count Six, Plaintiffs try to hold all names defendants liable under a tortured a common law civil conspiracy cause of action. Plaintiffs failed to allege that Defendant Okebugwu entered into an agreement with any other defendant in this case to participate in any unlawful act. Moreover, since civil conspiracy is not a distant cause of action recognized by this jurisdiction, this Count must be dismissed.

9.    **Count Seven of Plaintiffs' Complaint must be dismissed**

In Count Seven, Plaintiffs try to hold all names defendants liable under a tormented common law aiding and abetting cause of action. Plaintiffs failed to allege that Defendant

Okebugwu aided or abetted any other defendant in this case to their participation in any unlawful act. Importantly, since aiding and abetting is not a distant cause of action recognized by this jurisdiction, this Count must be dismissed.

10.    **Count Eight of Plaintiffs' Complaint must be dismissed**

In Count Eight, Plaintiffs failed to identify which of the defendants it seeks to hold liable for negligent breach of a fiduciary duty. The Plaintiffs failed to specify what action from Defendant Okebugwu breach what fiduciary duty and/or duty of care Defendant Okebugwu owed them. Most importantly, Plaintiffs failed to state how that duty was breached by Defendant Okebugwu. Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

11.    **Count Nine of Plaintiffs' Complaint must be dismissed**

In Count Nine, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged negligent supervision claim. Plaintiffs also failed to identify which "employee" was not properly supervised by which "employer." Moreover, Plaintiffs failed to allege what action was committed by which employee that was not properly supervised by which employer that resulted in what injury to Plaintiffs. In light of these glaring failures, Count Nine must be dismissed.

12.    **Count Ten of Plaintiffs' Complaint must be dismissed**

In Count Ten, Plaintiffs failed to identify which of the defendants it seeks to hold liable for an alleged gross negligent breach of a duty. In order to successfully assert their claim of gross negligence, Plaintiffs were required to plead and prove that Defendant Okebugwu's actions evinced "willful and wanton misconduct" and/or a "wanton or reckless disregard for human life or for the rights of others". Plaintiffs failed this essential requisite. The Plaintiffs failed to

specify what action from Defendant Okebugwu grossly breached what fiduciary duty and/or duty of care Defendant Okebugwu owed them.  Moreover, Plaintiffs equally failed to state how that duty was grossly breached by Defendant Okebugwu.  Fatally, Plaintiffs simply assert these allegations without the required factual foundations.

Conclusion

For the foregoing reasons, Defendant Okebugwu respectfully request that this Court Grant his Motion to Dismiss Plaintiffs' Complaint, dismiss the Complaint, and for all other relief this Court deems fair and just.

Respectfully submitted,

July 3, 2008

Frank Okebugwu, *pro se*
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774

# EXHIBIT 1

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☑ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA   ☑ Conventional   ☐ Other (explain)  ☐ FHA   ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number |
|---|---|---|---|

| Amount | Interest Rate | No. of Months | Amortization Type: | |
|---|---|---|---|---|
| $  288,230 | 9.550  % | 360/360 | ☐ Fixed Rate   ☐ GPM | ☐ Other (explain):  ☑ ARM (type): 2/28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 3328 17TH STREET, NW,  Washington, DC 20010   County: District Of Columbia | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| SEE TITLE | |

| Purpose of Loan | ☐ Purchase   ☐ Construction   ☐ Other (explain)  ☑ Refinance   ☐ Construction-Permanent | Property will be:  ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

*Complete this line if this is a refinance loan.*

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made | |
|---|---|---|---|---|---|
| 1991 | $  92,000 | $  248,757 | Cash-Out/Other | Cost $ | |

| Title will be held in what Name(s)  MONICA S CARROLL  ROBERT CARROLL | Manner in which Title will be held  Joint tenants | Estate will be held in:  ☑ Fee Simple  ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|
| Equity from Subject Property |

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)  **MONICA S CARROLL** | | Co-Borrower's Name (include Jr. or Sr. if applicable)  **ROBERT CARROLL** |

| Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (MM/DD/YYYY) | Yrs. School |
|---|---|---|---|---|---|---|---|
| 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 | 202-332-3609 | 09/27/1962 | 16 | 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 | 202-332-3609 | 08/13/1929 | 14 |

| ☐ Married   ☑ Unmarried (include single, ☐ Separated      divorced, widowed) | Dependents (not listed by Co-Borrower)  no.  ages | ☐ Married   ☑ Unmarried (include single, ☐ Separated      divorced, widowed) | Dependents (not listed by Borrower)  no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  13  No. Yrs  3328 17TH STRET, NW  Washington, DC 20010 | Present Address (street, city, state, ZIP)  ☑ Own ☐ Rent  13  No. Yrs  3328 17TH STREET, NW  Washington, DC 20010 |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent  No. Yrs | Former Address (street, city, state, ZIP)  ☐ Own ☐ Rent  No. Yrs |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Name & Address of Employer  ☐ Self Employed  **FAMILY & CHILD CARE SERV. OF WASH DC**  929 L STREET, N.W.  Washington, DC 20001 | Yrs. on this job  6 yr(s)  Yrs. employed in this line of work/profession  6 | Name & Address of Employer  ☐ Self Employed  **RETIRED** | Yrs. on this job  Yrs. employed in this line of work/profession |

| Position/Title/Type of Business  ACTIVITY CO-ORDINATOR | Business Phone (incl. area code)  202-635-1900 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer  ☐ Self Employed  THE FITNESS EDGE INC. | Dates (from-to)  2002 - PRESENT | Name & Address of Employer  ☐ Self Employed | Dates (from-to) |
|---|---|---|---|

| | Monthly Income $   200.00 | | Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| FITNESS INSTRUCTOR | 202-739-6905 | | |

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| VICTORIA SECRET<br>FOUR LIMITED PARKWAY<br>Reynoldsburg, OH 43068 | | 2002 -<br>PRESENT<br>Monthly Income<br>$   150.00 | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl  area code) | Position/Title/Type of Business | | Business Phone (incl. area code) |
| SALES ASSOCIATE | | 202-293-7530 | | | |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower  _____

Co-Borrower  _____

Fannie Mae Form 1003   01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 5,000.00 | $ | $ 5,000.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,275.00 | $ 2,434.12 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 107.29 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "Describe other income," below) | 465.00 | 1,386.25 | 1,851.25 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 5,465.00 | $ 1,386.25 | $ 6,851.25 | Total | 2,275.00 | $ 2,621.41 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income**  *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | FITNESS EDGE--JOB | $ 325.00 |
| B | THE HEALTH FITNESS CORPORTATION | 140.00 |
| C | SOCIAL SECURITY/ | 1,386.25 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also

Completed ☑ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by | $ | | | |
| | | **LIABILITIES** | **Monthly Payment & Months Left to Pay** | **Unpaid Balance** |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union  **WACHOVIA BANK** | | HOMEQ PO BOX 13716 SACRAMENTO, CA 95853 | | |
| | | Acct no  6930321572349 | * (2,199) | 248,029 |
| Acct no | $ 1,000 | Name and address of Company  MIDLAND 4310 E BROADWAY RD PHOENIX, AZ 85040 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no  8511410853 | * 895 | 895 |
| Acct no | $ | Name and address of Company  HSBC NV 1441 SCHILLING PL SALINAS, CA 93901 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no  548955005733 | * 26 | 863 |
| Acct no | $ | Name and address of Company  SST/COLUMBUS PO BOX 84024 COLUMBUS, GA 31908 | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct no  4036240000266306 | * 15 | 464 |
| Acct no | $ | Name and address of Company  GC SERVICES 6330 GULFTON HOUSTON, TX 77081 | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | | | |
| | | Acct no  8600000717220396 | * 394 | 394 |
| Life insurance net cash value | $ | Name and address of Company  VERIZON WASH PO BOX 165018 COLUMBUS, OH 43216 | $ Payment/Months | $ |
| Face amount  $ | 100,000 | | | |
| **Subtotal Liquid Assets** | $ 101,000 | Acct. no.  696263846 | * 0 | 366 |
| Real estate owned (enter market value from schedule of real estate owned) | $ 650,000 | Name and address of Company  ASSET ACCEPT PO BOX 2036 | $ Payment/Months | $ |
| Vested interest in retirement fund | $ 100,000 | | | |

| Net worth of business owned (attach financial statement) | $ | | | |
|---|---|---|---|---|
| Automobiles owned (make and year) | $ | Acct no    16565427 | * 283 | 283 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) | $ | | | |
| HOUSEHOLD FURNITURE | 20,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | | | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $  871,000 | Net Worth (a minus b)  => | $  619,640 | Total Liabilities b.  $  251,360 |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp2.frm 01/04

Page 2 of 4

Borrower  _____
Co-Borrower  _____

Fannie Mae Form 1003   01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 3328 17TH STRET, NW Washington, DC 20010 | SFR | $ 650,000 | $ 248,757 | $ | $ | 2,275 | $ INCL | $ |
| | | | | | | | |
| | | | | | | | |
| | Totals | $ 650,000 | $ 248,757 | $ | $ | 2,275 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a  Purchase price | $ |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d  Refinance (incl debts to be paid off) | 251,360.00 |
| e  Estimated prepaid items | 1,728.35 |
| f  Estimated closing costs | 9,090.11 |
| g  PMI, MIP, Funding Fee | |
| h  Discount (if Borrower will pay) | |
| i  Total costs (add items a through h) | 262,178.46 |
| j  Subordinate financing | |
| k  Borrower's closing costs paid by Seller | |
| l  Other Credits(explain) | |
| m  Loan amount (exclude PMI, MIP, Funding Fee financed) | 288,230.00 |
| n  PMI, MIP, Funding Fee financed | |
| o  Loan amount (add m & n) | 288,230.00 |
| p  Cash from/to Borrower (subtract j, k, l & o from i) | -26,051.54 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower Yes | Borrower No | Co-Borrower Yes | Co-Borrower No |
|---|---|---|---|---|
| a  Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b  Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c  Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d  Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e  Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee  If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action ) | ☐ | ☑ | ☐ | ☐ |
| f  Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question | ☐ | ☑ | ☐ | ☐ |
| g  Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h  Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i  Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j  Are you a U S citizen? | ☑ | ☐ | ☐ | ☐ |
| k  Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l  Do you intend to occupy the property as your primary residence? If "Yes," complete question m below | ☑ | ☐ | ☐ | ☐ |
| m  Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own-principal residence (PR), second home (SH), or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | O | | | |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that  (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec  1001, et seq , (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein, (3) the property will not be used for any illegal or prohibited purpose or use, (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan  (5)  the property will be occupied as indicated herein, (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved, (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan, (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property, and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws  You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it  If you furnish the information, please provide both ethnicity and race  For race, you may check more than one designation  If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below  (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for )

| BORROWER ☐ I do not wish to furnish this information | CO-BORROWER ☐ I do not wish to furnish this information |
|---|---|

| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | | ☐ Not Hispanic or Latino |
|---|---|---|---|---|---|---|
| Race: | ☐ American Indian or Alaska Native | ☐ Asian  ☑ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☑ Female | ☐ Male | Sex: | ☐ Female | | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by | FRANK OKEBUGWU | | PREMIER MORTGAGE SOLUTIONS |
| ☐ Face-to-face interview | Interviewer's Signature | Date | 9200 BASIL COURT, SUITE 100 |
| ☐ Mail | | | UPPER MARLBORO, MD 20774 |
| ☑ Telephone | Interviewer's Phone Number (incl area code) | | (P) 301-883-8810 |
| ☐ Internet | 301-883-8810 | | (F) 301-883-4513 |

## Continuation Sheet/Residential Loan Application

| Use this continuation sheet if you need more space to complete the Residential Loan Application Mark B for Borrower or C for Co-Borrower | Borrower<br>MONICA S CARROLL | Agency Case Number |
| --- | --- | --- |
| | Co-Borrower.<br>ROBERT CARROLL | Lender Case Number: |

### VI.    ASSETS    AND    LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| --- | --- | --- | --- | --- |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company<br><br>PARK DANSAN | $ Payt./Mos. | $ |
| Acct no. | $ | Acct. No  3104186816 | *            66 | 66 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct. no. | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no. | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct. no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct no | $ | Acct. No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |

| Acct no | $ | Acct No | | |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt /Mos | $ |
| | | | | |
| | | | | |
| Acct no. | $ | Acct No | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | | X | |

# EXHIBIT 2

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse will not be used as a basis for loan qualification, but his or her liabilities must be considered because the Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☐ FHA | ☑ Conventional ☐ USDA/Rural Housing Service | ☐ Other (explain) | Agency Case Number | Lender Case Number |
|---|---|---|---|---|---|

| Amount $ 290,000 | Interest Rate 9.550 % | No. of Months 360/360 | Amortization Type: | ☐ Fixed Rate ☐ GPM | ☐ Other (explain) ☑ ARM (type). 2/28 |
|---|---|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) 3328 17TH STREET, NW,   Washington, DC 20010   County: District Of Columbia | No. of Units 1 |
|---|---|

| Legal Description of Subject Property (attach description if necessary) SEE TITLE | Year Built |
|---|---|

| Purpose of Loan ☐ Purchase ☐ Construction ☑ Refinance ☐ Construction-Permanent ☐ Other (explain) | Property will be ☑ Primary Residence ☐ Secondary Residence ☐ Investment |
|---|---|

*Complete this line if construction or construction-permanent loan.*

| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements $ | Total (a+b) $ |
|---|---|---|---|---|---|

*Complete this line if this is a refinance loan.*

| Year Acquired 1991 | Original Cost $ 92,000 | Amount Existing Liens $ 248,757 | Purpose of Refinance Cash-Out/Other | Describe Improvements ☐ made ☐ to be made Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) MONICA S CARROLL ROBERT CARROLL | Manner in which Title will be held Joint tenants | Estate will be held in: ☑ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) Equity from Subject Property |
|---|

## III. BORROWER INFORMATION

| | Borrower | | Co-Borrower |
|---|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) MONICA S CARROLL | | Co-Borrower's Name (include Jr. or Sr. if applicable) ROBERT CARROLL | |
| Social Security Number 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 | Home Phone (incl. area code) 202-332-3609 | DOB (MM/DD/YYYY) 09/27/1962 | Yrs. School 16 | Social Security Number 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 | Home Phone (incl. area code) 202-332-3609 | DOB (MM/DD/YYYY) 08/13/1929 | Yrs. School 14 |

| ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no   ages | ☐ Married ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no   ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) ☑ Own ☐ Rent ___13___ No. Yrs 3328 17TH STRET, NW Washington, DC 20010 | Present Address (street, city, state, ZIP) ☑ Own ☐ Rent ___13___ No. Yrs 3328 17TH STREET,NW Washington, DC 20010 |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

*If residing at present address for less than two years, complete the following:*

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent _____ No. Yrs | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent _____ No. Yrs |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed FAMILY & CHILD CARE SERV. OF WASH DC 929 L STREET, N.W Washington, DC 20001 | Yrs. on this job 6 yr(s) Yrs. employed in this line of work/profession 6 | Name & Address of Employer ☐ Self Employed RETIRED | Yrs. on this job Yrs. employed in this line of work/profession |
| Position/Title/Type of Business ACTIVITY CO-ORDINATOR | Business Phone (incl. area code) 202-635-1900 | Position/Title/Type of Business | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Name & Address of Employer ☐ Self Employed THE FITNESS EDGE INC. 1564 EAST LANCASTER AVENUE Paoli, PA 19301 | Dates (from-to) 2002 - PRESENT Monthly Income $ 200.00 | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business FITNESS INSTRUCTOR | Business Phone (incl. area code) 202-739-6905 | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed VICTORIA SECRET FOUR LIMITED PARKWAY Reynoldsburg, OH 43068 | Dates (from-to) 2002 - PRESENT Monthly Income $ 150.00 | Name & Address of Employer ☐ Self Employed | Dates (from-to) Monthly Income $ |
|---|---|---|---|
| Position/Title/Type of Business SALES ASSOCIATE | Business Phone (incl. area code) 202-293-7530 | Position/Title/Type of Business | Business Phone (incl. area code) |

Borrower
Co Borrower

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 5,000 00 | $ | $ 5,000 00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 2,275.00 | $ 2,449.06 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | 80.00 |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 107.29 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income" below) | 465.00 | 1,386 25 | 1,851 25 | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 5,465.00 | $ 1,386.25 | $ 6,851.25 | Total | $ 2,275 00 | $ 2,636.35 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

Describe Other Income    *Notice:*  Alimony, child support, or separate maintenance income need not be revealed if the
Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| B | FITNESS EDGE--JOB | $ 325.00 |
| B | THE HEALTH FITNESS CORPORATION | 140.00 |
| C | SOCIAL SECURITY/ DISABILITY INCOME | 1,386.25 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also

Completed  ☑ Jointly  ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets  List the creditor's name, address and account number for all outstanding debts including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by | $ | | | |
| | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| *List checking and savings accounts below* | | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union WACHOVIA BANK | | HOMEQ PO BOX 13716 SACRAMENTO, CA 95853 | | |
| | | Acct no   6930321572349 | (2,199) | 248,273 |
| Acct no | $ 1,000 | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | HSBC NV 1441 SCHILLING PLACE SALINAS, CA 93901 | | |
| | | Acct no   550057332598 | 0 | 813 |
| Acct no | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | HSBC NV 1441 SCHILLING PL SALINAS, CA 93901 | | |
| | | Acct no   548955005733 | 23 | 788 |
| Acct no | $ | Name and address of Company | $ Payment/Months | $ |
| Name and address of Bank, S&L, or Credit Union | | VERIZONLAND PO BOX 165018 COLUMBUS, OH 43216 | | |
| | | Acct no   696263846 | 0 | 421 |
| Acct no | $ | Name and address of Company | $ Payment/Months | $ |
| Stocks & Bonds (Company name/ number & description) | $ | GC SERVICES 6330 GULFTON HOUSTON, TX 77081 | | |
| | | Acct no   86000000717220396 | 394 | 394 |
| Life insurance net cash value | $ | Name and address of Company | $ Payment/Months | $ |
| Face amount  $ | 100,000 | SST/COLUMBUS PO BOX 84024 COLUMBUS, GA 31908 | | |
| Subtotal Liquid Assets | $ 101,000 | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 650,000 | Acct no   4036240000266306 | 15 | 374 |
| | | Name and address of Company | $ Payment/Months | $ |
| Vested interest in retirement fund | $ 100,000 | ASSET ACCEPT PO BOX 2036 WARREN, MI 48090 | | |
| Net worth of business(es) owned (attach financial statement) | $ | | | |
| Automobiles owned (make and year) | $ | Acct no   16565427 | 280 | 281 |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to | $ | |
| Other Assets (itemize) | $ | | | |
| HOUSEHOLD FURNITURE | 20,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 778 | |
| Total Assets a. | $ 871,000 | Net Worth (a minus b)  => | $ 619,590 | Total Liabilities b.  $ 251,410 |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp2.frm 01/04

Page 2 of 4

Borrower
Co-Borrower

Fannie Mae Form 1003   01/04

## VI. ASSETS AND LIABILITIES (cont.)

**Schedule of Real Estate Owned** (if additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 3328 17TH STRET, NW Washington, DC 20010 | SFR | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ INCL. | $ |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ 650,000 | $ 248,757 | $ | $ 2,275 | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

---

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a Purchase price | $ |
| b Alterations, improvements, repairs | |
| c Land (if acquired separately) | |
| d Refinance (incl. debts to be paid off) | 256,221.32 |
| e Estimated prepaid items | 1,559.85 |
| f Estimated closing costs | 11,912.31 |
| g PMI, MIP, Funding Fee | |
| h Discount (if Borrower will pay) | |
| i Total costs (add items a through h) | 269,693.48 |
| j Subordinate financing | |
| k Borrower's closing costs paid by Seller | |
| l Other Credits(explain) | |
| m Loan amount (exclude PMI, MIP, Funding Fee financed) | 290,000.00 |
| n PMI, MIP, Funding Fee financed | |
| o Loan amount (add m & n) | 290,000.00 |
| p Cash from/to Borrower (subtract j, k, l & o from i) | -20,306.52 |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a Are there any outstanding judgments against you? | ☐ | ☑ | ☐ | ☐ |
| b Have you been declared bankrupt within the past 7 years? | ☐ | ☑ | ☐ | ☐ |
| c Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☑ | ☐ | ☐ |
| d Are you a party to a lawsuit? | ☐ | ☑ | ☐ | ☐ |
| e Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☑ | ☐ | ☐ |
| f Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question | ☐ | ☑ | ☐ | ☐ |
| g Are you obligated to pay alimony, child support, or separate maintenance? | ☐ | ☑ | ☐ | ☐ |
| h Is any part of the down payment borrowed? | ☐ | ☑ | ☐ | ☐ |
| i Are you a co-maker or endorser on a note? | ☐ | ☑ | ☐ | ☐ |
| j Are you a U.S. citizen? | ☑ | ☐ | ☐ | ☐ |
| k Are you a permanent resident alien? | ☐ | ☑ | ☐ | ☐ |
| l Do you intend to occupy the property as your primary residence? If "Yes," complete question m below | ☑ | ☐ | ☐ | ☐ |
| m Have you had an ownership interest in a property in the last three years? | ☑ | ☐ | ☐ | ☐ |
| (1) What type of property did you own principal residence (PR), second home (SH) or investment property (IP)? | PR | | | |
| (2) How did you hold title to the home-solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | O | | | |

---

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of the information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001 et seq., (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application, and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 7/22/05 | X | 5/22/05 |

---

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

**BORROWER** ☐ I do not wish to furnish this information

| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino |
|---|---|---|
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☑ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☑ Female | ☐ Male | |

**CO-BORROWER** ☐ I do not wish to furnish this information

| Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
|---|---|---|
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☐ Female | ☐ Male | |

| To be Completed by Interviewer | Interviewer's Name (print or type) FRANK OKEBUGWU | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature            Date | PREMIER MORTGAGE SOLUTIONS |
| ☐ Face-to-face interview | | 9200 BASIL COURT, SUITE 100 |
| ☐ Mail | | UPPER MARLBORO, MD 20774 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | (P) 301-883-8810 |
| ☐ Internet | 301-883-8810 | (F) 301-883-8946 |

## Continuation Sheet/Residential Loan Application

| | | |
|---|---|---|
| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark B for Borrower or C for Co Borrower | Borrower  MONICA S CARROLL | Agency Case Number |
| | Co-Borrower  ROBERT CARROLL | Lender Case Number |

### VI. ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos | $ |
| Acct no | $ | Acct No | | |

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 9/22/05 | X | 9/23/05 |

Freddie Mac Form 65   01/04
CALYX Form 1003 Lnap4ast.frm 01/04

Fannie Mae Form 1003   01/04

# EXHIBIT 3

# Uniform Residential Loan Application

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☒ Conventional | ☐ Other (explain): | Agency Case Number: | Lender Case Number: |
|---|---|---|---|---|
| | ☐ FHA | ☐ USDA/Rural Housing Service | | |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☐ Fixed Rate | ☐ Other (explain): |
|---|---|---|---|---|---|
| 285,238 | 7.850 | 360 | | ☐ GPM | ☒ ARM (type): 2.28 |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP): | No. of Units |
|---|---|
| 3228 17TH STREET NW, Washington DC 20010  County: District Of Columbia | |

| Legal Description of Subject Property (attach description if necessary): | Year Built |
|---|---|
| SEE TITLE | |

Purpose of Loan: ☒ Purchase ☐ Construction ☐ Other (explain): ☐ Refinance ☐ Construction-Permanent

Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment

Complete this line if construction or construction-permanent loan

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
|---|---|---|---|---|
| 1991 | $ 80,000 | $ 245,757 | Cash-Out/Other | Cost: $ |

Title will be held in what Name(s):  MONICA S CARROLL  ROBERT CARROLL

Manner in which Title will be held: Joint tenants

Estate will be held in: ☒ Fee Simple ☐ Leasehold

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain): Equity from Subject Property

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | MONICA S CARROLL | ROBERT CARROLL |
| Social Security Number / Home Phone (incl. area code) / DOB / Yrs. School | xxx-xx-xxxx  202-000-0000  05-07-1950  16 | 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  202-330-3609  08-13-1929  14 |
| Marital Status / Dependents | ☐ Married ☒ Unmarried ☐ Separated  no. 0  ages | ☒ Married ☐ Unmarried ☐ Separated  no. 1  ages |

| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent ___ No. Yrs. | Present Address (street, city, state, ZIP) ☒ Own ☐ Rent 13 No. Yrs. |
|---|---|
| 3228 17TH STREET NW, Washington, DC 20010 | 3228 17TH STREET NW, Washington, DC 20010 |

Mailing Address, if different from Present Address | Mailing Address, if different from Present Address

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| Name & Address of Employer | FAMILY & CHILD CARE SERV OF WASH DC  829 L STREET, N.W.  Washington, DC 20001 | ☐ Self Employed  Yrs. on this job: 6 yr(s)  Yrs. employed in this line of work/profession: 6 | Name & Address of Employer  RETIRED | ☐ Self Employed  Yrs. on this job:  Yrs. employed in this line of work/profession: |
| Position/Title/Type of Business  ACTIVITY CO-ORDINATOR | Business Phone (incl. area code)  202-636-1900 | | Position/Title/Type of Business | Business Phone (incl. area code) |

If employed in current position for less than two years or if currently employed in more than one position, complete the following

| Name & Address of Employer  VICTORIA SECRET  FOUR UNITED PARKWAY  Reynoldsburg, OH 43068 | ☐ Self Employed  Dates (from-to)  2002 - PRESENT  Monthly Income  $ 465.00 | Name & Address of Employer | ☐ Self Employed  Dates (from-to)  Monthly Income  $ |
|---|---|---|---|
| Position/Title/Type of Business  SALES ASSOCIATE | Business Phone (incl. area code)  202-293-7530 | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer | ☐ Self Employed  Dates (from-to)  Monthly Income  $ | Name & Address of Employer | ☐ Self Employed  Dates (from-to)  Monthly Income  $ |
|---|---|---|---|
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

Freddie Mac Form 65  01/04
Calyx Form 1003 Loanapp1.frm 01/04

Page 1 of 4

Borrower
Co-Borrower

Fannie Mae Form 1003  01/04

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income | 5,000.00 | | 5,000.00 | Rent | | |
| Overtime | | | | First Mortgage (P&I) | 2,276.00 | 2,434.12 |
| Bonuses | | | | Other Financing (P&I) | | |
| Commissions | | | | Hazard Insurance | INCL | |
| Dividends/Interest | | | | Real Estate Taxes | INCL | 157.25 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | 465.00 | 1,386.25 | 1,851.25 | Homeowner Assn. Dues | | |
| Total | 5,465.00 | 1,386.25 | 6,851.25 | Total | 2,276.00 | 2,591.37 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| C | SOCIAL SECURITY DISABILITY INCOME | 1,386.25 |
| B | PART TIME EMPLOYMENT | 465.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☑ Jointly   ☐ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address, and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by | | | | |
| List checking and savings accounts below | | Name and address of Company | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union: WACHOVIA BANK | | HOMEQ PO BOX 13716 SACRAMENTO, CA 95853 | | |
| | | Acct. no. 5830325872349 | * 12,799 | 246,229 |
| Acct. no. | $  0.00 | Name and address of Company MIDLAND 4310 E BROADWAY RD PHOENIX, AZ 85040 | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 9511410665 | * 865 | 895 |
| Acct. no. | $ | Name and address of Company HSBC NV Y 1441 SCHILLING PL SALINAS, CA 93901 | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 549955005733 | * 26 | 863 |
| Acct. no. | $ | Name and address of Company SST/COLUMBUS PO BOX 84024 COLUMBUS, GA 31908 | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. 4036240090266306 | * 15 | 464 |
| Acct. no. | $ | Name and address of Company GC SERVICES 6330 GULFTON HOUSTON, TX 77081 | $ Payment/Months | |
| | | Acct. no. 8500000071722039G | * 394 | 394 |
| Stocks & Bonds (Company name/number & description) | $ | Name and address of Company VERIZON WASH PO BOX 165018 COLUMBUS, OH 43218 | $ Payment/Months | |
| Life insurance net cash value Face amount: $ | $ 100,000 | Acct. no. 896263846 | * 0 | 368 |
| Subtotal Liquid Assets | $ 101,000 | Name and address of Company ASSET ACCEPT PO BOX 2036 WARREN, MI 48090 | $ Payment/Months | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 650,000 | | | |
| Vested interest in retirement fund | $ 100,000 | Acct. no. 16565427 | * 283 | 283 |
| Net worth of business(es) owned (attach financial statement) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | | |
| Automobiles owned (make and year) | $ | | | |
| Other Assets (itemize) HOUSEHOLD FURNITURE | $ 20,000 | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ 871,000 | Net Worth (a minus b) $ 619,640 | Total Liabilities b. | $ 251,360 |

Freddie Mac Form 65   01/04
Calyx Form 1003 Loanapp2.frm 01/04

Borrower

Page 2 of 4
Co-Borrower

Fannie Mae Form 1003   01/04

VI. ASSETS AND LIABILITIES (cont.)

| Address (enter S in such tid...) pending sale Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|
| 7TH STREET NW, Washington DC 20010 | SFR | 950,000.00 | 248,757.00 | | | 900.00 |
| Totals | 950,000.00 | 248,757.00 | | | | |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s).

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

## VII. DETAILS OF TRANSACTION

| | |
|---|---|
| a. Purchase price | |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | 251,360.00 |
| e. Estimated prepaid items | 726.35 |
| f. Estimated closing costs | 5,090.11 |
| g. PMI, MIP, Funding Fee | |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 262,176.46 |
| j. Subordinate financing | |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 286,230.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 286,230.00 |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | -26,051.54 |

## VIII. DECLARATIONS

| If you answer "yes" to any questions a through i, please use continuation sheet for explanation. | Borrower Yes No | Co-Borrower Yes No |
|---|---|---|
| a. Are there any outstanding judgments against you? | | |
| b. Have you been declared bankrupt within the past 7 years? | | |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | |
| d. Are you a party to a lawsuit? | | |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | |
| f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | | |
| g. Are you obligated to pay alimony, child support, or separate maintenance? | | |
| h. Is any part of the down payment borrowed? | | |
| i. Are you a co-maker or endorser on a note? | | |
| j. Are you a U.S. citizen? | | |
| k. Are you a permanent resident alien? | | |
| l. Do you intend to occupy the property as your primary residence? | | |
| m. Have you had an ownership interest in a property in the last three years? | | PP |
| (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | |
| (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described herein; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated herein; (6) any owner or servicer of the Loan may verify or reverify any information contained in the application from any source named in this application and Lender, its successors or assigns may retain the original and/or an electronic record of this application, even if the Loan is not approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the owner or servicer of the Loan may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X | 9/23/05 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may discriminate neither on the basis of this information, nor on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino   ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino   ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☑ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White | Race: | ☐ American Indian or Alaska Native   ☐ Asian   ☐ Black or African American   ☐ Native Hawaiian or Other Pacific Islander   ☐ White |
| Sex: | ☑ Female   ☐ Male | Sex: | ☐ Female   ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) FRANK OKEBUGWU | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | Interviewer's Signature | PREMIER MORTGAGE SOLUTIONS |
| ☐ Face-to-face interview | Date 9/23/05 | 9200 BASIL COURT, SUITE 100 UPPER MARLBORO, MD 20774 |
| ☐ Mail | | (P) 301-883-8810 |
| ☐ Telephone | | (F) 301-883-4513 |
| ☐ Internet | Interviewer's Phone Number (incl. area code) 301-883-8810 | |

Continuation Sheet/Residential Loan Application

| | Borrower | |
| --- | --- | --- |
| | MONICA S CARROLL | |
| | Co-Borrower | |
| | ROBERT CARROLL | |

## ASSETS AND LIABILITIES

| ASSETS | Cash or Market Value | LIABILITIES | Monthly Payments Months Left to Pay | Unpaid Balance |
| --- | --- | --- | --- | --- |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company PERRY DANSAN | $ Payment | $ |
| Acct. no.              45 | | Acct No. 3104156816 | 85 | 85 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payt./Mos. | $ |
| Acct. no. | $ | Acct No. | | |

I/we fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts as applicable under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: | Date | Co-Borrower's Signature: | Date |
| --- | --- | --- | --- |
| X | 9/23/05 | X | 9/23/05 |

Freddie Mac Form 65    01/04
CA 97 Form 1003 ChapterSim 01/04

Page 4 of 4

Fannie Mae Form 1003    01/04

# EXHIBIT 4

SEP-23-2005 FRI 09:06 AM                    FAX NO.                              P. 01

FREMONT INVESTMENT & LOAN

| | |
|---|---|
| Date: 9/6/05 | Account Exec: **THOMAS GOEHRING** |
| Print Date: 9/23/05 | Application #: 927000166086 |
| Approval Review Date: 10/6/05 | Borrower(s): MONICA S CARROLL |
| | ROBERT CARROLL |

Broker: **PREMIER MORTGAGE SOLUTIONS SERVICES INC**

| | |
|---|---|
| Attn: **FRANK OKEBUGWU** | Property Address: 3328 17TH St |
| Phone: 301-883-8810 | WASHINGTON, DC 20010 |
| Fax: 301-883-8946 | |

| | |
|---|---|
| Program **CXP 2/28 STATED INCOME 30/30 1ST** | Property Type: 1 FAMILY |
| Loan Amount $ 288,230.00 Start Rate/Floor: 9.500 % | Occupancy: **OWNER OCCUPIED** |
| Index: 6 MONTH LIBOR Margin 6.2900 % Ceiling 15.5000% | Loan Purpose: **REFINANCE 1-4 UNITS** |
| 1st Rate Change/Cap: 24 months 2.0000 % | LTV: 41.000 % |
| Regular Rate Change/Cap: 6 months 1.5000 % | Rebate to broker 1.000 % |
| Prepayment Penalty Term: 2 Years Window? **NO** | Points (discount) to FIL % |

### BROKER DEMAND

Please be advised increase in fees may result in required re-disclosure to the borrower(s) with applicable delays in document delivery.

| | REMIT TO FIL | | PREPAID FINANCE CHARGES REMIT TO BROKER | POC | | TOTAL TO APPLICANT |
|---|---|---|---|---|---|---|
| Lender Orig. Fee | $ 489.00 + | (0.1697 %) | $ | $ | = $ | 489.00 |
| Broker FEE | $ N/A + | ( 0.0000%) | $ 3,650.00 | | = | 3,650.00 |
| Loan Discount Fee ( %) | $ + | ( %) | $ | | = | |
| Underwriting Fee | 405.00 + | | | | = | 405.00 |
| Application Fee | 0.00 + | | 400.00 | | = | 400.00 |
| Doc Prep Fee | 0.00 + | | | | = | |
| Tax Service - LERETA | 60.00 + | | | | = | 60.00 |
| Wire Fee | 0.00 + | | | | = | |
| Flood Zone Cert. Fee - LERETA | 9.50 + | | | | = | 9.50 |
| Processing Fee | 0.00 + | | 500.00 | | = | 500.00 |
| Credit Reporting Fees | + | | 50.00 | | = | 50.00 |
| Other COURIER | 20.00 + | | | | = | 20.00 |
| Other COURIER | + | | | | = | |
| Other | + | | | | = | |
| Other | + | | | | = | |
| Rebate to Broker | | ( 1.000%) | $ 2,882.30 | | | |

### BROKER MUST COMPLETE    Escrow/Closing Agent Fee $ 7,482.30

These fees must be accurate as they will be reflected on the final HUD-1. Please stress to the escrow/closing company that their fees must be exact. Any changes in the fees may result in a redraw with applicable charges.

| | OTHER FEES | | | | | TOTAL |
|---|---|---|---|---|---|---|
| Appraisal Fee | $ _____ | (Paid) | + $ 350.00 | (Due) | = | 350.00 |
| | $ _____ | (Paid) | + $ _____ | (Due) | = | |
| Title Insurance | | | | | | |
| Recording Fee | | | | | | 50.00 |

Does Borrower want Impounds?____ NO __X__ YES. If Yes, provide insurance policy with this form

LENDER'S LOSS PAYABLE  FREMONT INVESTMENT & LOAN
ENDORSEMENT TO READ:  Its successors and/or assigns
                      P.O. BOX 668
                      AMELIA, OH 45102

| | |
|---|---|
| Vesting to be as follows: | Monica Carroll |
| | Robert Carroll |
| Send Docs to: | Consumer First Title LLC     CONTACT: Stephanie Black |
| Street Address: | 6411 Ivy Lane, Suite 303, Greenbelt MD ESCROW NO. |
| EMAIL Address: | sblack@consumerfirsttitle.com   PHONE NO. (301) 345-6601 |
| | FAX NO. (301) 345-3390 |

☐ FEDEX AIR BILL NO. _____

I accept the terms of this loan, request
FIL to draw documents and wire funds.

_____        _____
Broker Signature                Date

Form of Broker Disbursement:☐ Check  ☑ Wire Funds to Closing Agent  ☐ Wire to Broker Account

If you have any questions, or need any changes, please contact your Account Manager
MARITZA DIAZ at 925-681-6309.  Our fax number is 925-603-5056.

WCOMMTB  REV. XMM  11/16/04              Page 2 of 2                    * Terms Subject to Change

# EXHIBIT 5

revis s editions are obsolete

CONSUMER FIRST TITLE, LLC 

A. ...ttlement Statement  FINAL
U S Department of Housing and Urban Development
OMB No 2502-0265 (expires 9/30/2006)

B  TYPE OF LOAN
1  [ ]FHA     2  [ ]FmHA   3  [X]Conv Unins
4  [ ]VA      5  [ ]Conv Ins

| 6  FILE NUMBER | 7. LOAN NUMBER |
|---|---|
| CF05-526LE | 927000166086 |

8  MORTGAGE INSURANCE CASE NUMBER

C  Note   This form is furnished to give you a statement of actual settlement costs  Amounts paid to and by the settlement agent are shown
Items marked "[p o c ]" were paid outside the closing, they are shown here for information purposes and are not included in the totals
WARNING  It is a crime to knowingly make false statements to the United States on this or any other similar form  Penalties upon
conviction can include a fine and imprisonment  For details see  Title 18 U S  Code Section 1001 and Section 1010

TitleExpress Settlement System
Printed 09/23/2005 at 14 52 SB

| D  NAME OF BORROWER | Monica Carroll and Robert Carroll |
|---|---|
| ADDRESS | |
| E  NAME OF SELLER | N/A |
| ADDRESS | |
| F  NAME OF LENDER | Fremont Investment & Loan |
| ADDRESS | 1401 Willow Pass Road, Ste. 50, Concord, CA 94520 |
| G  PROPERTY ADDRESS | 3328 17th Street, NW, Washington, DC 20010 |

[ ]  Principal Residence     [ ] Other Real Estate

| H  SETTLEMENT AGENT | Consumer First Title, LLC, Telephone: 301-345-6601 Fax: 301-345-3390 |
|---|---|
| PLACE OF SETTLEMENT | 6411 Ivy Lane, Suite 302, Greenbelt, MD 20770 |
| I  SETTLEMENT DATE | 09/23/2005     DISBURSEMENT DATE     09/28/2005 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400  GROSS AMOUNT DUE TO SELLER | |
| 101   Contract sales price | | 401   Contract sales price | |
| 102   Personal Property | | 402   Personal Property | |
| 103   Settlement charges to borrower (line 1400) | 10,385.79 | 403 | |
| 104   Payoff 0000321572349 | 256,251.17 | 404 | |
| HomEq Servicing Corporation | | | |
| 105 | | 405 | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106   City/town taxes | | 406   City/town taxes | |
| 107   County taxes | | 407   County taxes | |
| 108   Assessments | | 408   Assessments | |
| 109 | | 409 | |
| 110 | | 410 | |
| 111 | | 411 | |
| 112 | | 412 | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 266,636.96 | 420. GROSS AMOUNT DUE TO SELLER | |
| 200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT DUE TO SELLER | |
| 201   Deposit or earnest money | | 501   Excess Deposit (see instructions) | |
| 202   Principal amount of new loans | 288,230.00 | 502   Settlement charges to seller (line 1400) | |
| 203   Existing loan(s) taken subject to | | 503   Existing loan(s) taken subject to | |
| 204 | | 504 | |
| 205 | | 505 | |
| 206 | | 506 | |
| 207 | | 507 | |
| 208 | | 508 | |
| 209 | | 509 | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210   City/town taxes | | 510   City/town taxes | |
| 211   County taxes | | 511   County taxes | |
| 212   Assessments | | 512   Assessments | |
| 213 | | 513 | |
| 214 | | 514 | |
| 215 | | 515 | |
| 216 | | 516 | |
| 217 | | 517 | |
| 218 | | 518 | |
| 219 | | 519 | |
| 220  TOTAL PAID BY/FOR BORROWER | 288,230.00 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301   Gross amount due from borrower (line 120) | 266,636.96 | 601   Gross amount due to seller (line 420) | |
| 302   Less amounts paid by/for borrower (line 220) | 288,230.00 | 602   Less reduction amount due seller (line 520) | |
| 303. CASH TO BORROWER | 21,593.04 | 603. CASH TO SELLER | 0 |

SUBSTITUTE FORM 1099 SELLER STATEMENT  The information contained herein is important tax information and is being furnished to the Internal Revenue Service  If you are required to file a
a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported  The Contract Sales Price described on
line 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed  Tax ID No _____) with your correct taxpayer identification number. If you do not provide your correct taxpayer identific
number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification numbe

Tax _____ - _____ - _____  /  _____ - _____   SELLER(S) SIGNATURE(S) _____ /

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)

U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT    File Number CF06-526    FINAL    PAGE 2
**SETTLEMENT STATEMENT**    TitleExpress Settlement System. Printed 09/23/2005 at 14:52 SB

| L. SETTLEMENT CHARGES | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ = | | | | |
| Division of commission (line 700) as follows: | | | | |
| 701. $ | to | | | |
| 702. $ | to | | | |
| 703. Commission paid at Settlement | | | | |
| **800. ITEMS PAYABLE IN CONNECTION WITH LOAN** | | | | |
| 801. Loan Origination Fee | %Fremont Investment & Loan | LR | 489.00 | |
| 802. Loan Discount | % | | | |
| 803. Appraisal Fee | to Premier Mortgage Solutions | | 350.00 | |
| 804. Credit Report | to Premier Mortgage Solutions | | 50.00 | |
| 805. Underwriting Fee | to Fremont Investment & Loan | LR | 405.00 | |
| 806. Mortgage Application Fee | to Premier Mortgage Solutions | | 400.00 | |
| 807. Broker Fee | to Premier Mortgage Solutions | | 3,650.00 | |
| 808. Tax Service Fee | to LandAmerica Tax and Flood Services | LR | 60.00 | |
| 809. Flood Cert | to LandAmerica Tax and Flood Services | LR | 9.50 | |
| 810. Processing Fee | to Premier Mortgage Solutions | | 500.00 | |
| 811. YSP paid by Fremont | to Premier Mortgage Solutions | $2,882.30 POC by Lender | | |
| **900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE** | | | | |
| 901. Interest From 09/28/2005 to 10/01/2005 @$ 75.0200 /day | 3 Days | LR | 225.06 | |
| 902. Mortgage Insurance Premium for | to | | | |
| 903. Hazard Insurance Premium for | to Nationwide Mutual | | 1,199.00 | |
| 904. | | | | |
| 905. | | | | |
| **1000. RESERVES DEPOSITED WITH LENDER FOR** | | | | |
| 1001. Hazard Insurance | 2 mo @ $ 99.92 /mo | LR | 199.84 | |
| 1002. Mortgage Insurance | mo @ $ /mo | | | |
| 1003. City Property Tax | mo @ $ /mo | | | |
| 1004. County Property Tax | 3 mo @ $ 214.58 /mo | LR | 643.74 | |
| 1005. Annual Assessments | mo @ $ /mo | | | |
| 1009. Aggregate Analysis Adjustment to Fremont Investment & Loan | | LR | -214.58 | 0.00 |
| **1100. TITLE CHARGES** | | | | |
| 1101. Settlement or closing fee | to Consumer First Title, LLC | | 175.00 | |
| 1102. Abstract or title search | to M&M Search | | 212.50 | |
| 1103. Title examination | to Consumer First Title, LLC | | 245.00 | |
| 1104. Title insurance binder | to Consumer First Title, LLC | | 75.00 | |
| 1105. Document Preparation | | | | |
| 1106. Notary Fees | | | | |
| 1107. Attorney's fees | | | | |
| (includes above items No | ) | | | |
| 1108. Title Insurance | to Stewart Title/Consumer First | | 703.00 | |
| (includes above items No | ) | | | |
| 1109. Lender's Policy | 288,230.00 - 703.00 | | | |
| 1110. Owner's Policy | | | | |
| 1111. Procurement/Overnight Payoff | to Consumer First Title, LLC | | 145.00 | |
| 1112. | | | | |
| 1113. | | | | |
| **1200. GOVERNMENT RECORDING AND TRANSFER CHARGES** | | | | |
| 1201. Recording Fees Deed $ , Mortgage $ 166.50 Release $ 33.50 | | | 200.00 | |
| 1202. City Transfer Tax | Deed $ Mortgage $ | | | |
| 1203. City Recordation Tax | Deed $ Mortgage $ | | | |
| 1204. Construction Tax | Deed $ Mortgage $ | | | |
| 1205. | | | | |
| **1300. ADDITIONAL SETTLEMENT CHARGES** | | | | |
| 1301. 2nd 1/2 Property Taxes | to D.C. Treasurer | | 643.73 | |
| 1302. Courier Fee | to Fremont Investment & Loan | LR | 20.00 | |
| **1400. TOTAL SETTLEMENT CHARGES** | (enter on lines 103, Section J and 502, Section K) | | 10,385.79 | |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement

Monica Carroll
577905880

Roslon Carroll
577260636

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18 U.S. CODE SECTION 1001 AND SECTION 1010

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

By: 9/23/05    DATE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Carroll, et al. | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | |
| v. | ) | **Case No. 1:08-cv-00900** |
| | ) | **Judge Henry H. Kennedy** |
| Fremont Investment & Loan, et al. | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Okebugwu's Motion to Dismiss, the

Plaintiffs' Opposition thereto, and all information properly before this Court, it is this _____

day of _____, 2008

      ORDERED, that Defendant Okebugwu's Motion to Dismiss is hereby GRANTED; and it

is further

      ORDERED, that Counts One, Two, Three, Four, Five, Six, Seven, Eight, Nine and Ten

of the Plaintiffs' Complaint against Defendant Okebugwu in the instant case are hereby

DISMISSED against Defendant Okebugwu.



_____
Judge Henry H. Kennedy
United States District Court
For the District of Columbia