UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:08-cv-00900 |
| : | Judge Henry H. Kennedy |
| FREEMONT INVESTMENT & LOAN, : | |
| et al. : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' RULE 41(a)(2) MOTION FOR ENTRY OF ORDER OF DISMISSAL AS TO DEFENDANT CONSUMER FIRST TITLE, LLC, TRUSTEE**

COME NOW Plaintiffs, by and through counsel, C. Michael Tarone, Esquire, and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, moves for the entry of an Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee (hereinafter, "Defendant"), and as their grounds, submit the accompanying Memorandum.

Date: August 4, 2008.

                                                      Respectfully submitted,

                                                      **TARONE & McLAUGHLIN**

                                                      _____\s\ C. Michael Tarone_____
                                                      C. Michael Tarone, Esquire
                                                      Tarone & McLaughlin
                                                      900 17th Street, NW, Suite 1250
                                                      Washington, DC 20006
                                                      *Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, et al. : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | C.A. No. 1:08-cv-00900 |
| : | Judge Henry H. Kennedy |
| FREEMONT INVESTMENT & LOAN, : | |
| et al. : | |
| : | |
| Defendants. : | |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF RULE 41(a)(2) MOTION FOR ENTRY OF ORDER OF DISMISSAL AS TO DEFENDANT CONSUMER FIRST TITLE, LLC, TRUSTEE**

COME NOW Plaintiffs, by and through counsel, C. Michael Tarone, Esquire, and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, files this Memorandum in support of their Motion for Entry of Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee (hereinafter, "Defendant"). Consent to this motion was sought from the parties. Smith did not respond. Fremont, through counsel for Consumer First, takes the position that it does not consent or decline consent. Okebugwu and Ingram consent. Plaintiffs' grounds state the following:

1.  This matter stems from a real estate transaction.

2.  Plaintiff was the purchaser and Defendant was the settlement company and was also named as the Trustee in the Deed of Trust.

3.  Defendant was named as a party in this action solely based upon it being a "necessary and indispensable" party as it was the Trustee named in the Deed of Trust.

4.  However, it has recently come to the Plaintiffs' attention that a substitution of trustee was entered and, therefore, Defendant is no longer the Trustee for the Deed of Trust.

5.   Accordingly, as Defendant has filed responsive pleadings, and other parties have entered their appearance, including several pro se defendants, pursuant to Rule 41(a)(2), the entry of a court order is necessary to dismiss Defendant from this action.

6.   Therefore, Plaintiffs seek the entry of the attached Dismissal Order, which provides for the terms and condition of the dismissal.

7.   No prejudice will be suffered by the entry of the attached Dismissal Order and the ends of justice will be promoted.

8.   Defendant consents to the granting of this Motion and the entry of the attached Dismissal Order.

9.   Defendant Freemont Investment & Loan takes no position with respect to this Motion and/or the entry of the attached Dismissal Order.

10.  Defendants Jeffrey Smith, Premier Mortgage Solution Services, Inc., Smith-Myers Corporation, J.G. Enterprises, LLC, Okebugwu and Shannon Ingram are pro se defendants. Accordingly, their consent has not been sought. Their responses to requests for consent to this motion are stated here.

11.  No other party has entered an appearance in this matter.

WHEREFORE, Plaintiffs respectfully request that their Motion be granted and that the attached Dismissal Order be entered.

Date: August 5, 2008.

                        Respectfully submitted,

                        **TARONE & McLAUGHLIN**

                        \s\ C. Michael Tarone

                    C. Michael Tarone, Esquire
                    Tarone & McLaughlin
                    900 17th Street, NW, Suite 1250
                    Washington, DC 20006
                    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and/or mailed, postage, prepaid, on this 5th day of August, 2008, to:

Joseph J. Bottiglieri, Esquire
Craig L. Sarner, Esquire
1233 20th Street, N.W., Suite 800
Washington, DC  20005
*Counsel for Defendant Consumer First Title, LLC, Trustee*

Harold G. Belkowitz, Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, DC 20005-2110
*Counsel for Defendant Freemont Investment & Loan*

Mortgage Electronic Registration Systems, Inc.
c/o Mayor or Designee
1350 Pennsylvania Ave., NW
Washington, DC 20004
*Defendant*

Premier Mortgage Solutions Services, Inc.
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100

Upper Marlboro, MD 20774
*Defendant*

Smith-Myers Corporation
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*
J.G. Enterprises, LLC
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Shannon Ingram
3224 Nobility Court
Waldorf, MD 20603
*Defendant*

Sheila V. Locke
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

      /s/ Craig L. Sarner
      Craig L. Sarner

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT CARROLL, et al.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **C.A. No. 1:08-cv-00900** |
| : | **Judge Henry H. Kennedy** |
| **FREEMONT INVESTMENT & LOAN,** : | |
| **et al.** : | |
| : | |
| **Defendants.** : | |

## ORDER

UPON CONSIDERATION of Plaintiffs' Rule 41(a)(2) Motion for Entry of Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee, any Opposition thereto, and the record herein, it is by the United States District Court for the District of Columbia this _____ day of _____, 2008, hereby

ORDERED, that Plaintiffs' Rule 41(a)(2) Motion for Entry of Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee be and hereby is GRANTED; and that the Dismissal Order attached to Plaintiffs' Motion will be entered by the Court.

IT IS SO ORDERED.

_____
Henry H. Kenney
District Court Judge

See next page

Copies to:

Joseph J. Bottiglieri, Esquire
Craig L. Sarner, Esquire
Bonner, Kiernan, Trebach & Crociata, LLP
1233- 20th Street, N.W. Suite 800
Washington, D.C. 20036
*Counsel for Defendant Consumer First Title, LLC, Trustee*

C. Michael Tarone, Esquire
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
*Counsel for Plaintiffs*

Harold G. Belkowitz, Esquire
Ober, Kaler, Grimes & Shriver
A Professional Corporation
1401 H Street, N.W., Suite 500
Washington, DC 20005-2110
*Counsel for Defendant Freemont Investment & Loan*

Mortgage Electronic Registration Systems, Inc.
c/o Mayor or Designee
1350 Pennsylvania Ave., NW
Washington, DC 20004
*Defendant*

Premier Mortgage Solutions Services, Inc.
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100

Upper Marlboro, MD 20774
*Defendant*

Smith-Myers Corporation
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

J.G. Enterprises, LLC
c/o Jeffrey Smith
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*

Shannon Ingram
3224 Nobility Court
Waldorf, MD 20603
*Defendant*

Sheila V. Locke
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD 20774
*Defendant*