UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CARROLL**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:08-cv-00900 HHK |
| ) | |
| **FREMONT INVESTMENT** ) | |
| **& LOAN**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FREMONT REORGANIZING CORPORATION f/k/a FREMONT INVESTMENT & LOAN'S CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO FILE REPLY**

Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan[1] ("Fremont"), by counsel, moves the court for an extension of time to file its reply in support of Fremont's Motion to Dismiss. In support of the motion, Fremont states as follows:

1. Fremont filed its Motion to Dismiss on June 18, 2008.

2. Plaintiffs received multiple extensions of time to file their opposition.

3. Fremont's reply is due on August 14, 2008.

4. Fremont asks that the Court grant it a one week extension of time to file the reply.

5. Plaintiffs' counsel consents to the relief requested in this Motion.

6. Good cause exists to grant this motion.

WHEREFORE, for the reasons above stated, Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan requests that the Court grant the motion, grant Fremont Investment

---

[1] Fremont Investment & Loan changed its name to Fremont Reorganizing Corporation effective August 1, 2008.

& Loan a one week extension of time to file its reply, and for all other relief this Court deems fair and just.

          Respectfully submitted,

          */s/ Harold G. Belkowitz*
          Harold G. Belkowitz (D.C. Bar No. 449800)
          Ober, Kaler, Grimes & Shriver
          A Professional Corporation
          1401 H Street, N.W., Suite 500
          Washington, D.C.  20005-2110
          (202) 408-8400
          (202) 408-0640 facsimile

          Counsel for Fremont Investment & Loan

## Certificate of Service

I certify that a copy of the foregoing motion, the memorandum of law, and the proposed order were served pursuant to the Court's ECF system this 13th day of August, 2008 to:

    C. Michael Tarone, Esquire
    Tarone & McLaughlin
    1010 Vermont Avenue, NW, Suite 810
    Washington, DC  20005
    Counsel for Plaintiffs

    Joseph Bottiglieri, Esquire
    Craig Sarner, Esquire
    Bonner, Kiernan, Trebach & Crociata, LLP
    1233 20th Street, NW, Suite 500
    Washington, DC  20005
    Counsel for Consumer First Title, LLC

and by first-class mail, postage pre-paid, this 13th day of August, 2008 to:

    Premier Mortgage Solutions Services, Inc.
    c/o CT Corporation Systems
    1015 15th Street, NW
    Washington, DC  20005

Jeffrey Smith
13101 Bar Geefe Court
Upper Marlboro, MD  20774

Frank Okebugwu
c/o Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD  20774

Smith-Myers Corporation
c/o CT Corporation Systems
1015 15th Street, NW
Washington, DC  20005

J.G. Enterprises LLC
9200 Basil Court, Suite 100
Upper Marlboro, MD  20774

Shannon Ingram
954 Dunnloring Court
Upper Marlboro, MD  20774

JMJ Appraisal Services, LLC
954 Dunnloring Court
Upper Marlboro, MD  20774

Sheila V. Locke
Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD  20774

        */s/ Harold G. Belkowitz*
        Harold G. Belkowitz

154132