UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CARROLL**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-00900 HHK |
| ) | |
| **FREMONT INVESTMENT** ) | |
| **& LOAN**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF NAME CHANGE

Will the Court please note that effective August 1, 2008, Fremont Investment & Loan's name has become Fremont Reorganizing Corporation.

                                                            Respectfully submitted,

                                                            */s/ Harold G. Belkowitz*
                                                            Harold G. Belkowitz (D.C. Bar No. 449800)
                                                           Ober, Kaler, Grimes & Shriver
                                                           A Professional Corporation
                                                           1401 H Street, N.W., Suite 500
                                                           Washington, D.C.  20005-2110
                                                           (202) 408-8400
                                                           (202) 408-0640 facsimile

                                                           Counsel for Fremont Investment & Loan

                                                 Certificate of Service

I certify that a copy of the foregoing was served pursuant to the Court's ECF system this 20th day of August, 2008 to:

                                                  C. Michael Tarone, Esquire
                                                  Tarone & McLaughlin
                                                  900 17th Street, N.W., Suite 1250
                                                  Washington, DC  20006
                                                  Counsel for Plaintiffs

    Joseph Bottiglieri, Esquire
    Craig Sarner, Esquire
    Bonner, Kiernan, Trebach & Crociata, LLP
    1233 20th Street, NW, Suite 500
    Washington, DC  20005
    Counsel for Consumer First Title, LLC

and by first-class mail, postage pre-paid, this 20th day of August, 2008 to:

    Premier Mortgage Solutions Services, Inc.
    c/o CT Corporation Systems
    1015 15th Street, NW
    Washington, DC  20005

    Jeffrey Smith
    13101 Bar Geefe Court
    Upper Marlboro, MD  20774

    Frank Okebugwu
    c/o Smith-Myers Corporation
    9200 Basil Court, Suite 100
    Upper Marlboro, MD  20774

    Smith-Myers Corporation
    c/o CT Corporation Systems
    1015 15th Street, NW
    Washington, DC  20005

    J.G. Enterprises LLC
    9200 Basil Court, Suite 100
    Upper Marlboro, MD  20774

    Shannon Ingram
    954 Dunnloring Court
    Upper Marlboro, MD  20774

    JMJ Appraisal Services, LLC
    954 Dunnloring Court
    Upper Marlboro, MD  20774

Sheila V. Locke
Smith-Myers Corporation
9200 Basil Court, Suite 100
Upper Marlboro, MD  20774

　　　　　　　　　　　*/s/ Harold G. Belkowitz*
　　　　　　　　　　　Harold G. Belkowitz

154266