FILED
AUG 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, et al. | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:08-cv-00900 |
| | : Judge Henry H. Kennedy |
| FREEMONT INVESTMENT & LOAN, et al. | : |
| Defendants. | : |

## ORDER

UPON CONSIDERATION of Plaintiffs' Rule 41(a)(2) Motion for Entry of Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee, any Opposition thereto, and the record herein, it is by the United States District Court for the District of Columbia this 20th day of August, 2008, hereby

ORDERED, that Plaintiffs' Rule 41(a)(2) Motion for Entry of Order of Dismissal as to Defendant Consumer First Title, LLC, Trustee be and hereby is GRANTED; and that the Dismissal Order attached to Plaintiffs' Motion will be entered by the Court.

IT IS SO ORDERED.

_____
District Court Judge

See next page

6                                                                              196458-1