UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, *et al.*, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:08-cv-00900 HHK |
| | ) |
| FREMONT INVESTMENT | ) |
|     & LOAN, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF PARTIAL DISMISSAL

Pursuant to Rule 41, will the Court please dismiss all claims brought by either of the Plaintiffs against defendant Fremont Reorganizing Corporation f/k/a Fremont Investment & Loan. Dismissal is to be made <u>with prejudice</u> and without award of costs or expenses. All other claims, cross claims, and counterclaims remain pending.

                                        Respectfully submitted,

                                        <u>*/s/ C. Michael Tarone by hgb with authority*</u>
                                        C. Michael Tarone (D.C. Bar No. 159228)
                                        Tarone & McLaughlin
                                        900 17th Street, N.W., Suite 1250
                                        Washington, DC  20006
                                        (202) 347-9526
                                        Counsel for Plaintiffs

                                        <u>*/s/ Harold G. Belkowitz*</u>
                                        Harold G. Belkowitz (D.C. Bar No. 449800)
                                        Ober, Kaler, Grimes & Shriver
                                        A Professional Corporation
                                        1401 H Street, N.W., Suite 500
                                        Washington, D.C.  20005-2110
                                        (202) 326-5037
                                        (202) 326-5267 facsimile
                                        Counsel for Fremont Reorganizing
                                        Corporation f/k/a Fremont Investment &
                                        Loan

Certificate of Service

I certify that a copy of the foregoing stipulation of partial dismissal was served pursuant to the Court's ECF system this 22nd day of April, 2010 to:

>C. Michael Tarone, Esquire
>Tarone & McLaughlin
>900 17th Street, N.W., Suite 1250
>Washington, DC  20006
>Counsel for Plaintiffs
>
>Daniel J. Tobin, Esquire
>Ballard Spahr Andrews & Ingersoll, LLP
>4800 Montgomery Lane, Suite 700
>Bethesda, Maryland  20814-6354
>Counsel for Litton Loan Servicing LP
>
>Jennifer Connor Lichtenfeld, Esquire
>Shoemaker & Connor, LLC
>10411 Motor City Drive, Suite 750
>Bethesda, MD 20817
>Counsel for Premier Mortgage Solutions Services, Inc., Jeffrey Smith, Smith-Myers Corporation, and J.G. Enterprises LLC

and by first-class mail, postage pre-paid, this 22nd day of April, 2010 to:

>Frank Okebugwu
>7742 Finns Lane
>Lanham, MD 20706
>
>Shannon Ingram and JMJ Appraisal Services, LLC
>954 Dunnloring Court
>Upper Marlboro, MD  20774
>
>Sheila V. Locke
>11700 Henley Court
>Waldorf, MD 20602

>> */s/ Harold G. Belkowitz*
>> Harold G. Belkowitz

168324