UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL<br><br>and<br><br>MONICA CARROLL,<br>    Plaintiffs,<br><br>v.<br><br>FREMONT INVESTMENT & LOAN, et. al,<br><br>    Defendants. | Civil Action 08-00900 (HHK) |

**JUDGMENT**

Pursuant to Fed. R. Civ. P. 58 and on the basis of the representations of the parties who filed status reports in this case, it is this 3rd day of August 2010, hereby

**ORDERED** and **ADJUDGED** that this case is **DISMISSED**.

Henry H. Kennedy, Jr.
United States District Judge